IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC,<br><br>               Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>               Defendants. | Case No. 23-cv-03171<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

**PLAINTIFF'S MOTION FOR ELECTRONIC
SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff General Motors LLC ("GM" or "Plaintiff") seeks this Court's authorization to effectuate service of process by e-mail and electronic publication in an action arising out of 15 U.S.C. § 1114 and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 24th day of May 2023.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　　Jake M. Christensen
　　　　　　　　　　　　　　　　　　　　　Rachel S. Miller
　　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　312.360.0080
　　　　　　　　　　　　　　　　　　　　　312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　　jchristensen@gbc.law
　　　　　　　　　　　　　　　　　　　　　rmiller@gbc.law

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff General Motors LLC*