IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GENERAL MOTORS LLC,** | **Case No.:** `1:23-cv-03171` |
| Plaintiff, | |
| ~ *against* ~ | **Judge:** The Honorable Mary M. Rowland |
| **THE PARTNERSHIPS** *and* **UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",** | |
| Defendants, | |

**AFFIDAVIT IN SUPPORT OF**

**THE GREEN MARKET**

**MOTION TO VACATE DEFAULT JUDGMENT**

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com
*Counsel for "The Green Market"*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GENERAL MOTORS LLC,**<br><br>Plaintiff,<br><br>~ *against* ~<br><br>**THE PARTNERSHIPS** *and* **UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**<br><br>Defendants, | **Case No.:** `1:23-cv-03171`<br><br>**Judge:** The Honorable Mary M. Rowland |

**BARUCH S GOTTESMAN, ESQ.**, an attorney admitted to the roster of Attorneys of this Court, hereby respectfully affirms the truth of the following under the penalty of perjury:

1. I am the attorney for the "The Green Market" and am fully familiar with the facts and circumstances that I describe below.

2. This affirmation is submitted in further support Electrician Guy's Motion to Vacate the Entry of Default and Default Judgment and for other Relief.

3. We respectfully submit this supplementary material in support of the Motion. Each of the Exhibits below are complete, true and accurate copies of their original.

| **Exhibit** | **Document** | **Role in this Motion** |
|---|---|---|
| **Exhibit A** | Docket in General Motors LLC v. The Partnerships, et al., 1:23-cv-3171 (N.D. Ill.) | Docket in this case showing lack of service of the Judgment and the docket entries that remain under Seal. |
| **Exhibit B** | Docket in Purple Innovation v. Chuang Fan Handicraft, et al., 2:22-cv-00620 (D.Utah) | Illustrating how straightforward it is for Plaintiff's to comply with the individual Summons requirement under Rule 4(b) by showing example from recent case with similar posture. |
| **Exhibit C** | Screenshots from chinafirewalltest.com | Illustrating how courtlistener.com and dropbox.com are inaccessible in China |
| **Exhibit D** | Order in Mwami v. U.S., et al., 1:99-cv-125 (D.D.C.) | Alternate Service on Osama bin Laden that required six publications with translation into local language |
| **Exhibit E** | Order in Langford v. Juárez Cartel, et al., 1:20-cv-132 (D.N.D.) | Alternate Service on Juárez Cartel that required six publications with translation into local language |
| **Exhibit F** | Proof of Service in Purple Innovation v. Chuang Fan Handicraft, et al., 2:22-cv-00620 (D.Utah) | Showing a sample of a Plaintiff providing Proof of Service of six attempts on each Defendant with Summons for each individual Summons as required under Rule 4(b) and related rules. |
| **Exhibit G** | Brief of Amici Curiae in Palace Skateboards Grp. v. Aimeey, et al., 1:21-cv-05860 (S.D.N.Y.) | Amici brief by Professor Professor Benjamin L. Liebman of Columbia Law School's Hong Yen Chang Center for Chinese Legal Studies showing e-mail service not possible under Hague Convention and Chinese law. |

4. For the reasons explained fully in the accompanying Memorandum of Law, the Defendant respectfully submits that the Entry of Default and Default Judgment should be vacated, and The Green Market's time to respond to the Complaint should be extended to a date provided by the Court.

DATED: **SEPTEMBER 13, 2023**

                                              RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com
*Counsel for The Green Market*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 13, 2023, simultaneous with the filing of this Submission, a copy of this submission was served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to the following counsel of record of consent in writing to accept this notice of service of this document by electronic means:

**Amy Crout Ziegler, Esq.**
**Jake Michael Christensen, Esq.**
**Rachel S. Miller, Esq.**
**Justin R. Gaudio, Esq.**
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Dr., Suite 2500
Chicago, IL 60606
Phone: (312) 987-2926
Email: Aziegler@gbc.Law
   Jchristensen@gbc.Law
   Rmiller@gbc.Law
   Jgaudio@gbc.Law
*Counsel for Plaintiff General Motors LLC*