AO279,GILBERT,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:23-cv-03171

| | |
|---|---|
| General Motors LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A | Date Filed: 05/19/2023 |
| Assigned to: Honorable Mary M. Rowland | Date Terminated: 08/30/2023 |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Jury Demand: None |
| | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**General Motors LLC**     represented by     **Amy Crout Ziegler**
Greer, Burns & Crain, Ltd.
300 S. Wacker Dr.
Suite 2500
Chicago, IL 60606
312-987-2926
Fax: Not a member
Email: aziegler@gbc.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jake Michael Christensen**
Greer, Burns & Crain
300 S Wacker Drive
#2500
Chicago, IL 60606
(312) 360-0080
Fax: Not a member
Email: jchristensen@gbc.law
*ATTORNEY TO BE NOTICED*

**Rachel S Miller**
Greer, Burns & Crain Ltd.
300 South Wacker Drive
Suite 2500
Chicago, IL 60606
(312) 344-4782
Fax: Not a member
Email: rmiller@gbc.law
*ATTORNEY TO BE NOTICED*

**Justin R. Gaudio**
Greer Burns & Crain Ltd
300 South Wacker Drive
Suite 2500
Chicago, IL 60606
312 360-0080
Fax: Active
Email: jgaudio@gbc.law
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

The Partnerships and Unincorporated Associations Identified on Schedule A

**Defendant**

A2K77YE0R2DTD5

**Defendant**

A2RV2L8EYMN6A6

**Defendant**

A6I1TXW83O5E4

**Defendant**

ACToy

**Defendant**

AEIWZREO5C4GO

**Defendant**

AICZHKW3V31XD

**Defendant**

AJO9S3KTL3044

**Defendant**

AlbertRy

**Defendant**

anqinghuinushangmaoyouxiangongsi

**Defendant**

AOWIFT

**Defendant**

aunspace

**Defendant**

AUTOFLYING

**Defendant**

bianchunyubkeogo

**Defendant**

BYB Co.,Ltd.

**Defendant**

chendedianpu

**Defendant**

chendongjiang

**Defendant**

chengxiyunsiqiao

**Defendant**

DAFANYIXING
*TERMINATED: 07/27/2023*

**Defendant**

**DianYu Store**
*TERMINATED: 08/03/2023*

**Defendant**

**DIAO&DIAN**

**Defendant**

**dongshicheng**
*TERMINATED: 08/03/2023*

**Defendant**

**dsfsdiop**
*TERMINATED: 07/27/2023*

**Defendant**

**ENMOON Direct-JS**
*TERMINATED: 07/27/2023*

**Defendant**

**ewatdsg**
*TERMINATED: 08/03/2023*

**Defendant**

**fanzetao2223**

**Defendant**

**FHKHGFGKH**

**Defendant**

**FLFL**

**Defendant**

**focom shop**

**Defendant**

**Foshan Nanhai Pingyu Trade Co., Ltd**

**Defendant**

**foshanshiliandongyamaoyiyouxiangongsi**

**Defendant**

**FULAILA**

**Defendant**

**GEEKER-US**

**Defendant**

**GuLiNaEr.WuSiManUS**

**Defendant**

**Guma63**

**Defendant**

**haikoushililingfukejiyouxiangongsi**
*TERMINATED: 08/31/2023*

**Defendant**

**Hefengyuan**

**Defendant**

**hh9288**

**Defendant**

**huanglingxianlaiwanXiangheleguan**

**Defendant**

**INDASLI-MAN77**

**Defendant**

**jiajiafustore**

**Defendant**

**jialufushangmaoxiaodian**

**Defendant**

**jiaosonglin**

**Defendant**

**Jikay**
*TERMINATED: 08/10/2023*

**Defendant**

**jiwenchishangmaoyouxi**

**Defendant**

**Junruriyongpin**

**Defendant**

**KEFULDA Allprettyall US**

**Defendant**

**linadedianya**

**Defendant**

**linhong1982**
*TERMINATED: 08/31/2023*

**Defendant**

**LiShaoHuiUS**

**Defendant**

**Lishengjia**

**Defendant**

**lixinxianqueqiaohuibaihuoyouxiangongsi**

**Defendant**

**LuoXiangBao**

**Defendant**

**maiertengjingpinxiaodian**

**Defendant**

**MCZ Pro Flag**
*TERMINATED: 07/27/2023*

**Defendant**

**minglongxiaodian**

**Defendant**

**Minisoso**
*TERMINATED: 08/17/2023*

**Defendant**

**Nasavalo**
*TERMINATED: 08/10/2023*

**Defendant**

**NATUBAS**
*TERMINATED: 07/27/2023*

**Defendant**

**ongcyk8**

**Defendant**

**Pangjiang**

**Defendant**

**PartsForCar**
*TERMINATED: 08/03/2023*

**Defendant**

**pingtangfujiuyyds**

**Defendant**

**pingtanhuifeifeidianzishangwugongzuoshi**

**Defendant**

**pingtanliushudandianzishangwugongzuoshi**

**Defendant**

**pingtanmaoxiufangdianzishangwuzhonxin**

**Defendant**

**Pursue a better life**

**Defendant**

**QDTrade**
*TERMINATED: 07/27/2023*

**Defendant**

**qi dian qi che zu lin fu wu you xian gong si**

**Defendant**

**qianxileshangmaoyouxi**

**Defendant**

**qianyuanlong**

**Defendant**

**qiaogu**

**Defendant**

**qiazius**

**Defendant**

**rdf845dfgr**

**Defendant**
RZSLYSMYX

**Defendant**
sacvsfddsabvfd

**Defendant**
Sanrily Brand Store US

**Defendant**
Shangshuixianshengcaishangmaoyouxiangongsi

**Defendant**
ShenJiJingMao

**Defendant**
shiyuanjingpinxiaodian

**Defendant**
shuaijing

**Defendant**
Song Direct

**Defendant**
songshanqumuyanbaihuochaoshi

**Defendant**
Songshanquxiaoyingbaihuochaoshi

**Defendant**
Sunset Tech

**Defendant**
tangpuyuededianpu

**Defendant**
taoyijieSMyouxiangongsi

**Defendant**
tingtingdianpu

**Defendant**
TunChangRongSui

**Defendant**
Tutugs

**Defendant**
VEEE

**Defendant**
WangwenhaoG
*TERMINATED: 08/17/2023*

**Defendant**
wangxinhao
*TERMINATED: 08/17/2023*

**Defendant**

wanningtangyankejiyouxiangongsi

**Defendant**

wei luo xin xi

**Defendant**

wei.9

**Defendant**

weiwangluojixiangongzhouwangwei

**Defendant**

wenjiexx

**Defendant**

xiamen jin qian shuang an
*TERMINATED: 07/27/2023*

**Defendant**

XiangXueNIJSADO

**Defendant**

xiaolvdian

**Defendant**

xiariyangguangshop

**Defendant**

xiaxiajiaohededainpu

**Defendant**

xuayangyangdedian

**Defendant**

XYHGM
*TERMINATED: 07/27/2023*

**Defendant**

Yangao7

**Defendant**

YangChaoJie BaSa

**Defendant**

YangLifengAFSWWER

**Defendant**

yangxinjunlidian

**Defendant**

yangyangqinghuidianpu

**Defendant**

YingZhang88
*TERMINATED: 08/03/2023*

**Defendant**

Yisenkeji

**Defendant**

**YSH Auto Parts**
*TERMINATED: 07/27/2023*

**Defendant**

**YUANSHi**
*TERMINATED: 08/17/2023*

**Defendant**

**Yuanxi Electronics**

**Defendant**

**yundouus**

**Defendant**

**YUNONG**

**Defendant**

**yuyuzhiwudian**

**Defendant**

**zhangkuigdsdsba**

**Defendant**

**ZhangPiduoJIDOASHO**

**Defendant**

**zhangweiwei0215**

**Defendant**

**ZhangWenWenChengDuLu**

**Defendant**

**ZHAWEI**

**Defendant**

**zhengzhoumairouwangluokejiyouxiangongsi**

**Defendant**

**zhenzhongdedianpu**

**Defendant**

**ZhuZhenWu--AMZ001**

**Defendant**

**ZWQ store**

**Defendant**

**Zxmcry**

**Defendant**

**ac-autoparts_aftermarket**
*TERMINATED: 07/27/2023*

**Defendant**

**air.digital999**

**Defendant**

**all-carb**
*TERMINATED: 08/17/2023*

**Defendant**

**allroo-us**
*TERMINATED: 08/17/2023*

**Defendant**

**autoparts-ck**
*TERMINATED: 08/17/2023*

**Defendant**

**dainslef-market**

**Defendant**

**flarestar**
*TERMINATED: 08/17/2023*

**Defendant**

**guwu_goodwill**

**Defendant**

**gzmotormall**

**Defendant**

**gzrubbertrade**

**Defendant**

**gzxiangchu**

**Defendant**

**hager_8531**
*TERMINATED: 07/27/2023*

**Defendant**

**haiarchite0**

**Defendant**

**iseatcover7**
*TERMINATED: 07/27/2023*

**Defendant**

**ouzewl**
*TERMINATED: 07/27/2023*

**Defendant**

**starbest-auto**
*TERMINATED: 08/17/2023*

**Defendant**

**sun1596-86**
*TERMINATED: 07/27/2023*

**Defendant**

**turbo-ty**
*TERMINATED: 08/17/2023*

**Defendant**

**ulusky**
*TERMINATED: 07/27/2023*

**Defendant**

**wanghao_6**

**Defendant**

**wangyingming23012**

**Defendant**

**wytjfb**

**Defendant**

**zw-motor-parts**
*TERMINATED: 08/31/2023*

**Defendant**

**Bear civet**

**Defendant**

**Beauty Closet**
*TERMINATED: 07/27/2023*

**Defendant**

**BTOER HOME**
*TERMINATED: 07/27/2023*

**Defendant**

**Goodhd**
*TERMINATED: 07/27/2023*

**Defendant**

**Hayafir**
*TERMINATED: 07/27/2023*

**Defendant**

**HpLive**

**Defendant**

**Lucky Day**
*TERMINATED: 07/27/2023*

**Defendant**

**Mduoduo**
*TERMINATED: 07/27/2023*

**Defendant**

**Mingyiq Inc**
*TERMINATED: 07/27/2023*

**Defendant**

**Ruibeauty**
*TERMINATED: 07/27/2023*

**Defendant**

**Safini**
*TERMINATED: 07/27/2023*

**Defendant**

**Shaohao Household Products**

**Defendant**

**Spring**
*TERMINATED: 07/27/2023*

**Defendant**

**Sufanic**
*TERMINATED: 07/27/2023*

**Defendant**

**Suyin**
*TERMINATED: 07/27/2023*

**Defendant**

**The Green Market**

**Defendant**

**Yafix**
*TERMINATED: 07/27/2023*

**Defendant**

**aoonuauto.com**

**Defendant**

**AnKcoo**

**Defendant**

**ArchieFoster**

**Defendant**

**Bruceaqga**

**Defendant**

**Clara Smith**

**Defendant**

**crojkigo**

**Defendant**

**denim fitting**

**Defendant**

**Derek Brown**

**Defendant**

**dongyuqin89054**

**Defendant**

**fugang fashion**

**Defendant**

**gaochengshan2580**

**Defendant**

**haisheng fashion**

**Defendant**

**Heather McCann**

**Defendant**

HUANGDONGYUE520

**Defendant**

Kevin Parrish

**Defendant**

Lihua department store

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2023 | 1 | COMPLAINT filed by General Motors LLC; Filing fee $ 402, receipt number AILNDC-20657394. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Gaudio, Justin) (Entered: 05/19/2023) |
| 05/19/2023 | 2 | EXHIBIT by Plaintiff General Motors LLC *Schedule A* regarding complaint 1 (Gaudio, Justin) Modified on 7/10/2023 (daj, ). (Entered: 05/19/2023) |
| 05/19/2023 | 3 | MOTION by Plaintiff General Motors LLC for leave to file *under seal* (Gaudio, Justin) (Entered: 05/19/2023) |
| 05/19/2023 | 4 | CIVIL Cover Sheet (Gaudio, Justin) (Entered: 05/19/2023) |
| 05/19/2023 | 5 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by General Motors LLC (Gaudio, Justin) (Entered: 05/19/2023) |
| 05/19/2023 | 6 | Notice of Claims Involving Trademarks by General Motors LLC (Gaudio, Justin) (Entered: 05/19/2023) |
| 05/19/2023 | 7 | ATTORNEY Appearance for Plaintiff General Motors LLC by Justin R. Gaudio (Gaudio, Justin) (Entered: 05/19/2023) |
| 05/19/2023 | 8 | ATTORNEY Appearance for Plaintiff General Motors LLC by Amy Crout Ziegler (Ziegler, Amy) (Entered: 05/19/2023) |
| 05/19/2023 | 9 | ATTORNEY Appearance for Plaintiff General Motors LLC by Jake Michael Christensen (Christensen, Jake) (Entered: 05/19/2023) |
| 05/19/2023 | 10 | ATTORNEY Appearance for Plaintiff General Motors LLC by Rachel S Miller (Miller, Rachel) (Entered: 05/19/2023) |
| 05/22/2023 | | CASE ASSIGNED to the Honorable Mary M. Rowland. Designated as Magistrate Judge the Honorable Jeffrey T. Gilbert. Case assignment: Random assignment. (jcc, ) (Entered: 05/22/2023) |
| 05/22/2023 | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (jcc, ) (Entered: 05/22/2023) |
| 05/22/2023 | 11 | MAILED trademark report to Patent Trademark Office, Alexandria VA (Attachments: # 1 Part 2) (daj, ) (Entered: 05/22/2023) |
| 05/22/2023 | 12 | MAILED to plaintiff(s) counsel Lanham Mediation Program materials (daj, ) (Entered: 05/22/2023) |
| 05/24/2023 | 13 | MOTION by Plaintiff General Motors LLC for temporary restraining order *including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery* (Gaudio, Justin) (Entered: 05/24/2023) |
| 05/24/2023 | 14 | MEMORANDUM by General Motors LLC in support of motion for temporary restraining order 13 (Gaudio, Justin) (Entered: 05/24/2023) |
| 05/24/2023 | 15 | DECLARATION of Justin R. Gaudio regarding memorandum in support of motion 14 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Gaudio, Justin) (Entered: 05/24/2023) |

| | | |
|---|---|---|
| 05/24/2023 | 16 | DECLARATION of Andrea Ankawi regarding memorandum in support of motion 14 (Attachments: # 1 Exhibit 1)(Gaudio, Justin) (Entered: 05/24/2023) |
| 05/24/2023 | 17 | EXHIBIT by Plaintiff General Motors LLC *Exhibit 2 - Parts 1 - 10* regarding declaration 16 (Attachments: # 1 Exhibit 2-1, # 2 Exhibit 2-2, # 3 Exhibit 2-3, # 4 Exhibit 2-4, # 5 Exhibit 2-5, # 6 Exhibit 2-6, # 7 Exhibit 2-7, # 8 Exhibit 2-8, # 9 Exhibit 2-9, # 10 Exhibit 2-10)(Gaudio, Justin) Modified on 7/10/2023 (daj, ). (Entered: 05/24/2023) |
| 05/24/2023 | 18 | MOTION by Plaintiff General Motors LLC for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3)<br><br>(Gaudio, Justin) (Entered: 05/24/2023) |
| 05/24/2023 | 19 | MEMORANDUM by General Motors LLC in support of motion for miscellaneous relief 18 (Gaudio, Justin) (Entered: 05/24/2023) |
| 05/24/2023 | 20 | DECLARATION of Justin R. Gaudio regarding memorandum in support of motion 19 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Gaudio, Justin) (Entered: 05/24/2023) |
| 06/08/2023 | 21 | MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's ex parte motion for entry of a temporary restraining order, including a temporary injunction, a temporary asset restraint, and expedited discovery 13 is granted. Plaintiff's motion for electronic service of process 18 and motion for leave to file under seal 3 are granted. Enter Sealed Temporary Restraining Order. Telephonic status hearing set for 6/23/23 at 9:00am. Parties should call 866-434-5269; access code 3751971. Mailed notice. (dm, ) (Entered: 06/08/2023) |
| 06/08/2023 | 22 | TEMPORARY RESTRAINING ORDER Signed by the Honorable Mary M. Rowland on 6/8/2023. Mailed notice. (dm, ) Modified on 7/10/2023 (daj, ). (Entered: 06/08/2023) |
| 06/12/2023 | | SUMMONS Issued as to Defendant The Partnerships and Unincorporated Associations Identified on Schedule A (kra, ) (Entered: 06/12/2023) |
| 06/15/2023 | 25 | SURETY BOND in the amount of $ 183,000 posted by General Motors LLC. (Document not Scanned) (jh, ) (Entered: 06/16/2023) |
| 06/16/2023 | 23 | MOTION by Plaintiff General Motors LLC for extension of time *of Temporary Restraining Order*<br><br>(Christensen, Jake) (Entered: 06/16/2023) |
| 06/16/2023 | 24 | MEMORANDUM by General Motors LLC in support of extension of time 23 (Attachments: # 1 Declaration of Jake M. Christensen)(Christensen, Jake) (Entered: 06/16/2023) |
| 06/16/2023 | 26 | MINUTE entry before the Honorable Mary M. Rowland: Plaintiffs' motion for extension 23 is granted. Enter Order. Telephonic status hearing set for 6/23/23 is stricken. Mailed notice. (dm, ) (Entered: 06/16/2023) |
| 06/16/2023 | 27 | EXTENSION OF TEMPORARY RESTRAINING ORDER Signed by the Honorable Mary M. Rowland on 6/16/2023. Mailed notice. (dm, ) (Entered: 06/16/2023) |
| 07/05/2023 | 28 | MOTION by Plaintiff General Motors LLC for preliminary injunction<br><br>(Attachments: # 1 Exhibit A)(Christensen, Jake) (Entered: 07/05/2023) |
| 07/05/2023 | 29 | MEMORANDUM by General Motors LLC in support of motion for preliminary injunction 28 (Attachments: # 1 Declaration of Jake M. Christensen, # 2 Exhibit 1)(Christensen, Jake) (Entered: 07/05/2023) |
| 07/05/2023 | 30 | SUMMONS Returned Executed by General Motors LLC as to The Partnerships and Unincorporated Associations Identified on Schedule A on 7/5/2023, answer due 7/26/2023. (Attachments: # 1 Declaration of Rachel S. Miller, # 2 Exhibit A)(Miller, Rachel) (Entered: 07/05/2023) |
| 07/07/2023 | 31 | MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion for entry of a preliminary injunction 28 is granted. Enter Preliminary Injunction Order. The Clerk is directed to unseal any previously sealed documents in this matter. Plaintiff is ordered to add all Defendant names listed in the Schedule A to the docket within three business days. Instructions can be found on the court's website located at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.pdf. In addition, is a link to video instructions for Plaintiff to view on how to Add Terminate Party https://www.ilnd.uscourts.gov/Videos.aspx?folder=_cmecf&play=Add_Terminate.mp4. Telephonic status hearing set for 9/8/23 at 9:15am. Parties shall call 866-434-5269; access code 3751971. Mailed notice. (dm, ) (Entered: 07/07/2023) |

| | | |
|---|---|---|
| 07/07/2023 | 32 | PRELIMINARY INJUNCTION Order Signed by the Honorable Mary M. Rowland on 7/7/2023. Mailed notice. (dm, ) (Entered: 07/07/2023) |
| 07/11/2023 | | NEW PARTIES: A2K77YE0R2DTD5, A2RV2L8EYMN6A6, A6I1TXW83O5E4,ACToy, AEIWZREO5C4GO, AICZHKW3V31XD, AJO9S3KTL3044, AlbertRy, anqinghuinushangmaoyouxiangongsi, AOWIFT, aunspace, AUTOFLYING, bianchunyubkeogo, BYB Co.,Ltd., chendedianpu, chendongjiang, chengxiyunsiqiao, DAFANYIXING, DianYu Store, DIAO&DIAN, dongshicheng, dsfsdiop, ENMOON Direct-JS, ewatdsg, fanzetao2223, FHKHGFGKH, FLFL, focom shop, Foshan Nanhai Pingyu Trade Co., Ltd, foshanshiliandongyamaoyiyouxiangongsi, FULAILA, GEEKER-US, GuLiNaEr.WuSiManUS, Guma63, haikoushililingfukejiyouxiangongsi, Hefengyuan, hh9288, huanglingxianlaiwanXiangheleguan, INDASLI-MAN77, jiajiafustore, jialufushangmaoxiaodian, jiaosonglin, Jikay, jiwenchishangmaoyouxi, Junruriyongpin, KEFULDA Allprettyall US, linadedianya, linhong1982, LiShaoHuiUS, Lishengjia, lixinxianqueqiaohuibaihuoyouxiangongsi, LuoXiangBao, maiertengjingpinxiaodian, MCZ Pro Flag, minglongxiaodian, Minisoso, Nasavalo, NATUBAS, ongcyk8, Pangjiang, PartsForCar, pingtangfujiuyyds, pingtanhuifeifeidianzishangwugongzuoshi, pingtanliushudandianzishangwugongzuoshi, pingtanmaoxiufangdianzishangwuzhonxin, Pursue a better life, QDTrade, qi dian qi che zu lin fu wu you xian gong si, qianxileshangmaoyouxi, qianyuanlong, qiaogu, qiazius, rdf845dfgr, RZSLYSMYX, sacvsfddsabvfd, Sanrily Brand Store US and Shangshuixianshengcaishangmaoyouxiangongsi added to case caption. (Ziegler, Amy) (Entered: 07/11/2023) |
| 07/11/2023 | | NEW PARTIES: ShenJiJingMao, shiyuanjingpinxiaodian, shuaijing, Song Direct, songshanqumuyanbaihuochaoshi, Songshanquxiaoyingbaihuochaoshi, Sunset Tech, tangpuyuededianpu, taoyijieSMyouxiangongsi, tingtingdianpu, TunChangRongSui, Tutugs, VEEE, WangwenhaoG, wangxinhao, wanningtangyankejiyouxiangongsi, wei luo xin xi, wei.9, weiwangluojixiangongzhouwangwei, wenjiexx, xiamen jin qian shuang an, XiangXueNIJSADO, xiaolvdian, xiariyangguangshop, xiaxiajiaohededainpu, xuayangyangdedian, XYHGM, Yangao7, YangChaoJie BaSa, YangLifengAFSWWER, yangxinjunlidian, yangyangqinghuidianpu, YingZhang88, Yisenkeji, YSH Auto Parts, YUANSHi, Yuanxi Electronics, yundouus, YUNONG, yuyuzhiwudian, zhangkuigdsdsba, ZhangPiduoJIDOASHO, zhangweiwei0215, ZhangWenWenChengDuLu, ZHAWEI, zhengzhoumairouwangluokejiyouxiangongsi, zhenzhongdedianpu, ZhuZhenWu--AMZ001, ZWQ store, Zxmcry, ac-autoparts_aftermarket, air.digital999, all-carb, allroo-us, autoparts-ck, dainslef-market, flarestar, guwu_goodwill, gzmotormall, gzrubbertrade, gzxiangchu, hager_8531, haiarchite0, iseatcover7, ouzewl, starbest-auto, sun1596-86, turbo-ty, ulusky, wanghao_6, wangyingming23012, wytjfb, zw-motor-parts, Bear civet, Beauty Closet, BTOER HOME, Goodhd, Hayafir, HpLive, Lucky Day, Mduoduo, Mingyiq Inc, Ruibeauty, Safini, Shaohao Household Products, Spring, Sufanic, Suyin, The Green Market, Yafix, aoonuauto.com, AnKcoo, ArchieFoster, Bruceaqga, Clara Smith, crojkigo, denim fitting, Derek Brown, dongyuqin89054, fugang fashion, gaochengshan2580, haisheng fashion, Heather McCann, HUANGDONGYUE520, Kevin Parrish and Lihua department store added to case caption. (Ziegler, Amy) (Entered: 07/11/2023) |
| 07/27/2023 | 33 | NOTICE of Voluntary Dismissal by General Motors LLC *as to certain defendants* (Christensen, Jake) (Entered: 07/27/2023) |
| 08/03/2023 | 34 | NOTICE of Voluntary Dismissal by General Motors LLC *as to certain defendants* (Christensen, Jake) (Entered: 08/03/2023) |
| 08/10/2023 | 35 | NOTICE of Voluntary Dismissal by General Motors LLC *as to certain defendants* (Christensen, Jake) (Entered: 08/10/2023) |
| 08/17/2023 | 36 | NOTICE of Voluntary Dismissal by General Motors LLC *as to certain defendants* (Christensen, Jake) (Entered: 08/17/2023) |
| 08/21/2023 | 37 | MOTION by Plaintiff General Motors LLC to approve consent judgment *as to Defendant No. 162* (Attachments: # 1 Exhibit A)(Christensen, Jake) (Entered: 08/21/2023) |
| 08/21/2023 | 38 | MEMORANDUM by General Motors LLC in support of motion to approve consent judgment 37 (Christensen, Jake) (Entered: 08/21/2023) |
| 08/21/2023 | 39 | MOTION by Plaintiff General Motors LLC for entry of default , MOTION by Plaintiff General Motors LLC for default judgment as to *all Defendants with the Exception of a Certain Defendant* (Attachments: # 1 Exhibit A)(Christensen, Jake) (Entered: 08/21/2023) |

| | | |
|---|---|---|
| 08/21/2023 | 40 | MEMORANDUM by General Motors LLC in support of motion for entry of default,, motion for default judgment, 39 (Attachments: # 1 Exhibit 1)(Christensen, Jake) (Entered: 08/21/2023) |
| 08/21/2023 | 41 | DECLARATION of Justin R. Gaudio regarding memorandum in support of motion 40 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Christensen, Jake) (Entered: 08/21/2023) |
| 08/30/2023 | 42 | MINUTE entry before the Honorable Mary M. Rowland: Plaintiff General Motors LLC's motion to approve consent judgment 37 is granted. Enter Consent Judgment. Mailed notice. (dm, ) (Entered: 08/30/2023) |
| 08/30/2023 | 43 | CONSENT JUDGMENT Signed by the Honorable Mary M. Rowland on 8/30/2023. Mailed notice. (dm, ) (Entered: 08/30/2023) |
| 08/30/2023 | 44 | MINUTE entry before the Honorable Mary M. Rowland: Plaintiff General Motors LLC's motion for entry of default and default judgment 39 is granted. Telephonic status hearing set for 9/8/23 is stricken. Enter Final Judgment Order. Civil case terminated. Mailed notice. (dm, ) (Entered: 08/30/2023) |
| 08/30/2023 | 45 | FINAL JUDGMENT ORDER Signed by the Honorable Mary M. Rowland on 8/30/2023. Mailed notice. (dm, ) (Entered: 08/30/2023) |
| 08/31/2023 | 46 | FULL SATISFACTION of Judgment regarding order 45 in the amount of $50,000 *as to certain defendants* (Christensen, Jake) (Entered: 08/31/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/13/2023 13:42:57 | | | |
| **PACER Login:** | baruchesq | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-03171 |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |