RECAP Actions

(b)(1)(A),MAG,JURY,MOTREF,OPEN_MJ,TRADEMARK

## US District Court Electronic Case Filing System
## District of Utah (Central)
## CIVIL DOCKET FOR CASE #: 2:22-cv-00620-HCN-DAO

| | |
|---|---|
| Purple Innovation v. Chuang Fan Handicraft et al | Date Filed: 09/22/2022 |
| Assigned to: Judge Howard C. Nielson, Jr | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Daphne A. Oberg | Nature of Suit: 840 Trademark |
| Demand: $75,000 | Jurisdiction: Federal Question |
| Cause: 15:1121 Trademark Infringement | |

**Plaintiff**

**Purple Innovation**                      represented by **Alexandra L. Hodson**
HOLLAND & HART LLP
1601 N 20TH ST
BOISE, ID 83702
208-340-7923
Email: ALHodson@hollandhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Angelica M. Juarez**
HOLLAND & HART LLP
222 S MAIN ST STE 2200
SALT LAKE CITY, UT 84101
801-918-0352
Fax: 801-799-5700
Email: amjuarez@hollandhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren G. Reid**
HOLLAND & HART LLP
222 S MAIN ST STE 2200
SALT LAKE CITY, UT 84101
(801)799-5952
Email: dgreid@hollandhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie M. Perkins**
HOLLAND & HART LLP
222 S MAIN ST STE 2200
SALT LAKE CITY, UT 84101
801-799-5733
Fax: 801-665-1874

Email: lmperkins@hollandhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Sansom**
3762 W 12125 S
RIVERTON, UT 84065
801-419-6544
Email: smsansom88@gmail.com
*TERMINATED: 03/07/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Teague I. Donahey**
HOLLAND & HART LLP
PO BOX 2527
BOISE, ID 83701-2527
(208)342-5000
Email: tidonahey@hollandhart.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher C. McCurdy**
HOLLAND & HART LLP
800 W MAIN ST #1750
BOISE, ID 83702
208-342-5000
Email: ccmccurdy@hollandhart.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy P. Getzoff**
HOLLAND & HART LLP
ONE BOULDER PLAZA
1800 BROADWAY STE 300
BOULDER, CO 80302
(303)473-2700
Email: tgetzoff@hollandhart.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary J. McCraney**
HOLLAND & HART LLP
800 W MAIN ST #1750
BOISE, ID 83702
208-409-7186
Email: zjmccraney@hollandhart.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bedmate-U**
*TERMINATED: 12/22/2022*

represented by **Keith A. Call**
SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE 11TH FL
PO BOX 45000
SALT LAKE CITY, UT 84145-5000
(801)521-9000
Email: kcall@scmlaw.com
*TERMINATED: 04/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chuang Fan Handicraft**
*TERMINATED: 05/18/2023*

**Defendant**

**Dongguan Bounce Technology**
*TERMINATED: 05/18/2023*

**Defendant**

**Dongguan Jingrui Silicone Technology**
*TERMINATED: 05/18/2023*

**Defendant**

**Foshan Dirani Design Furniture**

**Defendant**

**Global Ocean Trading**

**Defendant**

**Guang An Shi Lin Chen Zai Sheng Wuzi**

**Defendant**

**Guang Zhou WEn Jie Shang Mao
Youxian Gongsi**

**Defendant**

**Guangzhou Epsilon Import and Export**
*TERMINATED: 05/18/2023*

**Defendant**

**Guangzhoushi Baixiangguo Keji Youxian
Gongsi**

**Defendant**

**Haircrafters**
*TERMINATED: 04/14/2023*

**Defendant**

**Hangzhou Lishang Import & Export**
*TERMINATED: 04/07/2023*

**Defendant**

**Hangzhou Lydia Sports Goods**

**Defendant**

**Hebei Zeyong Technology**

**Defendant**

**Henson Holdings**
*TERMINATED: 12/22/2022*

represented by **Keith A. Call**
(See above for address)
*TERMINATED: 04/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hetaibao**
*TERMINATED: 01/12/2023*

represented by **Keith A. Call**
(See above for address)
*TERMINATED: 04/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hubei Sheng Bingyi Dianzi Keji Youxian
Gongsi**

**Defendant**

**Kaifeng Shi Long Ting Qu Chen Yi
Shangmao Youxian Gongsi**

**Defendant**

**Lankao Junchang Electronic Commerce**
*TERMINATED: 05/18/2023*

**Defendant**

**Lei Lei Wang**
*TERMINATED: 01/12/2023*

represented by **Keith A. Call**
(See above for address)
*TERMINATED: 04/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Liu Lin Xian Xu Bin Dian Zi Chang Pin
Dian**

**Defendant**

**Nanchang Shirong Bao Er Guanggao
Youxian Gongsi**

represented by **Keith A. Call**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Qianwu Yang**
25/F CHINA RESOURCES TOWER, 2666
KEYUAN S RD

NANSHAN DISTRICT
SHENZHEN
CHINA
086 13925212009
Email: yang@shm.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Xiaomin Cao**
SHM LAW FIRM
CHINA RESOURCES TOWER
2666 KEYUAN SOUTH RD
NANSHAN 25F
CHINA
+86 13652448337
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Ningbo Bolian Import & Export**
*TERMINATED: 02/16/2023*

represented by **Keith A. Call**
(See above for address)
*TERMINATED: 04/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Ningbo Minzhou Import & Export**
*TERMINATED: 12/22/2022*

represented by **Keith A. Call**
(See above for address)
*TERMINATED: 04/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Ruian Xin Yuan Guoji Mao Yi Youxian Gongsi**

<u>**Defendant**</u>

**Shandong Jiu Hui Xinxi Keji Youxian Gongsi**
*TERMINATED: 04/07/2023*

represented by **Keith A. Call**
(See above for address)
*TERMINATED: 04/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Shanxi Chao Ma Xun Keji Youxian Gongsi**

<u>**Defendant**</u>

**Shenzhen Baibaikang Technology**

<u>**Defendant**</u>

**Shenzhen Leadfar Industry**

**Defendant**

**Shenzhen Shi Mai Rui Ke Dianzi
Shangwu**

**Defendant**

**Shenzhen Shi Xin Shangpin Dianzi
Shangwu Youxian Gongsi**
*TERMINATED: 11/15/2022*

**Defendant**

**Shenzhen Shi Yan Huang Chu Hai Keji
Youxian Gongsi**

**Defendant**

**Shenzhen Shi Yuxiang Meirong Yongju
Youxian Gongsi**

**Defendant**

**Shenzhen Tianrun Material**
*TERMINATED: 05/18/2023*

**Defendant**

**Wuhan Chenkuxuan Technology**

**Defendant**

**Xiao Dawei**

**Defendant**

**Xiao Xiao Pi Fa Shang Mao You Xian Ze
Ren Gongsi**

**Defendant**

**Yaru Wang**

**Defendant**

**Yiwu Youru E-Commerce**

**Defendant**

**Zhejiang Xinhui Import & Export**
*TERMINATED: 05/18/2023*

**Defendant**

**Zhou Meng Bo**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2022 | 1 | Case has been indexed and assigned to Magistrate Judge Dustin B. Pead. Plaintiff Purple Innovation is directed to E-File the Complaint and cover sheet (found under Complaints and Other Initiating Documents) and pay the filing fee of $ 402. by the end |

| | | |
|---|---|---|
| | | of the business day.<br>NOTE: The court will not have jurisdiction until the opening document is electronically filed and the filing fee paid in the CM/ECF system.<br>Civil Summons may be issued electronically. Prepare the summons using the courts PDF version and email it to utdecf_clerk@utd.uscourts.gov for issuance. (ks) (Entered: 09/22/2022) |
| 09/22/2022 | 2 | NOTICE OF REQUIREMENTS for appearance phv mailed to attorney Teague I. Donahey, Christopher C. McCurdy, Zachery J. McCraney, for Plaintiff Purple Innovation (ks) (Entered: 09/22/2022) |
| 09/22/2022 | 3 | NOTICE OF REQUIREMENTS for appearance phv mailed to attorney Timothy Getzoff, for Plaintiff Purple Innovation (ks) (Entered: 09/22/2022) |
| 09/22/2022 | 4 R | COMPLAINT against All Defendants (Filing fee $ 402, receipt number AUTDC-4454265) filed by Purple Innovation. (Attachments: # 1 Exhibit 1 - 556 Registration, # 2 Exhibit 2 - 053 Registration, # 3 Exhibit 3 - D092 Patent, # 4 Exhibit 4 - 445 Patent, # 5 Exhibit 5 - 837 Patent, # 6 R Exhibit 6 - Bedmate-U, # 7 Exhibit 7 - Dongguan Bounce-Yiwu Youru, # 8 Exhibit 8 - Dongguan Jingrui, # 9 Exhibit 9 - Dirani Design, # 10 Exhibit 10 - Global Ocean, # 11 Exhibit 11 - Guang An Shi Lin, # 12 Exhibit 12 - Guang Zhou Wen Jie, # 13 Exhibit 13 - Epsilon-Chuang Fan, # 14 Exhibit 14 - Guangzhoushi Baiziangguo, # 15 Exhibit 15 - Haircrafters, # 16 Exhibit 16 - Hangzhou-Lishang - Zhejiang Xinbui, # 17 Exhibit 17 - Hangzhou Lydia, # 18 Exhibit 18 - Hebei Zeyong-Chuang Fan, # 19 Exhibit 19 - SelectSoma, # 20 Exhibit 20 - Hetaibau, # 21 Exhibit 21 - Hubei Sheng, # 22 Exhibit 22 - Kaifeng, # 23 Exhibit 23 - Lankao Junchang, # 24 Exhibit 24 - Lei Lei Wang, # 25 Exhibit 25 - Liu Lin Xian Xu-Chuang Fan, # 26 Exhibit 26 - Nanchang Shirong, # 27 Exhibit 27 - Ningbo Bolian, # 28 Exhibit 28 - Ningbo Minzhou, # 29 Exhibit 29 - Ruian Xiu, # 30 Exhibit 30 - Shandong Jiu Hui, # 31 Exhibit 31 - Shanxi Chao, # 32 Exhibit 32 - Shenzhen Baibaikang, # 33 Exhibit 33 - Leadfar, # 34 Exhibit 34 - Shenzhen Shi Mai, # 35 Exhibit 35 - Shenzhen Shi Xin, # 36 Exhibit 36 - Shenzhen Shi Yan, # 37 Exhibit 37 - Shenzhen Shi Yuxiang, # 38 Exhibit 38 - Shenzhen Tianrun, # 39 Exhibit 39 - Wuhan, # 40 Exhibit 40 - Xiao Dawei, # 41 Exhibit 41 - Xiao Xiao Pi Fa, # 42 Exhibit 42 - YaRu Wang, # 43 Exhibit 43 - Zhou Meng Bo, # 44 Civil Cover Sheet ) Assigned to Magistrate Judge Dustin B. Pead (Sansom, Stephen) (Entered: 09/22/2022) |
| 09/22/2022 | 5 | CORPORATE DISCLOSURE STATEMENT under FRCP 7.1 filed by Plaintiff Purple Innovation identifying Purple Innovation, Inc. as Corporate Parent. (Sansom, Stephen) (Entered: 09/22/2022) |
| 09/22/2022 | 6 | Report on the Filing of an action sent to the Director of the U.S. Patent and Trademark Office. (ks) (Entered: 09/22/2022) |
| 09/23/2022 | 7 | ORDER TO PROPOSE SCHEDULE - Plaintiff(s) must propose a discovery schedule to defendant(s) in the form of a draft Attorney Planning Meeting Report within twenty-one (21) days after any defendant has been served or any defendant has appeared. See order for additional instructions. Signed by Magistrate Judge Dustin B. Pead on 9/23/2022. (mh) (Entered: 09/23/2022) |
| 09/23/2022 | 8 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Zhou Meng Bo.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |

| 09/23/2022 | 9 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Zhejiang Xinhui Import & Export.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| --- | --- | --- |
| 09/23/2022 | 10 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Yiwu Youru E-Commerce.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 11 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Yaru Wang.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 12 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Xiao Xiao Pi Fa Shang Mao You Xian Ze Ren Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 13 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Xiao Dawei.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 14 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Wuhan Chenkuxuan Technology.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 15 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Shenzhen Tianrun Material.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 16 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Shenzhen Shi Yuxiang Meirong Yongju Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 17 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Shenzhen Shi Yan Huang Chu Hai Keji Youxian Gongsi.<br>Instructions to Counsel: |

| | | |
|---|---|---|
| | | 1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | [18](#) | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Shenzhen Shi Xin Shangpin Dianzi Shangwu Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | [19](#) | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Shenzhen Shi Mai Rui Ke Dianzi Shangwu.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | [20](#) | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Shenzhen Leadfar Industry.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | [21](#) | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Shenzhen Baibaikang Technology.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | [22](#) | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Shanxi Chao Ma Xun Keji Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | [23](#) | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Shandong Jiu Hui Xinxi Keji Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | [24](#) | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Ruian Xin Yuan Guoji Mao Yi Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | [25](#) | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Ningbo Minzhou Import & Export.<br>Instructions to Counsel:<br>1. Click on the document number. |

| | | 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
|---|---|---|
| 09/23/2022 | 26 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Ningbo Bolian Import & Export.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 27 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Chuang Fan Handicraft.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 28 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Bedmate-U.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 29 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Nanchang Shirong Bao Er Guanggao Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 30 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Liu Lin Xian Xu Bin Dian Zi Chang Pin Dian.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 31 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Lei Lei Wang.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 32 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Lankao Junchang Electronic Commerce.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 33 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Kaifeng Shi Long Ting Qu Chen Yi Shangmao Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |

| 09/23/2022 | 34 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Hubei Sheng Bingyi Dianzi Keji Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
|---|---|---|
| 09/23/2022 | 35 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Hetaibao.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 36 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Henson Holdings.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 37 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Hebei Zeyong Technology.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 38 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Hangzhou Lydia Sports Goods.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 39 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Hangzhou Lishang Import & Export.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 40 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Haircrafters.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 41 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Guangzhoushi Baixiangguo Keji Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 42 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Guangzhou Epsilon Import and Export.<br>Instructions to Counsel: |

| | | |
|---|---|---|
| | | 1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 43 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Guang Zhou WEn Jie Shang Mao Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 44 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Guang An Shi Lin Chen Zai Sheng Wuzi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 45 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Global Ocean Trading.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 46 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Foshan Dirani Design Furniture.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 47 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Dongguan Bounce Technology.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/23/2022 | 48 | **RESTRICTED DOCUMENT**Summons Issued Electronically as to Dongguan Jingrui Silicone Technology.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (ks) (Entered: 09/23/2022) |
| 09/29/2022 | 49 | MOTION for Admission Pro Hac Vice of Teague I. Donahey , Registration fee $ 250, receipt number AUTDC-4460512,<br><br>Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html.<br>Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing. |

| | | filed by Plaintiff Purple Innovation. (Attachments: # 1 Exhibit A - Application, # 2 Exhibit B - (Proposed) Order)(Sansom, Stephen) (Entered: 09/29/2022) |
|---|---|---|
| 09/29/2022 | 50 | MOTION for Admission Pro Hac Vice of Timothy Getzoff , Registration fee $ 250, receipt number AUTDC-4460520, |
| | | Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing. |
| | | filed by Plaintiff Purple Innovation. (Attachments: # 1 Exhibit A - Application, # 2 Exhibit B - (Proposed) Order)(Sansom, Stephen) (Entered: 09/29/2022) |
| 09/29/2022 | 51 | MOTION for Admission Pro Hac Vice of Zachery J. McCraney , Registration fee $ 250, receipt number AUTDC-4460522, |
| | | Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing. |
| | | filed by Plaintiff Purple Innovation. (Attachments: # 1 Exhibit A - Application, # 2 Exhibit B - (Proposed) Order)(Sansom, Stephen) (Entered: 09/29/2022) |
| 09/29/2022 | 52 | MOTION for Admission Pro Hac Vice of Christopher C. McCurdy , Registration fee $ 250, receipt number CUTDC-4460526, |
| | | Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing. |
| | | filed by Plaintiff Purple Innovation. (Attachments: # 1 Exhibit A - Application, # 2 Exhibit B - (Proposed) Order)(Sansom, Stephen) (Entered: 09/29/2022) |
| 09/30/2022 | 53 | ORDER granting 49 Motion for Admission Pro Hac Vice of Attorney Teague I. Donahey for Purple Innovation. |
| | | Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing. |
| | | Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice. |
| | | Signed by Magistrate Judge Dustin B. Pead on 9/30/2022. (alf) (Entered: 09/30/2022) |

| | | |
|---|---|---|
| 09/30/2022 | 54 | ORDER granting 50 Motion for Admission Pro Hac Vice of Attorney Timothy P. Getzoff for Purple Innovation.<br><br>*Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.*<br><br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.*<br><br>Signed by Magistrate Judge Dustin B. Pead on 9/30/2022. (alf) (Entered: 09/30/2022) |
| 09/30/2022 | 55 | ORDER granting 51 Motion for Admission Pro Hac Vice of Attorney Zachary J. McCraney for Purple Innovation.<br><br>*Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.*<br><br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.*<br><br>Signed by Magistrate Judge Dustin B. Pead on 9/30/2022. (alf) (Entered: 09/30/2022) |
| 09/30/2022 | 56 | ORDER granting 52 Motion for Admission Pro Hac Vice of Attorney Christopher C. McCurdy for Purple Innovation.<br><br>*Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.*<br><br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.*<br><br>Signed by Magistrate Judge Dustin B. Pead on 9/30/2022. (alf) (Entered: 09/30/2022) |
| 10/07/2022 | 57 R | Ex Parte (Not Sealed) MOTION for Leave to Conduct Limited Discovery Regarding Identity of Defendants and Memorandum in Support filed by Plaintiff Purple Innovation. (Attachments: # 1 Exhibit 1 - Amazon.Com Subpoena Duces Tecum, # 2 Exhibit 2 - Alibaba Subpoena Duces Tecum, # 3 Exhibit 3 - AliExpress Subpoena Duces Tecum)(Sansom, Stephen) (Entered: 10/07/2022) |
| 10/11/2022 | 58 | DOCKET TEXT ORDER FOR CASE TO BE REASSIGNED. Based upon the procedural posture of the case, consent to the jurisdiction of a magistrate judge is not feasible at this time because certain defendants have yet to be identified. The court therefore orders this matter be reassigned to a district judge through random reassignment. No attached document Signed by Magistrate Judge Dustin B. Pead on 10/11/22. (mjw) (Entered: 10/11/2022) |
| 10/12/2022 | 59 | Case Reassigned to District Judge per docket text order. Case randomly assigned to Judge Howard C. Nielson, Jr. Magistrate Judge Dustin B. Pead no longer assigned to the case. (alf) (Entered: 10/12/2022) |

| 10/13/2022 | 60 | Ex Parte (Not Sealed) MOTION to file overlength Motion *for Leave to Effect Service of Process by Alternative Means* filed by Plaintiff Purple Innovation. (Attachments: # 1 Text of Proposed Order proposed Order)(Sansom, Stephen) (Entered: 10/13/2022) |
|---|---|---|
| 10/13/2022 | 61 | DOCKET TEXT ORDER REFERRING CASE to Magistrate Judge Daphne A. Oberg under 28:636 (b)(1)(A), Magistrate to hear and determine all nondispositive pretrial matters. No attached document. Motions referred to Daphne A. Oberg. Signed by Judge Howard C. Nielson, Jr on 10/13/22. (dla) (Entered: 10/13/2022) |
| 10/13/2022 | 62 | ORDER REFERRING MOTION 60 Ex Parte (Not Sealed) MOTION to file overlength Motion *for Leave to Effect Service of Process by Alternative Means* filed by Purple Innovation, 57 R Ex Parte (Not Sealed) MOTION for Leave to Conduct Limited Discovery Regarding Identity of Defendants and Memorandum in Support filed by Purple Innovation. Motions referred to Daphne A. Oberg. Signed by Judge Howard C. Nielson, Jr., on 10/13/2022. (mlp) (Entered: 10/13/2022) |
| 10/20/2022 | 63 | DOCKET TEXT ORDER granting 60 Motion for Leave to File Overlength Motion. Plaintiff may file an overlength Motion for Leave to Effect Service of Process by Alternative Means of no more than sixteen pages. Signed by Magistrate Judge Daphne A. Oberg on 10/20/2022. No attached document. (med) (Entered: 10/20/2022) |
| 10/20/2022 | 64 | Ex Parte (Not Sealed) MOTION for Leave to Effect Service of Process By Alternative Means Pursuant to Fed. R. Civ. P. 4(f)(3) re 63 Order on Motion for Miscellaneous Relief, and Memorandum in Support filed by Plaintiff Purple Innovation. (Attachments: # 1 Exhibit 1 - Declaration of James Larson, # 2 Exhibit 2 - Guang Zho, # 3 Exhibit 3 - Hubei Sheng, # 4 Exhibit 4 - Kaifeng Shi, # 5 Exhibit 5 - Nanchang Shirong, # 6 Exhibit 6 - Ningbo Bolian, # 7 Exhibit 7 - Shenzhen Shi Yan, # 8 Exhibit 8 - Wuhan Chenkuxuan, # 9 Exhibit 9 - Xiao Dawei, # 10 Exhibit 10 - Yaru Wang, # 11 Exhibit 11 - Zhou Meng Bo, # 12 Exhibit 12 - Foshan Dirani, # 13 Exhibit 13 - Global Ocean, # 14 Exhibit 14 - Guang An, # 15 Exhibit 15 - Guangzhoushi) Motions referred to Daphne A. Oberg.(Sansom, Stephen) (Entered: 10/20/2022) |
| 10/20/2022 | 65 | EXHIBITS filed by Purple Innovation re 64 Ex Parte (Not Sealed) MOTION for Leave to Effect Service of Process By Alternative Means Pursuant to Fed. R. Civ. P. 4(f)(3) re 63 Order on Motion for Miscellaneous Relief, and Memorandum in Support . (Attachments: # 1 Exhibit 16 - Haircrafters, # 2 Exhibit 17 - Hangzhou Lishang, # 3 Exhibit 18 - Hangzhou Lydia, # 4 Exhibit Liu Lin, # 5 Exhibit Ruian Xiu, # 6 Exhibit Shanxi Chao, # 7 Exhibit Shenzhen Shi Xin, # 8 Exhibit Shenzhen Shi Yuxiang, # 9 Exhibit Xiao Xiao, # 10 Exhibit Yiwu Youru, # 11 Exhibit Hebei Zeyong, # 12 Exhibit Shenzhen Baiubaikang, # 13 Exhibit Dongguan Jingrui, # 14 Exhibit Guangzhou Epsilon, # 15 Exhibit Shenzhen Tianrun, # 16 Exhibit Lankao Jushang)(Sansom, Stephen) (Entered: 10/20/2022) |
| 10/21/2022 | 66 R | MEMORANDUM DECISION AND ORDER granting 57 R Motion for Leave to Conduct Limited Discovery Regarding Identity of Defendants. Signed by Magistrate Judge Daphne A. Oberg on 10/21/22. (dla) (Entered: 10/21/2022) |
| 10/21/2022 | 67 R | MOTION to Stay *Action Under 28 U.S.C. § 1659 Pending ITC Determination* filed by Defendants Bedmate-U, Henson Holdings, Hetaibao, Lei Lei Wang, Ningbo Bolian Import & Export, Ningbo Minzhou Import & Export, Shandong Jiu Hui Xinxi Keji Youxian Gongsi. (Attachments: # 1 R Exhibit A, # 2 R Exhibit B, # 3 R Text of Proposed Order) Motions referred to Daphne A. Oberg. Attorney Keith A. Call added to party Bedmate-U(pty:dft), Attorney Keith A. Call added to party Henson Holdings(pty:dft), Attorney Keith A. Call added to party Hetaibao(pty:dft), Attorney Keith A. Call added to party Lei Lei Wang(pty:dft), Attorney Keith A. Call added to party Ningbo Bolian Import & Export (pty:dft), Attorney Keith A. Call added to party |

| | | |
|---|---|---|
| | | Ningbo Minzhou Import & Export (pty:dft), Attorney Keith A. Call added to party Shandong Jiu Hui Xinxi Keji Youxian Gongsi(pty:dft)(Call, Keith) (Entered: 10/21/2022) |
| 10/24/2022 | 68 | NOTICE of Appearance by Leslie M. Perkins on behalf of Purple Innovation (Perkins, Leslie) (Entered: 10/24/2022) |
| 11/03/2022 | 69 | AFFIDAVIT OF SERVICE for Subpoena to Produce Documents *upon Amazon.Com, Inc*. served on Ellen Jones, Legal Department on 10-25-2022, filed by Plaintiff Purple Innovation. (Attachments: # 1 Exhibit Subpoena to Produce Documents)(Perkins, Leslie) (Entered: 11/03/2022) |
| 11/03/2022 | 70 | AFFIDAVIT OF SERVICE for Subpoena to Produce Documents *upon Alibaba.com* served on Saria Marin, Authorized Person on 10-25-2022, filed by Plaintiff Purple Innovation. (Attachments: # 1 Exhibit Subpoena to Produce Documents)(Perkins, Leslie) (Entered: 11/03/2022) |
| 11/04/2022 | 71 R | MEMORANDUM in Opposition re 67 R MOTION to Stay *Action Under 28 U.S.C. § 1659 Pending ITC Determination* filed by Plaintiff Purple Innovation. (Perkins, Leslie) (Entered: 11/04/2022) |
| 11/15/2022 | 72 | NOTICE of Voluntary Dismissal of Shenzhen Shi Xin Shangpin Dianzi Shangwu Youxian Gongsi, Co. Ltd. filed by Plaintiff Purple Innovation (Perkins, Leslie) (Entered: 11/15/2022) |
| 11/18/2022 | 73 | REPLY in support of 67 R Motion to Stay ~~MOTION to Stay *Action Under 28 U.S.C. § 1659 Pending ITC Determination*~~ filed by Defendants Bedmate-U, Henson Holdings, Hetaibao, Lei Lei Wang, Ningbo Bolian Import & Export, Ningbo Minzhou Import & Export, Shandong Jiu Hui Xinxi Keji Youxian Gongsi. Motions referred to Daphne A. Oberg.(Call, Keith) Modified by correcting event type, editing docket text, terminating motion, on 11/22/2022 (dla). (Entered: 11/18/2022) |
| 11/22/2022 | 74 | CLERK'S NOTICE OF POSSIBLE ERROR re 67 R MOTION to Stay *Action Under 28 U.S.C. § 1659 Pending ITC Determination*. Description of possible error: Document is a Reply, not a Motion. The entry has been adjusted correct event type, modified docket text, terminated motion. Counsel is requested to use appropriate events when docketing replies. No action is requested to be taken by counsel at this time. (dla) (Entered: 11/22/2022) |
| 12/21/2022 | 75 | NOTICE of Voluntary Dismissal of Ningbo Minzhou filed by Plaintiff Purple Innovation (Perkins, Leslie) (Entered: 12/21/2022) |
| 12/21/2022 | 76 | NOTICE of Voluntary Dismissal of Bedmate-U Co., Ltd filed by Plaintiff Purple Innovation (Perkins, Leslie) (Entered: 12/21/2022) |
| 12/21/2022 | 77 | NOTICE of Voluntary Dismissal of Henson Holdings LLC filed by Plaintiff Purple Innovation (Perkins, Leslie) (Entered: 12/21/2022) |
| 01/12/2023 | 78 | NOTICE of Voluntary Dismissal of Hetaibao filed by Plaintiff Purple Innovation (Donahey, Teague) (Entered: 01/12/2023) |
| 01/12/2023 | 79 | NOTICE of Voluntary Dismissal of Lei Lei Wang filed by Plaintiff Purple Innovation (Donahey, Teague) (Entered: 01/12/2023) |
| 02/16/2023 | 80 | NOTICE of Voluntary Dismissal of Ningbo Bolian filed by Plaintiff Purple Innovation (Donahey, Teague) (Entered: 02/16/2023) |
| 03/07/2023 | 81 | SUBSTITUTION OF COUNSEL Darren G. Reid replacing Stephen M. Sansom as counsel on behalf of Purple Innovation. (Reid, Darren) (Entered: 03/07/2023) |

| 03/07/2023 | 82 | AMENDED COMPLAINT against Chuang Fan Handicraft, Dongguan Bounce Technology, Dongguan Jingrui Silicone Technology, Foshan Dirani Design Furniture, Global Ocean Trading, Guang An Shi Lin Chen Zai Sheng Wuzi, Guang Zhou WEn Jie Shang Mao Youxian Gongsi, Guangzhou Epsilon Import and Export, Guangzhoushi Baixiangguo Keji Youxian Gongsi, Hangzhou Lydia Sports Goods, Hebei Zeyong Technology, Hubei Sheng Bingyi Dianzi Keji Youxian Gongsi, Kaifeng Shi Long Ting Qu Chen Yi Shangmao Youxian Gongsi, Lankao Junchang Electronic Commerce, Liu Lin Xian Xu Bin Dian Zi Chang Pin Dian, Nanchang Shirong Bao Er Guanggao Youxian Gongsi, Ruian Xin Yuan Guoji Mao Yi Youxian Gongsi, Shanxi Chao Ma Xun Keji Youxian Gongsi, Shenzhen Baibaikang Technology, Shenzhen Leadfar Industry, Shenzhen Shi Mai Rui Ke Dianzi Shangwu, Shenzhen Shi Yan Huang Chu Hai Keji Youxian Gongsi, Shenzhen Shi Yuxiang Meirong Yongju Youxian Gongsi, Shenzhen Tianrun Material, Wuhan Chenkuxuan Technology, Xiao Dawei, Xiao Xiao Pi Fa Shang Mao You Xian Ze Ren Gongsi, Yaru Wang, Yiwu Youru E-Commerce, Zhejiang Xinhui Import & Export, Zhou Meng Bo with Jury Demand. Removed Defendants: BEDMATE-U CO., LTD.; HAIRCRAFTERS LLC; HANGZHOU LISHANG IMPORT & EXPORT CO., LTD.; HENSON HOLDINGS, LLC; HETAIBAO; LEI LEI WANG; NINGBO BOLIAN IMPORT & EXPORT CO., LTD.; NINGBO MINZHOU IMPORT & EXPORT CO., LTD.; SHANDONG JIU HUI XINXI KEJI YOUXIAN GONGSI CO., LTD.; SHENZHEN SHI XIN SHANGPIN DIANZI SHANGWU YOUXIAN GONGSI CO., LTD.. filed by Purple Innovation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38) (Reid, Darren) (Entered: 03/07/2023) |
| 03/08/2023 | 83 | MOTION for Leave to File Supplemental Brief Regarding Opposition to Motion to Stay filed by Plaintiff Purple Innovation. (Attachments: # 1 Exhibit A-Supplemental Brief in Support of Opposition) Motions referred to Daphne A. Oberg.(Reid, Darren) (Entered: 03/08/2023) |
| 03/08/2023 | 84 | DOCKET TEXT ORDER granting 83 Plaintiff's Motion for Leave to File Supplemental Brief Regarding Opposition to Motion to Stay. Plaintiff may file a supplemental brief in support of its opposition 71 ℝ to the motion to stay 67 ℝ . Signed by Magistrate Judge Daphne A. Oberg on 3/8/2023. No attached document. (med) (Entered: 03/08/2023) |
| 03/08/2023 | 85 | Supplemental MEMORANDUM in Opposition re 67 ℝ MOTION to Stay *Action Under 28 U.S.C. § 1659 Pending ITC Determination* filed by Plaintiff Purple Innovation. (Reid, Darren) (Entered: 03/08/2023) |
| 03/13/2023 | 86 | Plaintiff's MOTION *for Leave to File Supplemental Brief Regarding Motion for Alternative Service* filed by Plaintiff Purple Innovation. (Attachments: # 1 Exhibit A-Supplemental Brief) Motions referred to Daphne A. Oberg.(Reid, Darren) (Entered: 03/13/2023) |
| 03/14/2023 | 87 | DOCKET TEXT ORDER granting 86 Motion for Leave to File Supplemental Brief Regarding 64 Motion for Alternative Service. Plaintiff may file the supplemental brief in the form found at Exhibit A. Signed by Magistrate Judge Daphne A. Oberg on 3/14/2023. No attached document. (med) (Entered: 03/14/2023) |
| 03/14/2023 | 88 | Supplemental MEMORANDUM in Support re 64 Ex Parte (Not Sealed) MOTION for Leave to Effect Service of Process By Alternative Means Pursuant to Fed. R. Civ. P. 4(f) |

| | | |
|---|---|---|
| | | (3) re 63 Order on Motion for Miscellaneous Relief, and Memorandum in Support filed by Plaintiff Purple Innovation. (Reid, Darren) (Entered: 03/14/2023) |
| 04/05/2023 | 89 | ORDER denying in Part and Finding Moot in Part 67 ℝ Motion to Stay Action Under 28 U.S.C. § 1659 Pending ITC Determination. Signed by Magistrate Judge Daphne A. Oberg on 4/5/23. (dle) (Entered: 04/05/2023) |
| 04/05/2023 | 90 | DOCKET TEXT ORDER: Within fourteen days, Plaintiff may supplement its motion for alternative service 64 with the following: (1) for each defendant Plaintiff seeks to serve via seller profile page or seller link, evidence that the seller profile page or seller link is currently active; and (2) for each defendant Plaintiff seeks to serve via email, evidence that the email address is valid and currently active. If no supplemental evidence is submitted, the court will consider the motion based on the previously submitted evidence. Signed by Magistrate Judge Daphne A. Oberg on 4/5/2023. No attached document.(med) (Entered: 04/05/2023) |
| 04/07/2023 | 91 | DOCKET TEXT ORDER. On March 7, 2023, Plaintiff filed 82 Amended Complaint, removing some defendants from this action. Defendant Haircrafters LLC, which was named as a defendant in the original complaint, *see* Dkt. No. 4, is not named in the body of the amended complaint and is listed in the accompanying docket text entry as a "removed" defendant. Dkt. No. 82. Haircrafters is, however, still listed in the caption of 82 Amended Complaint. No later than Wednesday, April 19, 2023, Plaintiff shall file a status report clarifying whether Defendant Haircrafters has been removed or is still a party to this action. SO ORDERED. Signed by Judge Howard C. Nielson, Jr., on 04/07/2023. (tf) (Entered: 04/07/2023) |
| 04/13/2023 | 92 | MOTION to Withdraw as Counsel filed by Defendants Bedmate-U, Henson Holdings, Hetaibao, Lei Lei Wang, Ningbo Bolian Import & Export, Ningbo Minzhou Import & Export, Shandong Jiu Hui Xinxi Keji Youxian Gongsi. (Attachments: # 1 Text of Proposed Order) Motions referred to Daphne A. Oberg.(Call, Keith) (Entered: 04/13/2023) |
| 04/13/2023 | 93 | STATUS REPORT by Purple Innovation. (Reid, Darren) (Entered: 04/13/2023) |
| 04/13/2023 | 94 | AMENDED COMPLAINT *(Corrected) First* against Chuang Fan Handicraft, Dongguan Bounce Technology, Dongguan Jingrui Silicone Technology, Foshan Dirani Design Furniture, Global Ocean Trading, Guang An Shi Lin Chen Zai Sheng Wuzi, Guang Zhou WEn Jie Shang Mao Youxian Gongsi, Guangzhou Epsilon Import and Export, Guangzhoushi Baixiangguo Keji Youxian Gongsi, Hangzhou Lydia Sports Goods, Hebei Zeyong Technology, Hubei Sheng Bingyi Dianzi Keji Youxian Gongsi, Kaifeng Shi Long Ting Qu Chen Yi Shangmao Youxian Gongsi, Lankao Junchang Electronic Commerce, Liu Lin Xian Xu Bin Dian Zi Chang Pin Dian, Nanchang Shirong Bao Er Guanggao Youxian Gongsi, Ruian Xin Yuan Guoji Mao Yi Youxian Gongsi, Shanxi Chao Ma Xun Keji Youxian Gongsi, Shenzhen Baibaikang Technology, Shenzhen Leadfar Industry, Shenzhen Shi Mai Rui Ke Dianzi Shangwu, Shenzhen Shi Yan Huang Chu Hai Keji Youxian Gongsi, Shenzhen Shi Yuxiang Meirong Yongju Youxian Gongsi, Shenzhen Tianrun Material, Wuhan Chenkuxuan Technology, Xiao Dawei, Xiao Xiao Pi Fa Shang Mao You Xian Ze Ren Gongsi, Yaru Wang, Yiwu Youru E-Commerce, Zhejiang Xinhui Import & Export, Zhou Meng Bo with Jury Demand. Removed Defendants: BEDMATE-U CO., LTD.; HAIRCRAFTERS LLC; HANGZHOU LISHANG IMPORT & EXPORT CO., LTD.; HENSON HOLDINGS, LLC; HETAIBAO; HUBEI SHENG BINGYI DIANZI KEJI YOUXIAN GONGSI CO. LTD.; LEI LEI WANG; NINGBO BOLIAN IMPORT & EXPORT CO., LTD.; NINGBO MINZHOU IMPORT & EXPORT CO., LTD.; SHANDONG JIU HUI XINXI KEJI YOUXIAN GONGSI CO., LTD.; SHENZHEN SHI XIN SHANGPIN DIANZI SHANGWU YOUXIAN GONGSI CO., LTD.;. filed by Purple Innovation. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 1 - 6,971,732 Registration, # 2 Exhibit 2 - 6,971,734 Registration, # 3 Exhibit 3 - 5,661,556 Registration, # 4 Exhibit 4 - 6,551,053 Registration, # 5 Exhibit 5 - D909,092 Registration, # 6 Exhibit 6 - 10,772,445 Registration, # 7 Exhibit 7 - 10,863,837 Registration, # 8 Exhibit 8 - Chuang Fan, # 9 Exhibit 9 - Dongguan Bounce, # 10 Exhibit 10 - Dongguan Jingrui, # 11 Exhibit 11 - Foshan Dirani Design, # 12 Exhibit 12 - Global Ocean, # 13 Exhibit 13 - Guang An Shi Lin, # 14 Exhibit 14 - Guang Zhou Wen Jie, # 15 Exhibit 15 - Epsilon, # 16 Exhibit 16 - Guangzhoushi Baixiangguo, # 17 Exhibit 17 - Hangzhou Lydia, # 18 Exhibit 18 - Hebei Zeyong, # 19 Exhibit 19 - Hubei Sheng, # 20 Exhibit 20 - Kaifeng, # 21 Exhibit 21 - Lankao Junchang, # 22 Exhibit 22 - Liu Lin Xian Xu, # 23 Exhibit 23 - Nanchang Shirong, # 24 Exhibit 24 - Ruian Xiu, # 25 Exhibit 25 - Shanxi Chao, # 26 Exhibit 26 - Shenzhen Baibaikang, # 27 Exhibit 27 - Leadfar, # 28 Exhibit 28 - Shenzhen Shi Mai, # 29 Exhibit 29 - Shenzhen Shi Yan, # 30 Exhibit 30 - Shenzhen Shi Yuxiang, # 31 Exhibit 31 - Shenzhen Tianrun, # 32 Exhibit 32 - Wuhan, # 33 Exhibit 33 - Xiao Dawei, # 34 Exhibit 34 - Xiao Xiao Pi Fa, # 35 Exhibit 35 - YaRu Wang, # 36 Exhibit 36 - Yiwu Youru, # 37 Exhibit 37 - Zhejiang Xinhui, # 38 Exhibit 38 - Zhou Meng Bo) (Reid, Darren) (Entered: 04/13/2023) |
| 04/17/2023 | 95 | ORDER granting 92 Motion to Withdraw as Counsel. Attorney Keith A. Call withdrawn from case for Bedmate-U, Henson Holdings, Hetaibao, Lei Lei Wang, Ningbo Bolian Import & Export, Ningbo Minzhou Import & Export, Shandong Jiu Hui Xinxi Keji Youxian Gongsi. No contact addresses added for parties as they have been dismissed from the case. Signed by Magistrate Judge Daphne A. Oberg on 4/17/23 (alt) (Entered: 04/17/2023) |
| 04/19/2023 | 96 | Second MEMORANDUM in Support re 64 Ex Parte (Not Sealed) MOTION for Leave to Effect Service of Process By Alternative Means Pursuant to Fed. R. Civ. P. 4(f)(3) re 63 Order on Motion for Miscellaneous Relief, and Memorandum in Support filed by Plaintiff Purple Innovation. (Attachments: # 1 Exhibit 1 - Declaration of Leslie M. Perkins, # 2 Exhibit A - HH to Declaration of Leslie M. Perkins, # 3 Exhibit 2 - Declaration of Tamara Rodriguez, # 4 Exhibit A - X to Declaration of Tamara Rodriguez)(Reid, Darren) (Entered: 04/19/2023) |
| 04/28/2023 | 97 Ⓡ | MEMORANDUM DECISION AND ORDER granting in part and denying in part 64 Motion for Leave to effect service of Process by Alternative Means; re 64 Ex Parte (Not Sealed) MOTION for Leave to Effect Service of Process By Alternative Means Pursuant to Fed. R. Civ. P. 4(f)(3) re 63 Order on Motion for Miscellaneous Relief, and Memorandum in Support . See Order for Details. Signed by Magistrate Judge Daphne A. Oberg on 4/28/2023. (lam) (Entered: 04/28/2023) |
| 05/01/2023 | 98 | Summons Issued Electronically as to Hubei Sheng Bingyi Dianzi Keji Youxian Gongsi. Instructions to Counsel: 1. Click on the document number. 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. 3. Print the issued summons for service. (haa) (Entered: 05/01/2023) |
| 05/01/2023 | 99 | Summons Issued Electronically as to Kaifeng Shi Long Ting Qu Chen Yi Shangmao Youxian Gongsi. Instructions to Counsel: 1. Click on the document number. 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. 3. Print the issued summons for service. (haa) (Entered: 05/01/2023) |
| 05/01/2023 | 100 | Summons Issued Electronically as to Liu Lin Xian Xu Bin Dian Zi Chang Pin Dian. Instructions to Counsel: 1. Click on the document number. |

| | | 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/01/2023) |
|---|---|---|
| 05/01/2023 | 101 | Summons Issued Electronically as to Nanchang Shirong Bao Er Guanggao Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/01/2023) |
| 05/01/2023 | 102 | Summons Issued Electronically as to Ruian Xin Yuan Guoji Mao Yi Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/01/2023) |
| 05/01/2023 | 103 | Summons Issued Electronically as to Shanxi Chao Ma Xun Keji Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/01/2023) |
| 05/02/2023 | 104 | Summons Issued Electronically as to Shenzhen Shi Mai Rui Ke Dianzi Shangwu.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
| 05/02/2023 | 105 | Summons Issued Electronically as to Shenzhen Shi Yan Huang Chu Hai Keji Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
| 05/02/2023 | 106 | Summons Issued Electronically as to Shenzhen Shi Yuxiang Meirong Yongju Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
| 05/02/2023 | 107 | Summons Issued Electronically as to Wuhan Chenkuxuan Technology.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
| 05/02/2023 | 108 | Summons Issued Electronically as to Xiao Dawei.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
| 05/02/2023 | 109 | Summons Issued Electronically as to Xiao Xiao Pi Fa Shang Mao You Xian Ze Ren Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number. |

| | | 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
|---|---|---|
| 05/02/2023 | 110 | Summons Issued Electronically as to Yaru Wang.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
| 05/02/2023 | 111 | Summons Issued Electronically as to Yiwu Youru E-Commerce.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
| 05/02/2023 | 112 | Summons Issued Electronically as to Zhejiang Xinhui Import & Export.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
| 05/02/2023 | 113 | Summons Issued Electronically as to Zhou Meng Bo.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
| 05/02/2023 | 114 | Summons Issued Electronically as to Dongguan Bounce Technology.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
| 05/02/2023 | 115 | Summons Issued Electronically as to Foshan Dirani Design Furniture.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
| 05/02/2023 | 116 | Summons Issued Electronically as to Global Ocean Trading.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
| 05/02/2023 | 117 | Summons Issued Electronically as to Guang An Shi Lin Chen Zai Sheng Wuzi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
| 05/02/2023 | 118 | Summons Issued Electronically as to Guang Zhou WEn Jie Shang Mao Youxian Gongsi.<br>Instructions to Counsel:<br>1. Click on the document number.<br>2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF.<br>3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |

| 05/02/2023 | 119 | Summons Issued Electronically as to Guangzhoushi Baixiangguo Keji Youxian Gongsi. Instructions to Counsel: 1. Click on the document number. 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. 3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
|---|---|---|
| 05/02/2023 | 120 | Summons Issued Electronically as to Hangzhou Lydia Sports Goods. Instructions to Counsel: 1. Click on the document number. 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. 3. Print the issued summons for service. (haa) (Entered: 05/02/2023) |
| 05/11/2023 | 121 | Summons Issued Electronically as to Hebei Zeyong Technology. Instructions to Counsel: 1. Click on the document number. 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. 3. Print the issued summons for service. (haa) (Entered: 05/11/2023) |
| 05/11/2023 | 122 | Summons Issued Electronically as to Lankao Junchang Electronic Commerce. Instructions to Counsel: 1. Click on the document number. 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. 3. Print the issued summons for service. (haa) (Entered: 05/11/2023) |
| 05/11/2023 | 123 | Summons Issued Electronically as to Shenzhen Baibaikang Technology. Instructions to Counsel: 1. Click on the document number. 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. 3. Print the issued summons for service. (ks) (Entered: 05/11/2023) |
| 05/11/2023 | 124 | Summons Issued Electronically as to Shenzhen Leadfar Industry. Instructions to Counsel: 1. Click on the document number. 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. 3. Print the issued summons for service. (ks) (Entered: 05/11/2023) |
| 05/17/2023 | 125 | ACKNOWLEDGMENT OF SERVICE Executed as to 94 Amended Complaint,,,,,,,,,,,, *(Declaration of Proof of Service)* Acknowledgment filed by Purple Innovation.Dongguan Bounce Technology served on 5/12/2023, answer due 6/2/2023; Foshan Dirani Design Furniture served on 5/12/2023, answer due 6/2/2023; Global Ocean Trading served on 5/12/2023, answer due 6/2/2023; Guang An Shi Lin Chen Zai Sheng Wuzi served on 5/12/2023, answer due 6/2/2023; Guang Zhou WEn Jie Shang Mao Youxian Gongsi served on 5/12/2023, answer due 6/2/2023; Guangzhoushi Baixiangguo Keji Youxian Gongsi served on 5/12/2023, answer due 6/2/2023; Hebei Zeyong Technology served on 5/12/2023, answer due 6/2/2023; Hubei Sheng Bingyi Dianzi Keji Youxian Gongsi served on 5/12/2023, answer due 6/2/2023; Kaifeng Shi Long Ting Qu Chen Yi Shangmao Youxian Gongsi served on 5/12/2023, answer due 6/2/2023; Liu Lin Xian Xu Bin Dian Zi Chang Pin Dian served on 5/12/2023, answer due 6/2/2023; Nanchang Shirong Bao Er Guanggao Youxian Gongsi served on 5/12/2023, answer due 6/2/2023; Ruian Xin Yuan Guoji Mao Yi Youxian Gongsi served on 5/12/2023, answer due 6/2/2023; Shanxi Chao Ma Xun Keji Youxian Gongsi served on 5/12/2023, answer due 6/2/2023; Shenzhen Baibaikang Technology served on 5/12/2023, answer due 6/2/2023; Shenzhen Leadfar Industry served on 5/12/2023, answer due 6/2/2023; Shenzhen Shi Mai Rui Ke Dianzi Shangwu served on 5/12/2023, answer due 6/2/2023; Shenzhen Shi Yan Huang Chu Hai Keji Youxian Gongsi served on 5/12/2023, answer due 6/2/2023; Shenzhen Shi Yuxiang Meirong Yongju Youxian |

| | | Gongsi served on 5/12/2023, answer due 6/2/2023; Wuhan Chenkuxuan Technology served on 5/12/2023, answer due 6/2/2023; Xiao Dawei served on 5/12/2023, answer due 6/2/2023; Xiao Xiao Pi Fa Shang Mao You Xian Ze Ren Gongsi served on 5/12/2023, answer due 6/2/2023; Yaru Wang served on 5/12/2023, answer due 6/2/2023; Yiwu Youru E-Commerce served on 5/12/2023, answer due 6/2/2023; Zhou Meng Bo served on 5/12/2023, answer due 6/2/2023. (Perkins, Leslie) (Entered: 05/17/2023) |
|---|---|---|
| 05/17/2023 | 126 | NOTICE of Voluntary Dismissal of Chuang Fan Handicraft Co. Ltd. filed by Plaintiff Purple Innovation (Perkins, Leslie) (Entered: 05/17/2023) |
| 05/17/2023 | 127 | NOTICE of Voluntary Dismissal of Dongguan Bounce Technology, Ltd. filed by Plaintiff Purple Innovation (Perkins, Leslie) (Entered: 05/17/2023) |
| 05/17/2023 | 128 | NOTICE of Voluntary Dismissal of Dongguan Jingrui Silicone Technology Co., Ltd. filed by Plaintiff Purple Innovation (Perkins, Leslie) (Entered: 05/17/2023) |
| 05/17/2023 | 129 | NOTICE of Voluntary Dismissal of Guangzhou Epsilon Import and Export Co., Ltd. filed by Plaintiff Purple Innovation (Perkins, Leslie) (Entered: 05/17/2023) |
| 05/17/2023 | 130 | NOTICE of Voluntary Dismissal of Lankao Junchang Electronic Commerce Co., Ltd. filed by Plaintiff Purple Innovation (Perkins, Leslie) (Entered: 05/17/2023) |
| 05/17/2023 | 131 | NOTICE of Voluntary Dismissal of Shenzhen Tianrun Material Co., Ltd. filed by Plaintiff Purple Innovation (Perkins, Leslie) (Entered: 05/17/2023) |
| 05/17/2023 | 132 | NOTICE of Voluntary Dismissal of Zhejiang Zinhui Import Export Co., Ltd. filed by Plaintiff Purple Innovation (Perkins, Leslie) (Entered: 05/17/2023) |
| 05/19/2023 | 133 | MOTION for Admission Pro Hac Vice of Alexandra L. Hodson , Registration fee $ 250, receipt number AUTDC-4682241,<br><br>Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html.<br>Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.<br><br>filed by Plaintiff Purple Innovation. (Attachments: # 1 Exhibit A - Application for Admission Pro Hac Vice, # 2 Exhibit B - Proposed Order Granting Pro Hac Vice Admission)(Reid, Darren) (Entered: 05/19/2023) |
| 05/19/2023 | 134 | NOTICE of Index of Exhibits to Declaration of Proof of Service [Doc. 125] by Purple Innovation re 125 Acknowledgment of Service,,,,,,,, (Attachments: # 1 Exhibit 1 - Dongguan Bounce, # 2 Exhibit 2 - Foshan Dirani, # 3 Exhibit 3 - Global Ocean, # 4 Exhibit 4 - Guang An Shi Lin, # 5 Exhibit 5 - Guang Zhou Wen Jie, # 6 Exhibit 6 - Guangzhoushi, # 7 Exhibit 7 - Hangzhou Lydia, # 8 Exhibit 8 - Hubei Sheng, # 9 Exhibit 9 - Kaifeng Shi, # 10 Exhibit 10 - Liu Lin, # 11 Exhibit 11 - Nanchang Shirong, # 12 Exhibit 12 - Ruian Xiu, # 13 Exhibit 13 - Shanxi Chao, # 14 Exhibit 14 - Shenzhen Shi Mai, # 15 Exhibit 15 - Shenzhen Shi Yan, # 16 Exhibit 16 - Shenzhen Shi Yuxiang, # 17 Exhibit 17 - Wuhan Chenkuxuan, # 18 Exhibit 18 - Xiao Dawei, # 19 Exhibit 19 - Xiao Xiao Pi Fa, # 20 Exhibit 20 - Yaru Wang, # 21 Exhibit 21 - Yiwu Youru, # 22 Exhibit 22 - Zhou Meng Bo, # 23 Exhibit 23 - Hebei Zeyong, # 24 Exhibit 24 - Shenzhen Baibaikang Technology Co. Ltd, # 25 Exhibit 25 - Shenzhen Leadfar Industry Co. Ltd) (Perkins, Leslie) (Entered: 05/19/2023) |
| 05/19/2023 | 135 | ORDER granting 133 Motion for Admission Pro Hac Vice of Attorney Alexandra L. Hodson for Purple Innovation. |

| | | |
|---|---|---|
| | | *Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing A Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.*<br><br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.*<br><br>Signed by Magistrate Judge Daphne A. Oberg on 5/19/23. (dle) (Entered: 05/19/2023) |
| 06/09/2023 | 136 | MOTION for Entry of Default as to Defendants Foshan Dirani Design Furniture Co., Ltd.; Global Ocean Trading Co. Ltd.; Guang An Shi Lin Chen Zai Sheng Wuzi Co. Ltd.; Guang Zhou Wen Jie Shang Maoyouxian Gongsi Co., Ltd.; Guangzhoushi Baixiangguo Keji Youxian Gongsi Co. Ltd.; Hangzhou Lydia Sports Goods Co., Ltd.; Hubei Sheng Bingyi Dianzi Keji Youxian Gongsi Co. Ltd.; Kaifeng Shi Long Ting Qu Chen Yi Shangmao Youxian Gongsi Co., Ltd.; Liu Lin Xian Xu Bin Dian Zi Chang Pin Dian; Nanchang Shirong Bao Er Guanggao Youxian Gongsi Co., Ltd.; Ruian Xin Yuan Guoji Mao Yi Youxian Gongsi Co., Ltd.; Shanxi Chao Ma Xun Keji Youxian Gongsi Co., Ltd.; Shenzhen Shi Mai Rui Ke Dianzi Shangwu Co., Ltd.; Shenzhen Shi Yan Huang Chu Hai Keji Youxian Gongsi Co., Ltd.; Shenzhen Shi Yuxiang Meirong Yongju Youxian Gongsi Co., Ltd.; Wuhan Chenkuxuan Technology Co., Ltd.; Xiao Dawei; Xiao Xiao Pi Fa Shang Mao You Xian Ze Ren Gongsi Co.; Yaru Wang; Yiwu Youru Ecommerce Co., Ltd.; and Zhou Meng Bo (collectively the Amazon Defendants) and Hebei Zeyong Technology Co., Ltd.; Shenzhen Baibaikang Technology Co., Ltd.; and Shenzhen Leadfar Industry Co., Ltd. (collectively the Alibaba Defendants) filed by Plaintiff Purple Innovation. (Attachments: # 1 Text of Proposed Order) Motions referred to Daphne A. Oberg.(Perkins, Leslie) (Entered: 06/09/2023) |
| 06/13/2023 | 137 | Clerk's ENTRY OF DEFAULT CERTIFICATE as to Foshan Dirani Design Furniture, Global Ocean Trading, Guang An Shi Lin Chen Zai Sheng Wuzi, Guang Zhou WEn Jie Shang Mao Youxian Gongsi, Guangzhoushi Baixiangguo Keji Youxian Gongsi, Hangzhou Lydia Sports Goods, Hebei Zeyong Technology, Hubei Sheng Bingyi Dianzi Keji Youxian Gongsi, Kaifeng Shi Long Ting Qu Chen Yi Shangmao Youxian Gongsi, Liu Lin Xian Xu Bin Dian Zi Chang Pin Dian, Nanchang Shirong Bao Er Guanggao Youxian Gongsi, Ruian Xin Yuan Guoji Mao Yi Youxian Gongsi, Shanxi Chao Ma Xun Keji Youxian Gongsi, Shenzhen Baibaikang Technology, Shenzhen Leadfar Industry, Shenzhen Shi Mai Rui Ke Dianzi Shangwu, Shenzhen Shi Yan Huang Chu Hai Keji Youxian Gongsi, Shenzhen Shi Yuxiang Meirong Yongju Youxian Gongsi, Wuhan Chenkuxuan Technology, Xiao Dawei, Xiao Xiao Pi Fa Shang Mao You Xian Ze Ren Gongsi, Yaru Wang, Yiwu Youru E-Commerce, Zhou Meng Bo, Motions terminated: 136 MOTION for Entry of Default as to Defendants Foshan Dirani Design Furniture Co., Ltd.; Global Ocean Trading Co. Ltd.; Guang An Shi Lin Chen Zai Sheng Wuzi Co. Ltd.; Guang Zhou Wen Jie Shang Maoyouxian Gongsi Co., Ltd.; Guangzhoushi Baixiangguo Keji filed by Purple Innovation. (dle) (Entered: 06/13/2023) |
| 06/15/2023 | 138 | MOTION for Preliminary Injunction and Memorandum in Support *Plaintiff Purple's Motion for (1) Preliminary Injunction, (2) Asset Freeze, and (3) Expedited Discovery Concerning Defendants' Financial Information* filed by Plaintiff Purple Innovation. (Donahey, Teague) (Entered: 06/15/2023) |
| 06/15/2023 | 139 | AFFIDAVIT/DECLARATION of James Larson in Support re 138 MOTION for Preliminary Injunction and Memorandum in Support *Plaintiff Purple's Motion for (1) Preliminary Injunction, (2) Asset Freeze, and (3) Expedited Discovery Concerning Defendants' Financial Information* filed by Plaintiff Purple Innovation. (Attachments: # |

| | | |
|---|---|---|
| | | [1](#) Exhibit 1 - United States Trademark Registration No. 6,971,732, # [2](#) Exhibit 2 - United States Trademark Registration No. 6,971,732 Prosecution History, # [3](#) Exhibit 3 - United States Trademark Registration No. 6,971,734, # [4](#) Exhibit 4 - United States Trademark Registration No. 6,971,734 Prosecution History, # [5](#) Exhibit 5 - Purples marketing materials, # [6](#) Exhibit 6 - Purples media recognition, # [7](#) Exhibit 7 - On-line advertisements by the Injunction Defendants, # [8](#) Exhibit 8 - Injunction Defendants on-line advertisements, # [9](#) Exhibit 9 - Screenshots taken from Injunction Defendants on-line advertisements, # [10](#) Exhibit 10 - Screenshots showing the purchases of Injunction Defendants products, # [11](#) Exhibit 11 - Screenshots from Amazon Payment Services, # [12](#) Exhibit 12 - Screenshots from Alipay US, Inc. payment processing service) (Donahey, Teague) (Entered: 06/15/2023) |
| 06/22/2023 | [140](#) | NOTICE of Appearance by Angelica M. Juarez on behalf of Purple Innovation (Juarez, Angelica) (Entered: 06/22/2023) |
| 07/14/2023 | [141](#) | MOTION for Admission Pro Hac Vice of Qianwu Yang , Registration fee $ 50, receipt number 5238107,<br><br>Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.<br><br>filed by Defendant Nanchang Shirong Bao Er Guanggao Youxian Gongsi. (Attachments: # [1](#) Exhibit Application for Pro Hac Vice Admission, # [2](#) Text of Proposed Order) Attorney Keith A. Call added to party Nanchang Shirong Bao Er Guanggao Youxian Gongsi(pty:dft)(Call, Keith) (Entered: 07/14/2023) |
| 07/14/2023 | [142](#) | MOTION for Admission Pro Hac Vice of Xiaomin Cao , Registration fee $ 50, receipt number AUTDC-4745186,<br><br>Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.<br><br>filed by Defendant Nanchang Shirong Bao Er Guanggao Youxian Gongsi. (Attachments: # [1](#) Exhibit Application for Pro Hac Vice Admission, # [2](#) Text of Proposed Order)(Call, Keith) (Entered: 07/14/2023) |
| 07/17/2023 | [143](#) | ORDER granting [142](#) Motion for Admission Pro Hac Vice of Attorney Xiaomin Cao for Nanchang Shirong Bao Er Guanggao Youxian Gongsi.<br><br>*Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing* **A Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.**<br><br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.* |

| | | |
|---|---|---|
| | | Signed by Magistrate Judge Daphne A. Oberg on 7/17/23. (dle) (Entered: 07/17/2023) |
| 07/17/2023 | 144 | ORDER granting 141 Motion for Admission Pro Hac Vice of Attorney Qianwu Yang for Nanchang Shirong Bao Er Guanggao Youxian Gongsi. |
| | | *Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing* **A Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.** |
| | | *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.* |
| | | Signed by Magistrate Judge Daphne A. Oberg on 7/17/23. (dle) (Entered: 07/17/2023) |
| 07/27/2023 | 145 | DOCKET TEXT ORDER. On June 15, 2023, Plaintiff filed 138 Motion for Preliminary Injunction. No party to the action has filed a timely response to this motion. No later than August 18, 2023, any party opposing Plaintiff's motion shall file a brief showing cause why the motion should not be granted. SO ORDERED. Signed by Judge Howard C. Nielson, Jr. on 07/27/2023. No attached document. (tf) (Entered: 07/27/2023) |
| 08/18/2023 | 146 | MOTION to Set Aside Default *Certificate* filed by Defendant Nanchang Shirong Bao Er Guanggao Youxian Gongsi. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Call, Keith) (Entered: 08/18/2023) |
| 08/18/2023 | 147 | MEMORANDUM in Opposition re 138 MOTION for Preliminary Injunction and Memorandum in Support *Plaintiff Purple's Motion for (1) Preliminary Injunction, (2) Asset Freeze, and (3) Expedited Discovery Concerning Defendants' Financial Information* filed by Defendant Nanchang Shirong Bao Er Guanggao Youxian Gongsi. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Call, Keith) (Entered: 08/18/2023) |
| 09/01/2023 | 148 | REPLY to Response to Motion re 138 MOTION for Preliminary Injunction and Memorandum in Support *Plaintiff Purple's Motion for (1) Preliminary Injunction, (2) Asset Freeze, and (3) Expedited Discovery Concerning Defendants' Financial Information* filed by Plaintiff Purple Innovation. (Attachments: # 1 Affidavit Declaration of James Larson, # 2 Exhibit A coversheet, # 3 Exhibit B, # 4 Exhibit C coversheet, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J)(Donahey, Teague) (Entered: 09/01/2023) |
| 09/01/2023 | 149 | MOTION to Seal and Memorandum in Support re 148 Reply Memorandum/Reply to Response to Motion,, filed by Plaintiff Purple Innovation. (Attachments: # 1 Text of Proposed Order) Motions referred to Daphne A. Oberg.(Donahey, Teague) (Entered: 09/01/2023) |
| 09/01/2023 | 150 | MEMORANDUM in Opposition re 146 MOTION to Set Aside Default *Certificate* filed by Plaintiff Purple Innovation. (Donahey, Teague) (Entered: 09/01/2023) |
| 09/01/2023 | 151 | ADDENDUM to 148 Reply Memorandum/Reply to Response to Motion,, filed by Plaintiff Purple Innovation *Redacted Exhibit A and C*. (Attachments: # 1 Exhibit C) (Donahey, Teague) (Entered: 09/01/2023) |
| 09/01/2023 | 152 | **SEALED DOCUMENT** re 148 Reply Memorandum/Reply to Response to Motion,, 149 MOTION to Seal and Memorandum in Support re 148 Reply Memorandum/Reply to Response to Motion,, filed by Plaintiff Purple Innovation |

| | | **NOTE: Filer is instructed to serve the <u>sealed document</u> on all other parties..** (Attachments: # <u>1</u> Exhibit C)(Donahey, Teague) (Entered: 09/01/2023) |
|---|---|---|
| 09/01/2023 | <u>153</u> | ERRATA to <u>148</u> Reply Memorandum/Reply to Response to Motion,, filed by Plaintiff Purple Innovation *(corrected coversheet for Exh. H)*. (Donahey, Teague) (Entered: 09/01/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/03/2023 15:49:50 | | | |
| **PACER Login:** | baruchesq | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:22-cv-00620-HCN-DAO |
| **Billable Pages:** | 22 | **Cost:** | 2.20 |