Darren G. Reid (11163)
Leslie M. Perkins (18504)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
dgreid@hollandhart.com
lmperkins@hollandhart.com

Teague I. Donahey (*pro hac vice*)
Christopher C. McCurdy (*pro hac vice*)
Zachery J. McCraney (*pro hac vice*)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, Idaho 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
tidonahey@hollandhart.com
ccmccurdy@hollandhart.com
zjmccraney@hollandhart.com

Timothy Getzoff (*pro hac vice*)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, Colorado 80302
Telephone: (303) 473-2700
Facsimile: (303) 473-2720
tgetzoff@hollandhart.com

*Attorneys for Plaintiff*
*Purple Innovation, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PURPLE INNOVATION, LLC;<br><br>     Plaintiff,<br><br>vs.<br><br>CHUANG FAN HANDICRAFT CO., LTD.; et. al.;<br><br>     Defendants. | **DECLARATION OF PROOF OF SERVICE**<br><br>Civil No. 2:22-cv-00620-HCN-DAO<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Daphne A. Oberg |

I, Leslie M. Perkins, declare as follows:

1.     I am over eighteen (18) years of age, fully competent to make this declaration, and do so based on my personal knowledge of the facts set forth herein.

2.     I am one of the attorneys of record for Plaintiff Purple Innovation, LLC ("Purple") and am authorized to make this declaration on its behalf.

3.     On April 28, 2023, this Court granted in part and denied in part Purple's Motion for Leave to Effect Service of Process by Alternative Means ("Motion for Alternative Service," Doc. No. 64). ("Order," Doc No. 97).

4.     In the Order, the Court gave Purple leave to serve the following defendants who sell their products on Amazon.com ("Amazon Defendants") via email to the email addresses provided by Amazon in response to a subpoena issued by Purple to Amazon: Dongguan Bounce Technology Co. Ltd. ("Dongguan Bounce"); Foshan Dirani Design Furniture Co., Ltd. ("Foshan Dirani"); Global Ocean Trading Co. Ltd. ("Global Ocean"); Guang An Shi Lin Chen Zai Sheng Wuzi Co. Ltd. ("Guang An Shi Lin"); Guang Zhou Wen Jie Shang Maoyouxian Gongsi Co., Ltd. ("Guang Zhou Wen Jie"); Guangzhoushi Baixiangguo Keji Youxian Gongsi Co. Ltd. ("Guangzhoushi"); Hangzhou Lydia Sports Goods Co., Ltd. ("Hangzhou Lydia"); Hubei Sheng Bingyi Dianzi Keji Youxian Gongsi Co. Ltd. ("Hubei Sheng"); Kaifeng Shi Long Ting Qu Chen Yi Shangmao Youxian Gongsi Co., Ltd. ("Kaifeng Shi"); Liu Lin Xian Xu Bin Dian Zi Chang Pin Dian ("Liu Lin"); Nanchang Shirong Bao Er Guanggao Youxian Gongsi Co., Ltd. ("Nanchang Shirong"); Ruian Xin Yuan Guoji Mao Yi Youxian Gongsi Co., Ltd. ("Ruian Xin"); Shanxi Chao Ma Xun Keji Youxian Gongsi Co., Ltd. ("Shanxi Chao"); Shenzhen Shi Mai Rui Ke Dianzi Shangwu Co., Ltd. ("Shenzhen Shi Mai"); Shenzhen Shi Yan Huang Chu Hai Keji

Youxian Gongsi Co., Ltd. ("Shenzhen Shi Yan"); Shenzhen Shi Yuxiang Meirong Yongju

Youxian Gongsi Co., Ltd. ("Shenzhen Shi Yuxiang"); Wuhan Chenkuxuan Technology Co., Ltd.

("Wuhan Chuenkuxuan"); Xiao Dawei ("Xiao Dawei"); Xiao Pi Fa Shang Mao You Xian Ze

Ren Gongsi Co. ("Xiao Pi Fa"); Yaru Wang ("Yaru Wang"); Yiwu Youru Ecommerce Co., Ltd.

("Yiwu Youru"); Zhejiang Xinhui Import & Export Co., Ltd. ("Zhejiang Xinhui"); and Zhou

Meng Bo ("Zhou Meng Bo").

    5.      I served each of the above Amazon Defendants, in accordance with the Court's

Order by emailing the summons, the operative complaint, and a copy of the Order to each of the

Amazon Defendants three times per week for two consecutive weeks, not more often than once

every other day, except for Zhejiang Xinhui.

    6.      I did not serve Zhejiang Xinhui because Purple intends on dropping Zhejiang

Xinhui as a Defendant in the matter.

    7.      I served each of the Amazon Defendants except for Zhejiang Xinhui by emailing

them each their individual summons, a copy of the operative complaint with exhibits, and a copy

of the Order on May 2, 2023 ("first attempt"), May 5, 2023 ("second attempt"), May 6, 2023

("third attempt"), May 8, 2023 ("fourth attempt"), May 10, 2023 ("fifth attempt"), and May 12,

2023 ("sixth attempt"). True and correct copies of the summons and my correspondence with

each of the Amazon Defendants, except for Zhejiang Xinhui, are attached as Exhibits 1 – 22.

    8.      To accommodate the size of the files, each service attempt included 2 emails

which were labeled as "1 of 2" and "2 of 2." The first email included the summons for the

Amazon Defendant, the First Amended Complaint, and Exhibits 1 – 25 of the First Amended

Complaint. The second email included Exhibits 26 – 38 of the First Amended Complaint and the Order.

9. When I emailed each of the Amazon Defendants, I received a delivery receipt from Outlook showing that the emails I sent were delivered to the inbox of the recipient. True and correct copies of the delivery receipts for each and every email I sent to the Amazon Defendants, except for Zhejiang Xinhui, are attached as Exhibits 1 – 22.

10. As such, Purple has complied with the Order and successfully served all of the Amazon Defendants by electronic means, except for Zhejiang Xinhui.

11. In its Order, the Court also gave Purple leave to serve the following Defendants who sell their products on Alibaba.com ("Alibaba Defendants") via their seller contact link: Hebei Zeyong Technology Co., Ltd. ("Hebei Zeyong"); Shenzhen Baibaikang Technology Co., Ltd. ("Shenzhen Baibaikang"); and Shenzhen Leadfar Industry Co. Ltd. ("Shenzhen Leadfar").

12. I served each of the above Alibaba Defendants by sending them a message via their seller contact link containing their individual summons, a copy of the operative complaint with exhibits, and a copy of the Order on May 12, 2023. All three Alibaba Defendants responded to my service messages. True and correct copies of the summons and my correspondence with each of the Alibaba Defendants are attached as Exhibits 23 – 25.

13. As such, Purple has complied with the Order and successfully served all of the Alibaba Defendants that it was given leave to serve electronically by electronic means.

14. In its Order, the Court also gave Purple leave to serve Lankao Junchang Electronic Commerce Co. ("Lankao Junchang") electronically on AliExpress.com. Purple was

unable to serve Lankao Junchang electronically. As such, Lankao Junchang has not yet been served.

      15.     In its Order, the Court denied without prejudice Purple's request to serve the following Defendants electronically: Chuang Fan Handicraft Co. Ltd.; Donguan Jingrui Silicone Technology Co. Ltd.; Guangzhou Epsilon Import & Export Co., Ltd.; and Shenzhen Tianrun Material Co. Ltd. At this time, these Defendants have not yet been served.

      16.     As such, the Answer for each of the electronically served Amazon Defendants and Alibaba Defendants must be filed by June 2, 2023, twenty-one (21) days from the last day of the six days of electronic service for the Amazon Defendants and twenty-one (21) days from the date of electronic service for the Alibaba Defendants, per the summons issued in this case.

      I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

      Signed on the 17th day of May, 2023 in Salt Lake City, Utah.

*/s/ Leslie M. Perkins*
Leslie M. Perkins

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2023, I will cause a true and correct copy of the

foregoing DECLARATION OF PROOF OF SERVICE to be sent electronically to the below

Defendants via the method prescribed below:

| Defendant | Method |
|---|---|
| Dongguan Bounce Technology Co. Ltd. | Email - zhanyouru@126.com |
| Foshan Dirani Design Furniture Co., Ltd. | Email - diluojiaju@163.com |
| Global Ocean Trading Co. Ltd. | Email - amzsales2021@163.com |
| Guang An Shi Lin Chen Zai Sheng Wuzi Co. Ltd. | Email - xufmwzf@163.com |
| Guang Zhou Wen Jie Shang Maoyouxian Gongsi Co., Ltd. | Email - Tubook9@126.com |
| Guangzhoushi Baixiangguo Keji Youxian Gongsi Co. Ltd. | Email - buysigo@outlook.com |
| Hangzhou Lydia Sports Goods Co., Ltd. | Email - wanglee@lydiasports.com |
| Hubei Sheng Bingyi Dianzi Keji Youxian Gongsi Co. Ltd. | Email - bingyoo@outlook.com |
| Kaifeng Shi Long Ting Qu Chen Yi Shangmao Youxian Gongsi Co., Ltd. | Email - chenyishangmaogongsi@outlook.com |
| Liu Lin Xian Xu Bin Dian Zi Chang Pin Dian | Email - LXBL1Ash1B995@hotmail.com |
| Nanchang Shirong Bao Er Guanggao Youxian Gongsi Co., Ltd. | Email - rongbaoer_2021us@163.com |
| Ruian Xin Yuan Guoji Mao Yi Youxian Gongsi Co., Ltd. | Email - xiuyuan310@163.com |
| Shanxi Chao Ma Xun Keji Youxian Gongsi Co., Ltd. | Email - mz56328741@163.com |
| Shenzhen Shi Mai Rui Ke Dianzi Shangwu Co., Ltd. | Email - merik20200806@outlook.com |
| Shenzhen Shi Yan Huang Chu Hai Keji Youxian Gongsi Co., Ltd. | Email - yanhuangchuhai@outlook.com |
| Shenzhen Shi Yuxiang Meirong Yongju Youxian Gongsi Co., Ltd. | Email - wisdomake@outlook.com |
| Wuhan Chenkuxuan Technology Co., Ltd. | Email - chenkuxuankeji@outlook.com |
| Xiao Dawei | Email - xinxinchangxs@163.com |
| Xiao Xiao Pi Fa Shang Mao You Xian Ze Ren Gongsi Co. | Email - baixiaoxiaoyamaxun@163.com |
| Yaru Wang | Email - wangyaruquanqiugou@hotmail.com |

6

| Yiwu Youru Ecommerce Co., Ltd. | Email - zhanyouru@126.com |
| Zhou Meng Bo | Email - whguangxiaanju@163.com |
| Hebei Zeyong Technology Co., Ltd. | Alibaba seller link |
| Shenzhen Baibaikang Technology Co., Ltd | Alibaba seller link |
| Shenzhen Leadfar Industry Co., Ltd. | Alibaba seller link |

# Amazon
# EXHIBIT 1

# Dongguan Bounce

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| PURPLE INNOVATION, LLC, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| CHUANG FAN HANDICRAFT CO., LTD; et al., | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:22-cv-00620-HCN-DAO

Magistrate Judge Daphne A. Oberg

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DONGGUAN BOUNCE TECHNOLOGY CO. LTD.
(same info as Yiwu Youru)
zhanyouru@126.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren G. Reid
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

*CLERK OF COURT*

Date: _____05/02/2023_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# First Attempt

# Dongguan Bounce

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 12:07 PM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 114 Issued Summons - Dongguan Bounce.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Leslie M. Perkins
**Sent:** Tuesday, May 2, 2023 12:07 PM
**To:** 'zhanyouru@126.com'
**Subject:** Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 2 of 2 First Attempt
**Attachments:** First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** zhanyouru@126.com
**Sent:** Tuesday, May 2, 2023 12:08 PM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 1 of 2 First Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 1 of 2 First Attempt



1

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** zhanyouru@126.com
**Sent:** Tuesday, May 2, 2023 12:10 PM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 2 of 2 First Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 2 of 2 First Attempt



# Second Attempt

# Dongguan Bounce

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:37 AM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 1 of 2 Second Attempt |
| **Attachments:** | 2023-05-02 Doc 114 Issued Summons - Dongguan Bounce.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:38 AM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Thursday, May 4, 2023 10:52 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 1 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 1 of 2 Second Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Thursday, May 4, 2023 10:38 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 2 of 2 Second Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 2 of 2 Second Attempt



1

# Third Attempt

# Dongguan Bounce

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:32 AM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 1 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 114 Issued Summons - Dongguan Bounce.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:33 AM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Saturday, May 6, 2023 10:41 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 1 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 1 of 2 Third Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Saturday, May 6, 2023 10:33 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 2 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 2 of 2 Third Attempt



1

# Fourth Attempt

# Dongguan Bounce

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:50 PM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 1 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 114 Issued Summons - Dongguan Bounce.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:50 PM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Monday, May 8, 2023 5:54 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 1 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 1 of 2 Fourth Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** zhanyouru@126.com
**Sent:** Monday, May 8, 2023 5:54 PM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 2 of 2 Fourth Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 2 of 2 Fourth Attempt



1

# Fifth Attempt

# Dongguan Bounce

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:23 PM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 1 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 114 Issued Summons - Dongguan Bounce.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:23 PM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Wednesday, May 10, 2023 2:32 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 1 of 2 Fifth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 1 of 2 Fifth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Wednesday, May 10, 2023 2:33 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 2 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Dongguan Bounce 2 of 2 Fifth Attempt



1

# Sixth Attempt

# Dongguan Bounce

Amazon

# EXHIBIT 2

## Foshan Dirani

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Utah

| | |
|---|---|
| PURPLE INNOVATION, LLC,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>CHUANG FAN HANDICRAFT CO., LTD.; et al,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:22-cv-00620-HCN-DAO

Magistrate Judge Daphne A. Oberg

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FOSHAN DIRANI DESIGN FURNITURE CO., LTD.
diluojiaju@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Darren G. Reid
Holland & Hart LLP
222 South Main St., Suite 2200
Salt Lake City, Utah 84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

*CLERK OF COURT*

Date:  _____05/02/2023_____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00620

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                            *Server's signature*

                                  _____
                                            *Printed name and title*


                                  _____
                                            *Server's address*

Additional information regarding attempted service, etc:


| Print | Save As... | | Reset |

First Attempt

Foshan Dirani

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 12:09 PM |
| **To:** | 'diluojiaju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 115 Issued Summons - Foshan Dirani.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

---

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 12:09 PM |
| **To:** | 'diluojiaju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | diluojiaju@163.com |
| **Sent:** | Tuesday, May 2, 2023 12:25 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 First Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

diluojiaju@163.com (diluojiaju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 First Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | diluojiaju@163.com |
| **Sent:** | Tuesday, May 2, 2023 12:18 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 First Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

diluojiaju@163.com (diluojiaju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 First Attempt



# Second Attempt

# Foshan Dirani

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:41 AM |
| **To:** | 'diluojiaju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 115 Issued Summons - Foshan Dirani.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D   &   H A R T   LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:42 AM |
| **To:** | 'diluojiaju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | diluojiaju@163.com |
| **Sent:** | Thursday, May 4, 2023 11:06 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

diluojiaju@163.com (diluojiaju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 Second Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | diluojiaju@163.com |
| **Sent:** | Thursday, May 4, 2023 10:43 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

diluojiaju@163.com (diluojiaju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 Second Attempt



# Third Attempt

# Foshan Dirani

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:34 AM |
| **To:** | 'diluojiaju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 115 Issued Summons - Foshan Dirani.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:35 AM |
| **To:** | 'diluojiaju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | diluojiaju@163.com |
| **Sent:** | Saturday, May 6, 2023 10:36 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

diluojiaju@163.com (diluojiaju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 Third Attempt



**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | diluojiaju@163.com |
| **Sent:** | Saturday, May 6, 2023 10:35 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 Third Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

diluojiaju@163.com (diluojiaju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 Third Attempt



1

# Fourth Attempt

# Foshan Dirani

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:51 PM |
| **To:** | 'diluojiaju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 115 Issued Summons - Foshan Dirani.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:51 PM |
| **To:** | 'diluojiaju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | diluojiaju@163.com |
| **Sent:** | Monday, May 8, 2023 5:57 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

diluojiaju@163.com (diluojiaju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 Fourth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | diluojiaju@163.com |
| **Sent:** | Monday, May 8, 2023 6:03 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 Fourth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

diluojiaju@163.com (diluojiaju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 Fourth Attempt



Fifth Attempt

Foshan Dirani

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:24 PM |
| **To:** | 'diluojiaju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 115 Issued Summons - Foshan Dirani.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:24 PM |
| **To:** | 'diluojiaju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | diluojiaju@163.com |
| **Sent:** | Wednesday, May 10, 2023 2:24 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

diluojiaju@163.com (diluojiaju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 Fifth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | diluojiaju@163.com |
| **Sent:** | Wednesday, May 10, 2023 2:33 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 Fifth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

diluojiaju@163.com (diluojiaju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 Fifth Attempt



# Sixth Attempt

# Foshan Dirani

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:28 AM |
| **To:** | 'diluojiaju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 115 Issued Summons - Foshan Dirani.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D & H A R T LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:28 AM |
| **To:** | 'diluojiaju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | diluojiaju@163.com |
| **Sent:** | Friday, May 12, 2023 11:32 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 Sixth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

diluojiaju@163.com (diluojiaju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 1 of 2 Sixth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | diluojiaju@163.com |
| **Sent:** | Friday, May 12, 2023 11:32 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 Sixth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

diluojiaju@163.com (diluojiaju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Foshan Dirani 2 of 2 Sixth Attempt



Amazon

# EXHIBIT 3

Global Ocean

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td rowspan="11"></td><td>)</td><td rowspan="11"></td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
</table>

_____

*Plaintiff(s)*

v.

Civil Action No.                -HCN-DAO

Magistrate Judge Daphne A. Oberg

_____

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# First Attempt

# Global Ocean

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 12:11 PM |
| **To:** | 'amzsales2021@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 116 Issued Summons - Global Ocean.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 12:11 PM |
| **To:** | 'amzsales2021@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | amzsales2021@163.com |
| **Sent:** | Tuesday, May 2, 2023 12:19 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

amzsales2021@163.com (amzsales2021@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 First Attempt



**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | amzsales2021@163.com |
| **Sent:** | Tuesday, May 2, 2023 12:12 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 First Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

amzsales2021@163.com (amzsales2021@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 First Attempt



# Second Attempt

# Global Ocean

## Leslie M. Perkins

**From:** Leslie M. Perkins
**Sent:** Thursday, May 4, 2023 11:17 AM
**To:** amzsales2021@163.com
**Subject:** Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 Second Attempt
**Attachments:** First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 116 Issued Summons - Global Ocean.pdf

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
*Associate*

**H O L L A N D & H A R T LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 11:17 AM |
| **To:** | 'amzsales2021@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | amzsales2021@163.com |
| **Sent:** | Thursday, May 4, 2023 11:29 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

amzsales2021@163.com (amzsales2021@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 Second Attempt



1

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | amzsales2021@163.com |
| **Sent:** | Thursday, May 4, 2023 11:18 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 Second Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

amzsales2021@163.com (amzsales2021@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 Second Attempt



# Third Attempt

# Global Ocean

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:36 AM |
| **To:** | 'amzsales2021@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 116 Issued Summons - Global Ocean.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:36 AM |
| **To:** | 'amzsales2021@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | amzsales2021@163.com |
| **Sent:** | Saturday, May 6, 2023 10:37 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 Third Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

amzsales2021@163.com (amzsales2021@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 Third Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** amzsales2021@163.com
**Sent:** Saturday, May 6, 2023 10:43 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 Third Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

amzsales2021@163.com (amzsales2021@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 Third Attempt



# Fourth Attempt

# Global Ocean

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:52 PM |
| **To:** | 'amzsales2021@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 116 Issued Summons - Global Ocean.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:52 PM |
| **To:** | 'amzsales2021@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | amzsales2021@163.com |
| **Sent:** | Monday, May 8, 2023 5:58 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 Fourth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

amzsales2021@163.com (amzsales2021@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 Fourth Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** amzsales2021@163.com
**Sent:** Monday, May 8, 2023 6:04 PM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 Fourth Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

amzsales2021@163.com (amzsales2021@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 Fourth Attempt



# Fifth Attempt

# Global Ocean

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:25 PM |
| **To:** | 'amzsales2021@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 116 Issued Summons - Global Ocean.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

# Leslie M. Perkins

---

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:25 PM |
| **To:** | 'amzsales2021@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | amzsales2021@163.com |
| **Sent:** | Wednesday, May 10, 2023 2:25 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

amzsales2021@163.com (amzsales2021@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 Fifth Attempt



# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | amzsales2021@163.com |
| **Sent:** | Wednesday, May 10, 2023 2:26 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

amzsales2021@163.com (amzsales2021@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 Fifth Attempt



Sixth Attempt

Global Ocean

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:29 AM |
| **To:** | 'amzsales2021@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 116 Issued Summons - Global Ocean.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Leslie M. Perkins
**Sent:** Friday, May 12, 2023 11:29 AM
**To:** 'amzsales2021@163.com'
**Subject:** Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 Sixth Attempt
**Attachments:** First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | amzsales2021@163.com |
| **Sent:** | Friday, May 12, 2023 11:32 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 Sixth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

amzsales2021@163.com (amzsales2021@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 1 of 2 Sixth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | amzsales2021@163.com |
| **Sent:** | Friday, May 12, 2023 11:58 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 Sixth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

amzsales2021@163.com (amzsales2021@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Global Ocean 2 of 2 Sixth Attempt



Amazon

# EXHIBIT 4

## Guang An Shi Lin

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Utah

| | | |
|---|---|---|
| PURPLE INNOVATION, LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:22-cv-00620-HCN-DAO |
| CHUANG FAN HANDICRAFT CO., LTD; et al., | ) | Magistrate Judge Daphne A. Oberg |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GUANG AN SHI LIN CHEN ZAI SHENG WUZI CO. LTD.
xufmwzf@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren G. Reid
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah  84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar
*CLERK OF COURT*

Date:  05/02/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                      *Server's signature*

                                                                      _____
                                                                      *Printed name and title*


                                                                      _____
                                                                      *Server's address*

Additional information regarding attempted service, etc:

First Attempt

Guang An Shi Lin

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 12:13 PM |
| **To:** | 'xufmwzf@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 117 Issued Summons - Guang An Shi Lin.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 12:13 PM |
| **To:** | 'xufmwzf@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xufmwzf@163.com |
| **Sent:** | Tuesday, May 2, 2023 12:13 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 First Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

xufmwzf@163.com (xufmwzf@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 First Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xufmwzf@163.com |
| **Sent:** | Tuesday, May 2, 2023 12:14 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 First Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

xufmwzf@163.com (xufmwzf@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 First Attempt



Second Attempt

Guang An Shi Lin

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 11:20 AM |
| **To:** | 'xufmwzf@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 Second Attempt |
| **Attachments:** | 2023-05-02 Doc 117 Issued Summons - Guang An Shi Lin.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 11:23 AM |
| **To:** | 'xufmwzf@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 Second Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xufmwzf@163.com |
| **Sent:** | Thursday, May 4, 2023 11:29 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xufmwzf@163.com (xufmwzf@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 Second Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xufmwzf@163.com |
| **Sent:** | Thursday, May 4, 2023 11:29 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xufmwzf@163.com (xufmwzf@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 Second Attempt



Third Attempt

Guang An Shi Lin

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:38 AM |
| **To:** | 'xufmwzf@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 Third Attempt |
| **Attachments:** | 2023-05-02 Doc 117 Issued Summons - Guang An Shi Lin.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:38 AM |
| **To:** | 'xufmwzf@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 Third Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xufmwzf@163.com |
| **Sent:** | Saturday, May 6, 2023 10:38 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 Third Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xufmwzf@163.com (xufmwzf@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 Third Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** xufmwzf@163.com
**Sent:** Saturday, May 6, 2023 10:42 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 Third Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xufmwzf@163.com (xufmwzf@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 Third Attempt



# Fourth Attempt

# Guang An Shi Lin

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:53 PM |
| **To:** | 'xufmwzf@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 Fourth Attempt |
| **Attachments:** | 2023-05-02 Doc 117 Issued Summons - Guang An Shi Lin.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D & H A R T LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:53 PM |
| **To:** | 'xufmwzf@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 Fourth Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xufmwzf@163.com |
| **Sent:** | Monday, May 8, 2023 6:05 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xufmwzf@163.com (xufmwzf@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 Fourth Attempt



1

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** xufmwzf@163.com
**Sent:** Monday, May 8, 2023 6:05 PM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 Fourth Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xufmwzf@163.com (xufmwzf@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 Fourth Attempt



1

# Fifth Attempt

# Guang An Shi Lin

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:26 PM |
| **To:** | 'xufmwzf@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 Fifth Attempt |
| **Attachments:** | 2023-05-02 Doc 117 Issued Summons - Guang An Shi Lin.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:26 PM |
| **To:** | 'xufmwzf@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 Fifth Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xufmwzf@163.com |
| **Sent:** | Wednesday, May 10, 2023 2:46 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 Fifth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xufmwzf@163.com (xufmwzf@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 Fifth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xufmwzf@163.com |
| **Sent:** | Wednesday, May 10, 2023 2:47 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 Fifth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xufmwzf@163.com (xufmwzf@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 Fifth Attempt



Sixth Attempt

Guang An Shi Lin

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:29 AM |
| **To:** | 'xufmwzf@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 Sixth Attempt |
| **Attachments:** | 2023-05-02 Doc 117 Issued Summons - Guang An Shi Lin.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:30 AM |
| **To:** | 'xufmwzf@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 Sixth Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xufmwzf@163.com |
| **Sent:** | Friday, May 12, 2023 11:34 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 Sixth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xufmwzf@163.com (xufmwzf@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 1 of 2 Sixth Attempt



1

## Leslie M. Perkins

**From:**         Microsoft Outlook
**To:**           xufmwzf@163.com
**Sent:**         Friday, May 12, 2023 11:34 AM
**Subject:**      Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United
                  States District Court for the District of Utah Guang An Shi Lin 2 of 2 Sixth Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xufmwzf@163.com (xufmwzf@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang An Shi Lin 2 of 2 Sixth Attempt



1

Amazon
# EXHIBIT 5

Guang Zhou Wen Jie

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | | |
|---|---|---|
| PURPLE INNOVATION, LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:22-cv-00620-HCN-DAO |
| CHUANG FAN HANDICRAFT CO., LTD; et al., | ) | Magistrate Judge Daphne A. Oberg |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GUANG ZHOU WEN JIE SHANG MAOYOUXIAN GONGSI CO., LTD.
Tubook9@126.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren G. Reid
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

CLERK OF COURT

Date: _____05/02/2023_____                    _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

                                    _____
                                              *Server's signature*

                                    _____
                                            *Printed name and title*


                                    _____
                                             *Server's address*

Additional information regarding attempted service, etc:

# First Attempt

# Guang Zhou Wen Jie

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 12:15 PM |
| **To:** | 'Tubook9@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 118 Issued Summons - Guang Zhou Wen Jie.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 12:15 PM |
| **To:** | 'Tubook9@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Tubook9@126.com |
| **Sent:** | Tuesday, May 2, 2023 12:16 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 First Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

Tubook9@126.com (Tubook9@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 First Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Tubook9@126.com |
| **Sent:** | Tuesday, May 2, 2023 12:19 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

Tubook9@126.com (Tubook9@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 First Attempt



1

Second Attempt

Guang Zhou Wen Jie

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 11:25 AM |
| **To:** | 'Tubook9@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 Second Attempt |
| **Attachments:** | 2023-05-02 Doc 118 Issued Summons - Guang Zhou Wen Jie.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 11:25 AM |
| **To:** | 'Tubook9@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D & H A R T LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Tubook9@126.com |
| **Sent:** | Thursday, May 4, 2023 11:39 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

Tubook9@126.com (Tubook9@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 Second Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Tubook9@126.com |
| **Sent:** | Thursday, May 4, 2023 11:30 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

Tubook9@126.com (Tubook9@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 Second Attempt



Third Attempt

Guang Zhou Wen Jie

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:39 AM |
| **To:** | 'Tubook9@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 Third Attempt |
| **Attachments:** | 2023-05-02 Doc 118 Issued Summons - Guang Zhou Wen Jie.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:40 AM |
| **To:** | 'Tubook9@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Tubook9@126.com |
| **Sent:** | Saturday, May 6, 2023 10:41 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 Third Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

Tubook9@126.com (Tubook9@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 Third Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Tubook9@126.com |
| **Sent:** | Saturday, May 6, 2023 10:41 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

Tubook9@126.com (Tubook9@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 Third Attempt



1

Fourth Attempt

Guang Zhou Wen Jie

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:54 PM |
| **To:** | 'Tubook9@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 Fourth Attempt |
| **Attachments:** | 2023-05-02 Doc 118 Issued Summons - Guang Zhou Wen Jie.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:54 PM |
| **To:** | 'Tubook9@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Tubook9@126.com |
| **Sent:** | Monday, May 8, 2023 5:54 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 Fourth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

Tubook9@126.com (Tubook9@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 Fourth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Tubook9@126.com |
| **Sent:** | Monday, May 8, 2023 6:05 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 Fourth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

Tubook9@126.com (Tubook9@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 Fourth Attempt



# Fifth Attempt

# Guang Zhou Wen Jie

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:27 PM |
| **To:** | 'Tubook9@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 Fifth Attempt |
| **Attachments:** | 2023-05-02 Doc 118 Issued Summons - Guang Zhou Wen Jie.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:27 PM |
| **To:** | 'Tubook9@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** Tubook9@126.com
**Sent:** Wednesday, May 10, 2023 2:33 PM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 Fifth Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

Tubook9@126.com (Tubook9@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 Fifth Attempt



**Leslie M. Perkins**

---

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Tubook9@126.com |
| **Sent:** | Wednesday, May 10, 2023 2:33 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 Fifth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

Tubook9@126.com (Tubook9@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 Fifth Attempt



1

# Sixth Attempt

# Guang Zhou Wen Jie

**Leslie M. Perkins**

---

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:30 AM |
| **To:** | 'Tubook9@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 Sixth Attempt |
| **Attachments:** | 2023-05-02 Doc 118 Issued Summons - Guang Zhou Wen Jie.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

---

**From:** Leslie M. Perkins
**Sent:** Friday, May 12, 2023 11:31 AM
**To:** 'Tubook9@126.com'
**Subject:** Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 Sixth Attempt
**Attachments:** First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Tubook9@126.com |
| **Sent:** | Friday, May 12, 2023 11:57 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 Sixth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

Tubook9@126.com (Tubook9@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 1 of 2 Sixth Attempt



# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Tubook9@126.com |
| **Sent:** | Friday, May 12, 2023 11:35 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 Sixth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

Tubook9@126.com (Tubook9@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guang Zhou Wen Jie 2 of 2 Sixth Attempt



# Amazon
# EXHIBIT 6

# Guangzhoushi

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | | |
|---|---|---|
| PURPLE INNOVATION, LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:22-cv-00620-HCN-DAO |
| CHUANG FAN HANDICRAFT CO., LTD; et al., | ) | Magistrate Judge Daphne A. Oberg |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GUANGZHOUSHI BAIXIANGGUO KEJI YOUXIAN GONGSI CO. LTD.
buysigo@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Darren G. Reid
> Holland & Hart LLP
> 222 South Main Street, Suite 2200
> Salt Lake City, Utah 84101
> dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

*CLERK OF COURT*

Date: 05/02/2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



Print    Save As...    Reset

First Attempt

Guangzhoushi

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 12:17 PM |
| **To:** | 'buysigo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 119 Issued Summons - Guangzhoushi.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 12:17 PM |
| **To:** | 'buysigo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | buysigo@outlook.com |
| **Sent:** | Tuesday, May 2, 2023 12:28 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

buysigo@outlook.com (buysigo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 First Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | buysigo@outlook.com |
| **Sent:** | Tuesday, May 2, 2023 12:19 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 First Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

buysigo@outlook.com (buysigo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 First Attempt



# Second Attempt

# Guangzhoushi

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 11:28 AM |
| **To:** | 'buysigo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 Second Attempt |
| **Attachments:** | 2023-05-02 Doc 119 Issued Summons - Guangzhoushi.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

|  |  |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 11:28 AM |
| **To:** | 'buysigo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | buysigo@outlook.com |
| **Sent:** | Thursday, May 4, 2023 11:31 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 Second Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

buysigo@outlook.com (buysigo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 Second Attempt



1

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | buysigo@outlook.com |
| **Sent:** | Thursday, May 4, 2023 11:31 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 Second Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

buysigo@outlook.com (buysigo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 Second Attempt



Third Attempt

Guangzhoushi

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:41 AM |
| **To:** | 'buysigo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 Third Attempt |
| **Attachments:** | 2023-05-02 Doc 119 Issued Summons - Guangzhoushi.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:42 AM |
| **To:** | 'buysigo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | buysigo@outlook.com |
| **Sent:** | Saturday, May 6, 2023 10:43 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 Third Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

buysigo@outlook.com (buysigo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 Third Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | buysigo@outlook.com |
| **Sent:** | Saturday, May 6, 2023 10:45 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

buysigo@outlook.com (buysigo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 Third Attempt



1

Fourth Attempt

Guangzhoushi

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:54 PM |
| **To:** | 'buysigo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 Fourth Attempt |
| **Attachments:** | 2023-05-02 Doc 119 Issued Summons - Guangzhoushi.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:55 PM |
| **To:** | 'buysigo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** buysigo@outlook.com
**Sent:** Monday, May 8, 2023 5:55 PM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 Fourth Attempt

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

buysigo@outlook.com (buysigo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 Fourth Attempt



# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | buysigo@outlook.com |
| **Sent:** | Monday, May 8, 2023 5:56 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 Fourth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

buysigo@outlook.com (buysigo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 Fourth Attempt



# Fifth Attempt

# Guangzhoushi

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:28 PM |
| **To:** | 'buysigo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 Fifth Attempt |
| **Attachments:** | 2023-05-02 Doc 119 Issued Summons - Guangzhoushi.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:28 PM |
| **To:** | 'buysigo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | buysigo@outlook.com |
| **Sent:** | Wednesday, May 10, 2023 2:47 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

buysigo@outlook.com (buysigo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 Fifth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | buysigo@outlook.com |
| **Sent:** | Wednesday, May 10, 2023 2:34 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

buysigo@outlook.com (buysigo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 Fifth Attempt



Sixth Attempt

Guangzhoushi

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:31 AM |
| **To:** | 'buysigo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 Sixth Attempt |
| **Attachments:** | 2023-05-02 Doc 119 Issued Summons - Guangzhoushi.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D & H A R T LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

---

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:31 AM |
| **To:** | 'buysigo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | buysigo@outlook.com |
| **Sent:** | Friday, May 12, 2023 11:33 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 Sixth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

buysigo@outlook.com (buysigo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 1 of 2 Sixth Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | buysigo@outlook.com |
| **Sent:** | Friday, May 12, 2023 11:32 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 Sixth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

buysigo@outlook.com (buysigo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Guangzhoushi 2 of 2 Sixth Attempt



# Amazon
# EXHIBIT 7

# Hangzhou Lydia

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Utah

| | | |
|---|---|---|
| PURPLE INNOVATION, LLC, | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:22-cv-00620 -HCN-DAO |
| CHUANG FAN HANDICRAFT CO., LTD; et al., | ) | |
| | ) | Magistrate Judge Daphne A. Oberg |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HANGZHOU LYDIA SPORTS GOODS CO., LTD.
wanglee@lydiasports.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren G. Reid
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar
*CLERK OF COURT*

Date: _____05/02/2023_____

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:22-cv-00620

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                         _____
                                                             *Server's signature*

                                                             _____
                                                             *Printed name and title*


                                                             _____
                                                             *Server's address*

Additional information regarding attempted service, etc:

First Attempt

Hangzhou Lydia

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 12:18 PM |
| **To:** | 'wanglee@lydiasports.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 120 Issued Summons - Hangzhou Lydia.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 12:19 PM |
| **To:** | 'wanglee@lydiasports.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wanglee@lydiasports.com |
| **Sent:** | Tuesday, May 2, 2023 12:20 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wanglee@lydiasports.com (wanglee@lydiasports.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 First Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wanglee@lydiasports.com |
| **Sent:** | Tuesday, May 2, 2023 12:28 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wanglee@lydiasports.com (wanglee@lydiasports.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 First Attempt



Second Attempt

Hangzhou Lydia

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 11:31 AM |
| **To:** | 'wanglee@lydiasports.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 Second Attempt |
| **Attachments:** | 2023-05-02 Doc 120 Issued Summons - Hangzhou Lydia.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 11:31 AM |
| **To:** | 'wanglee@lydiasports.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wanglee@lydiasports.com |
| **Sent:** | Thursday, May 4, 2023 11:49 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 Second Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wanglee@lydiasports.com (wanglee@lydiasports.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 Second Attempt



1

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** wanglee@lydiasports.com
**Sent:** Thursday, May 4, 2023 11:49 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 Second Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wanglee@lydiasports.com (wanglee@lydiasports.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 Second Attempt



Third Attempt

Hangzhou Lydia

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:43 AM |
| **To:** | 'wanglee@lydiasports.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 Third Attempt |
| **Attachments:** | 2023-05-02 Doc 120 Issued Summons - Hangzhou Lydia.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

---

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:44 AM |
| **To:** | 'wanglee@lydiasports.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wanglee@lydiasports.com |
| **Sent:** | Saturday, May 6, 2023 10:44 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wanglee@lydiasports.com (wanglee@lydiasports.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 Third Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wanglee@lydiasports.com |
| **Sent:** | Saturday, May 6, 2023 10:44 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wanglee@lydiasports.com (wanglee@lydiasports.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 Third Attempt



# Fourth Attempt

# Hangzhou Lydia

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:55 PM |
| **To:** | 'wanglee@lydiasports.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 Fourth Attempt |
| **Attachments:** | 2023-05-02 Doc 120 Issued Summons - Hangzhou Lydia.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:56 PM |
| **To:** | 'wanglee@lydiasports.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

**From:** Microsoft Outlook
**To:** wanglee@lydiasports.com
**Sent:** Monday, May 8, 2023 6:05 PM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 Fourth Attempt

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wanglee@lydiasports.com (wanglee@lydiasports.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 Fourth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wanglee@lydiasports.com |
| **Sent:** | Monday, May 8, 2023 6:06 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wanglee@lydiasports.com (wanglee@lydiasports.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 Fourth Attempt



# Fifth Attempt

# Hangzhou Lydia

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:28 PM |
| **To:** | 'wanglee@lydiasports.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 Fifth Attempt |
| **Attachments:** | 2023-05-02 Doc 120 Issued Summons - Hangzhou Lydia.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:29 PM |
| **To:** | 'wanglee@lydiasports.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wanglee@lydiasports.com |
| **Sent:** | Wednesday, May 10, 2023 2:29 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 Fifth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wanglee@lydiasports.com (wanglee@lydiasports.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 Fifth Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** wanglee@lydiasports.com
**Sent:** Wednesday, May 10, 2023 2:34 PM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 Fifth Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wanglee@lydiasports.com (wanglee@lydiasports.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 Fifth Attempt



Sixth Attempt

Hangzhou Lydia

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:32 AM |
| **To:** | 'wanglee@lydiasports.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 Sixth Attempt |
| **Attachments:** | 2023-05-02 Doc 120 Issued Summons - Hangzhou Lydia.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:32 AM |
| **To:** | 'wanglee@lydiasports.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** wanglee@lydiasports.com
**Sent:** Friday, May 12, 2023 11:57 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 Sixth Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

wanglee@lydiasports.com (wanglee@lydiasports.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 1 of 2 Sixth Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wanglee@lydiasports.com |
| **Sent:** | Friday, May 12, 2023 11:57 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 Sixth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

wanglee@lydiasports.com (wanglee@lydiasports.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hangzhou Lydia 2 of 2 Sixth Attempt



1

# Amazon

# EXHIBIT 8

# Hubei Sheng

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| PURPLE INNOVATION, LLC, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| CHUANG FAN HANDICRAFT CO., LTD; et al., | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:22-cv-00620-HCN-DAO

Magistrate Judge Daphne A. Oberg

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HUBEI SHENG BINGYI DIANZI KEJI YOUXIAN GONGSI CO. LTD.
bingyoo@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Darren G. Reid
> Holland & Hart LLP
> 222 South Main Street, Suite 2200
> Salt Lake City, Utah 84101
> dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

CLERK OF COURT

Date: _____05/01/2023_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____               _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:



Print          Save As...                                    Reset

# First Attempt

# Hubei Sheng

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 10:55 AM |
| **To:** | 'bingyoo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 First Attempt |
| **Attachments:** | 2023-05-01 Doc 98 Issued Summons - Hubei Sheng Bingyi Dianzi Keji Youxian.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  L L P**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 10:56 AM |
| **To:** | 'bingyoo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 First Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | bingyoo@outlook.com |
| **Sent:** | Tuesday, May 2, 2023 10:58 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 First Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

bingyoo@outlook.com (bingyoo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 First Attempt



**Leslie M. Perkins**

---

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | bingyoo@outlook.com |
| **Sent:** | Tuesday, May 2, 2023 10:59 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 First Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

bingyoo@outlook.com (bingyoo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 First Attempt



Second Attempt

Hubei Sheng

## Leslie M. Perkins

**From:** Leslie M. Perkins
**Sent:** Thursday, May 4, 2023 9:57 AM
**To:** 'bingyoo@outlook.com'
**Subject:** Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 Second Attempt
**Attachments:** 2023-05-01 Doc 98 Issued Summons - Hubei Sheng Bingyi Dianzi Keji Youxian.pdf; First Amended Complaint and Exhibits 1-25.pdf

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 9:58 AM |
| **To:** | 'bingyoo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 Second Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** bingyoo@outlook.com
**Sent:** Thursday, May 4, 2023 10:21 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 Second Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

bingyoo@outlook.com (bingyoo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 Second Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | bingyoo@outlook.com |
| **Sent:** | Thursday, May 4, 2023 10:00 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

bingyoo@outlook.com (bingyoo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 Second Attempt



1

Third Attempt

Hubei Sheng

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:07 AM |
| **To:** | 'bingyoo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 Third Attempt |
| **Attachments:** | 2023-05-01 Doc 98 Issued Summons - Hubei Sheng Bingyi Dianzi Keji Youxian.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:08 AM |
| **To:** | 'bingyoo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 Third Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | bingyoo@outlook.com |
| **Sent:** | Saturday, May 6, 2023 10:08 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 Third Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

bingyoo@outlook.com (bingyoo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 Third Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | bingyoo@outlook.com |
| **Sent:** | Saturday, May 6, 2023 10:10 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

bingyoo@outlook.com (bingyoo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 Third Attempt



1

# Fourth Attempt

# Hubei Sheng

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:29 PM |
| **To:** | 'bingyoo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 Fourth Attempt |
| **Attachments:** | 2023-05-01 Doc 98 Issued Summons - Hubei Sheng Bingyi Dianzi Keji Youxian.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:29 PM |
| **To:** | 'bingyoo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 Fourth Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** bingyoo@outlook.com
**Sent:** Monday, May 8, 2023 5:51 PM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 Fourth Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

bingyoo@outlook.com (bingyoo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 Fourth Attempt



**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | bingyoo@outlook.com |
| **Sent:** | Monday, May 8, 2023 5:31 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 Fourth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

bingyoo@outlook.com (bingyoo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 Fourth Attempt



# Fifth Attempt

# Hubei Sheng

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:31 AM |
| **To:** | 'bingyoo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 Fifth Attempt |
| **Attachments:** | 2023-05-01 Doc 98 Issued Summons - Hubei Sheng Bingyi Dianzi Keji Youxian.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:33 AM |
| **To:** | 'bingyoo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 Fifth Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | bingyoo@outlook.com |
| **Sent:** | Wednesday, May 10, 2023 10:43 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

bingyoo@outlook.com (bingyoo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 Fifth Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | bingyoo@outlook.com |
| **Sent:** | Wednesday, May 10, 2023 10:43 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 Fifth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

bingyoo@outlook.com (bingyoo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 Fifth Attempt



1

# Sixth Attempt

# Hubei Sheng

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:10 AM |
| **To:** | 'bingyoo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 Sixth Attempt |
| **Attachments:** | 2023-05-01 Doc 98 Issued Summons - Hubei Sheng Bingyi Dianzi Keji Youxian.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:10 AM |
| **To:** | 'bingyoo@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 Sixth Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

**From:** Microsoft Outlook
**To:** bingyoo@outlook.com
**Sent:** Friday, May 12, 2023 11:12 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 Sixth Attempt

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

bingyoo@outlook.com (bingyoo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 1 of 2 Sixth Attempt



**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | bingyoo@outlook.com |
| **Sent:** | Friday, May 12, 2023 11:17 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 Sixth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

bingyoo@outlook.com (bingyoo@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Hubei Sheng 2 of 2 Sixth Attempt



1

# Amazon
# EXHIBIT 9

# Kaifeng Shi

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| PURPLE INNOVATION, LLC, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| CHUANG FAN HANDICRAFT CO., LTD; et al., | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  2:22-cv-00620 -HCN-DAO

Magistrate Judge Daphne A. Oberg

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KAIFENG SHI LONG TING QU CHEN YI SHANGMAO YOUXIAN GONGSI CO., LTD.
chenyishangmaogongsi@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren G. Reid
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah  84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

CLERK OF COURT

Date:  _____05/01/2023_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00620

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*


                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

First Attempt

Kaifeng Shi

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 10:58 AM |
| **To:** | 'chenyishangmaogongsi@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 First Attempt |
| **Attachments:** | 2023-05-01 Doc 99 Issued Summons - Kaifeng Shi Long Ting Qu Chen Yi Shangmao.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 10:58 AM |
| **To:** | 'chenyishangmaogongsi@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenyishangmaogongsi@outlook.com |
| **Sent:** | Tuesday, May 2, 2023 11:00 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenyishangmaogongsi@outlook.com (chenyishangmaogongsi@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 First Attempt



# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenyishangmaogongsi@outlook.com |
| **Sent:** | Tuesday, May 2, 2023 11:00 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 First Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenyishangmaogongsi@outlook.com (chenyishangmaogongsi@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 First Attempt



# Second Attempt

# Kaifeng Shi

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:04 AM |
| **To:** | 'chenyishangmaogongsi@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 Second Attempt |
| **Attachments:** | 2023-05-01 Doc 99 Issued Summons - Kaifeng Shi Long Ting Qu Chen Yi Shangmao.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:04 AM |
| **To:** | 'chenyishangmaogongsi@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenyishangmaogongsi@outlook.com |
| **Sent:** | Thursday, May 4, 2023 10:22 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 Second Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenyishangmaogongsi@outlook.com (chenyishangmaogongsi@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 Second Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenyishangmaogongsi@outlook.com |
| **Sent:** | Thursday, May 4, 2023 10:22 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenyishangmaogongsi@outlook.com (chenyishangmaogongsi@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 Second Attempt



# Third Attempt

# Kaifeng Shi

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:11 AM |
| **To:** | 'chenyishangmaogongsi@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 Third Attempt |
| **Attachments:** | 2023-05-01 Doc 99 Issued Summons - Kaifeng Shi Long Ting Qu Chen Yi Shangmao.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:12 AM |
| **To:** | 'chenyishangmaogongsi@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

**From:** Microsoft Outlook
**To:** chenyishangmaogongsi@outlook.com
**Sent:** Saturday, May 6, 2023 10:12 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 Third Attempt

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenyishangmaogongsi@outlook.com (chenyishangmaogongsi@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 Third Attempt



**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenyishangmaogongsi@outlook.com |
| **Sent:** | Saturday, May 6, 2023 10:13 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 Third Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenyishangmaogongsi@outlook.com (chenyishangmaogongsi@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 Third Attempt



# Fourth Attempt

# Kaifeng Shi

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:37 PM |
| **To:** | 'chenyishangmaogongsi@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 Fourth Attempt |
| **Attachments:** | 2023-05-01 Doc 99 Issued Summons - Kaifeng Shi Long Ting Qu Chen Yi Shangmao.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:37 PM |
| **To:** | 'chenyishangmaogongsi@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenyishangmaogongsi@outlook.com |
| **Sent:** | Monday, May 8, 2023 5:38 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenyishangmaogongsi@outlook.com (chenyishangmaogongsi@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 Fourth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenyishangmaogongsi@outlook.com |
| **Sent:** | Monday, May 8, 2023 5:51 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 Fourth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

chenyishangmaogongsi@outlook.com (chenyishangmaogongsi@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 Fourth Attempt



# Fifth Attempt

# Kaifeng Shi

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:41 AM |
| **To:** | 'chenyishangmaogongsi@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 Fifth Attempt |
| **Attachments:** | 2023-05-01 Doc 99 Issued Summons - Kaifeng Shi Long Ting Qu Chen Yi Shangmao.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:42 AM |
| **To:** | 'chenyishangmaogongsi@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenyishangmaogongsi@outlook.com |
| **Sent:** | Wednesday, May 10, 2023 10:44 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

chenyishangmaogongsi@outlook.com (chenyishangmaogongsi@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 Fifth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenyishangmaogongsi@outlook.com |
| **Sent:** | Wednesday, May 10, 2023 10:47 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 Fifth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenyishangmaogongsi@outlook.com (chenyishangmaogongsi@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 Fifth Attempt



# Sixth Attempt

# Kaifeng Shi

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:11 AM |
| **To:** | 'chenyishangmaogongsi@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 Sixth Attempt |
| **Attachments:** | 2023-05-01 Doc 99 Issued Summons - Kaifeng Shi Long Ting Qu Chen Yi Shangmao.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:12 AM |
| **To:** | 'chenyishangmaogongsi@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenyishangmaogongsi@outlook.com |
| **Sent:** | Friday, May 12, 2023 11:13 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 Sixth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenyishangmaogongsi@outlook.com (chenyishangmaogongsi@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 1 of 2 Sixth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenyishangmaogongsi@outlook.com |
| **Sent:** | Friday, May 12, 2023 11:29 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 Sixth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

chenyishangmaogongsi@outlook.com (chenyishangmaogongsi@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Kaifeng Shi 2 of 2 Sixth Attempt



1

Amazon

# EXHIBIT 10

Liu Lin

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| PURPLE INNOVATION, LLC, | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| CHUANG FAN HANDICRAFT CO., LTD; et al., | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No. 2:22-cv-00620-HCN-DAO

Magistrate Judge Daphne A. Oberg

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  LIU LIN XIAN XU BIN DIAN ZI CHANG PIN DIAN
LXBL1Ash1B995@hotmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren G. Reid
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

_CLERK OF COURT_

Date: 05/01/2023

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


Print      Save As...      Reset

# First Attempt

# Liu Lin

## Leslie M. Perkins

**From:** Leslie M. Perkins
**Sent:** Tuesday, May 2, 2023 10:57 AM
**To:** 'LXBL1Ash1B995@hotmail.com'
**Subject:** Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 First Attempt
**Attachments:** 2023-05-01 Doc 100 Issued Summons - Liu Lin Xian Xu Bin Dian Zi.pdf; First Amended Complaint and Exhibits 1-25.pdf

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 10:57 AM |
| **To:** | 'LXBL1Ash1B995@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | LXBL1Ash1B995@hotmail.com |
| **Sent:** | Tuesday, May 2, 2023 11:26 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 First Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

LXBL1Ash1B995@hotmail.com (LXBL1Ash1B995@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 First Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | LXBL1Ash1B995@hotmail.com |
| **Sent:** | Tuesday, May 2, 2023 10:59 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

LXBL1Ash1B995@hotmail.com (LXBL1Ash1B995@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 First Attempt



# Second Attempt

# Liu Lin

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:01 AM |
| **To:** | 'LXBL1Ash1B995@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 Second Attempt |
| **Attachments:** | 2023-05-01 Doc 100 Issued Summons - Liu Lin Xian Xu Bin Dian Zi.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:01 AM |
| **To:** | 'LXBL1Ash1B995@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | LXBL1Ash1B995@hotmail.com |
| **Sent:** | Thursday, May 4, 2023 10:22 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 Second Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

LXBL1Ash1B995@hotmail.com (LXBL1Ash1B995@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 Second Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | LXBL1Ash1B995@hotmail.com |
| **Sent:** | Thursday, May 4, 2023 10:04 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

LXBL1Ash1B995@hotmail.com (LXBL1Ash1B995@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 Second Attempt



# Third Attempt

# Liu Lin

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:09 AM |
| **To:** | 'LXBL1Ash1B995@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 Third Attempt |
| **Attachments:** | 2023-05-01 Doc 100 Issued Summons - Liu Lin Xian Xu Bin Dian Zi.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:10 AM |
| **To:** | 'LXBL1Ash1B995@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 Third Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** LXBL1Ash1B995@hotmail.com
**Sent:** Saturday, May 6, 2023 10:12 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 Third Attempt

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

LXBL1Ash1B995@hotmail.com (LXBL1Ash1B995@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 Third Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** LXBL1Ash1B995@hotmail.com
**Sent:** Saturday, May 6, 2023 10:10 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 Third Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

LXBL1Ash1B995@hotmail.com (LXBL1Ash1B995@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 Third Attempt



# Fourth Attempt

# Liu Lin

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:35 PM |
| **To:** | 'LXBL1Ash1B995@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 Fourth Attempt |
| **Attachments:** | 2023-05-01 Doc 100 Issued Summons - Liu Lin Xian Xu Bin Dian Zi.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:36 PM |
| **To:** | 'LXBL1Ash1B995@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 Fourth Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | LXBL1Ash1B995@hotmail.com |
| **Sent:** | Monday, May 8, 2023 5:36 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 Fourth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

LXBL1Ash1B995@hotmail.com (LXBL1Ash1B995@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 Fourth Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** LXBL1Ash1B995@hotmail.com
**Sent:** Monday, May 8, 2023 5:38 PM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 Fourth Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

LXBL1Ash1B995@hotmail.com (LXBL1Ash1B995@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 Fourth Attempt



# Fifth Attempt

# Liu Lin

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:35 AM |
| **To:** | 'LXBL1Ash1B995@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 Fifth Attempt |
| **Attachments:** | 2023-05-01 Doc 100 Issued Summons - Liu Lin Xian Xu Bin Dian Zi.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:35 AM |
| **To:** | 'LXBL1Ash1B995@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 Fifth Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | LXBL1Ash1B995@hotmail.com |
| **Sent:** | Wednesday, May 10, 2023 10:37 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

LXBL1Ash1B995@hotmail.com (LXBL1Ash1B995@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 Fifth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | LXBL1Ash1B995@hotmail.com |
| **Sent:** | Wednesday, May 10, 2023 10:35 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 Fifth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

LXBL1Ash1B995@hotmail.com (LXBL1Ash1B995@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 Fifth Attempt



1

# Sixth Attempt

# Liu Lin

## Leslie M. Perkins

| From: | Leslie M. Perkins |
|---|---|
| Sent: | Friday, May 12, 2023 11:11 AM |
| To: | 'LXBL1Ash1B995@hotmail.com' |
| Subject: | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 Sixth Attempt |
| Attachments: | 2023-05-01 Doc 100 Issued Summons - Liu Lin Xian Xu Bin Dian Zi.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:11 AM |
| **To:** | 'LXBL1Ash1B995@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 Sixth Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | LXBL1Ash1B995@hotmail.com |
| **Sent:** | Friday, May 12, 2023 11:18 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 Sixth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

LXBL1Ash1B995@hotmail.com (LXBL1Ash1B995@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 1 of 2 Sixth Attempt



1

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** LXBL1Ash1B995@hotmail.com
**Sent:** Friday, May 12, 2023 11:13 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 Sixth Attempt

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

LXBL1Ash1B995@hotmail.com (LXBL1Ash1B995@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Liu Lin 2 of 2 Sixth Attempt



Amazon

# EXHIBIT 11

Nanchang Shirong

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Utah

| | | |
|---|---|---|
| PURPLE INNOVATION, LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:22-cv-00620 -HCN-DAO |
| CHUANG FAN HANDICRAFT CO., LTD; et al., | ) | Magistrate Judge Daphne A. Oberg |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  NANCHANG SHIRONG BAO ER GUANGGAO YOUXIAN GONGSI CO., LTD.
rongbaoer_2021us@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren G. Reid
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah  84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

*CLERK OF COURT*

Date:        05/01/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

First Attempt

Nanchang Shirong

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 10:30 AM |
| **To:** | 'rongbaoer_2021us@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 First Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 101 Issued Summons - Nanchang Shiron Bao Er Guanggao.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 10:31 AM |
| **To:** | 'rongbaoer_2021us@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | rongbaoer_2021us@163.com |
| **Sent:** | Tuesday, May 2, 2023 10:35 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 First Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

rongbaoer_2021us@163.com (rongbaoer_2021us@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 First Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | rongbaoer_2021us@163.com |
| **Sent:** | Tuesday, May 2, 2023 10:33 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

rongbaoer_2021us@163.com (rongbaoer_2021us@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 First Attempt



Second Attempt

Nanchang Shirong

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 9:46 AM |
| **To:** | 'rongbaoer_2021us@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 101 Issued Summons - Nanchang Shiron Bao Er Guanggao.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 9:47 AM |
| **To:** | 'rongbaoer_2021us@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | rongbaoer_2021us@163.com |
| **Sent:** | Thursday, May 4, 2023 9:50 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 Second Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

rongbaoer_2021us@163.com (rongbaoer_2021us@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 Second Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | rongbaoer_2021us@163.com |
| **Sent:** | Thursday, May 4, 2023 10:21 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

rongbaoer_2021us@163.com (rongbaoer_2021us@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 Second Attempt



Third Attempt

Nanchang Shirong

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 9:59 AM |
| **To:** | 'rongbaoer_2021us@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 101 Issued Summons - Nanchang Shiron Bao Er Guanggao.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 9:59 AM |
| **To:** | 'rongbaoer_2021us@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 Third Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | rongbaoer_2021us@163.com |
| **Sent:** | Saturday, May 6, 2023 10:00 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 Third Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

rongbaoer_2021us@163.com (rongbaoer_2021us@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 Third Attempt



**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | rongbaoer_2021us@163.com |
| **Sent:** | Saturday, May 6, 2023 10:00 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 Third Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

rongbaoer_2021us@163.com (rongbaoer_2021us@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 Third Attempt



1

Fourth Attempt

Nanchang Shirong

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:22 PM |
| **To:** | 'rongbaoer_2021us@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 101 Issued Summons - Nanchang Shiron Bao Er Guanggao.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:22 PM |
| **To:** | 'rongbaoer_2021us@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 Fourth Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | rongbaoer_2021us@163.com |
| **Sent:** | Monday, May 8, 2023 5:53 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 Fourth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

rongbaoer_2021us@163.com (rongbaoer_2021us@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 Fourth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | rongbaoer_2021us@163.com |
| **Sent:** | Monday, May 8, 2023 5:23 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

rongbaoer_2021us@163.com (rongbaoer_2021us@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 Fourth Attempt



1

# Fifth Attempt

# Nanchang Shirong

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:27 AM |
| **To:** | 'rongbaoer_2021us@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 101 Issued Summons - Nanchang Shiron Bao Er Guanggao.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:27 AM |
| **To:** | 'rongbaoer_2021us@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 Fifth Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | rongbaoer_2021us@163.com |
| **Sent:** | Wednesday, May 10, 2023 10:30 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 Fifth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

rongbaoer_2021us@163.com (rongbaoer_2021us@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 Fifth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | rongbaoer_2021us@163.com |
| **Sent:** | Wednesday, May 10, 2023 10:30 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 Fifth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

rongbaoer_2021us@163.com (rongbaoer_2021us@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 Fifth Attempt



Sixth Attempt

Nanchang Shirong

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:05 AM |
| **To:** | 'rongbaoer_2021us@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 101 Issued Summons - Nanchang Shiron Bao Er Guanggao.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:05 AM |
| **To:** | 'rongbaoer_2021us@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 Sixth Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | rongbaoer_2021us@163.com |
| **Sent:** | Friday, May 12, 2023 11:07 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 Sixth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

rongbaoer_2021us@163.com (rongbaoer_2021us@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 1 of 2 Sixth Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | rongbaoer_2021us@163.com |
| **Sent:** | Friday, May 12, 2023 11:07 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 Sixth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

rongbaoer_2021us@163.com (rongbaoer_2021us@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Nanchang Shirong 2 of 2 Sixth Attempt



1

Amazon

# EXHIBIT 12

## Ruian Xiu

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Utah

| | |
|---|---|
| PURPLE INNOVATION, LLC; | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  2:22-cv-00620-HCN-DAO |
| CHUANG FAN HANDICRAFT CO., LTD.; et al.; | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ruian Xiu Yuan Guoji MaoYi Youxian Gongsi Co., Ltd.
xiuyuan310@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren G. Reid
Holland & Hart LLP
222 South Main St., Suite 2200
Salt Lake City, Utah 84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

CLERK OF COURT

Date: _____05/01/2023_____       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620-HCN-DAO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


Print          Save As...          Reset

# First Attempt

# Ruian Xiu

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 10:32 AM |
| **To:** | 'xiuyuan310@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 First Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 102 Issued Summons - Ruian Xiu Yuan Guoji MaoYi.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 10:48 AM |
| **To:** | 'xiuyuan310@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** xiuyuan310@163.com
**Sent:** Tuesday, May 2, 2023 10:33 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 First Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

xiuyuan310@163.com (xiuyuan310@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 First Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xiuyuan310@163.com |
| **Sent:** | Tuesday, May 2, 2023 10:57 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xiuyuan310@163.com (xiuyuan310@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 First Attempt



1

Second Attempt

Ruian Xiu

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 9:51 AM |
| **To:** | 'xiuyuan310@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 102 Issued Summons - Ruian Xiu Yuan Guoji MaoYi.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

**From:** Leslie M. Perkins
**Sent:** Thursday, May 4, 2023 9:51 AM
**To:** 'xiuyuan310@163.com'
**Subject:** Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 Second Attempt
**Attachments:** First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xiuyuan310@163.com |
| **Sent:** | Thursday, May 4, 2023 9:52 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 Second Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

xiuyuan310@163.com (xiuyuan310@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 Second Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** xiuyuan310@163.com
**Sent:** Thursday, May 4, 2023 10:21 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 Second Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xiuyuan310@163.com (xiuyuan310@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 Second Attempt



# Third Attempt

# Ruian Xiu

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:02 AM |
| **To:** | 'xiuyuan310@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 102 Issued Summons - Ruian Xiu Yuan Guoji MaoYi.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:03 AM |
| **To:** | 'xiuyuan310@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xiuyuan310@163.com |
| **Sent:** | Saturday, May 6, 2023 10:03 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 Third Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

xiuyuan310@163.com (xiuyuan310@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 Third Attempt



# Leslie M. Perkins

**From:** Microsoft Outlook
**To:** xiuyuan310@163.com
**Sent:** Saturday, May 6, 2023 10:05 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 Third Attempt

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xiuyuan310@163.com (xiuyuan310@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 Third Attempt



# Fourth Attempt

# Ruian Xiu

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:23 PM |
| **To:** | 'xiuyuan310@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 102 Issued Summons - Ruian Xiu Yuan Guoji MaoYi.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:24 PM |
| **To:** | 'xiuyuan310@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xiuyuan310@163.com |
| **Sent:** | Monday, May 8, 2023 5:30 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xiuyuan310@163.com (xiuyuan310@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 Fourth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xiuyuan310@163.com |
| **Sent:** | Monday, May 8, 2023 5:51 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xiuyuan310@163.com (xiuyuan310@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 Fourth Attempt



# Fifth Attempt

# Ruian Xiu

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:28 AM |
| **To:** | 'xiuyuan310@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 102 Issued Summons - Ruian Xiu Yuan Guoji MaoYi.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:28 AM |
| **To:** | 'xiuyuan310@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xiuyuan310@163.com |
| **Sent:** | Wednesday, May 10, 2023 10:42 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 Fifth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xiuyuan310@163.com (xiuyuan310@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 Fifth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xiuyuan310@163.com |
| **Sent:** | Wednesday, May 10, 2023 10:42 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

xiuyuan310@163.com (xiuyuan310@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 Fifth Attempt



1

# Sixth Attempt

# Ruian Xiu

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:06 AM |
| **To:** | 'xiuyuan310@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 102 Issued Summons - Ruian Xiu Yuan Guoji MaoYi.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:09 AM |
| **To:** | 'xiuyuan310@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xiuyuan310@163.com |
| **Sent:** | Friday, May 12, 2023 11:07 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 Sixth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xiuyuan310@163.com (xiuyuan310@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 1 of 2 Sixth Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** xiuyuan310@163.com
**Sent:** Friday, May 12, 2023 11:11 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 Sixth Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xiuyuan310@163.com (xiuyuan310@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Ruian Xiu 2 of 2 Sixth Attempt



1

Amazon

# EXHIBIT 13

Shanxi Chao

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| PURPLE INNOVATION, LLC; | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  2:22-cv-00620-HCN-DAO |
| CHUANG FAN HANDICRAFT CO., LTD.; et al.; | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Shanxi Chao Ma Xun Keji Youxian Gongsi Co., Ltd.
mz56328741@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Darren G. Reid
> Holland & Hart LLP
> 222 South Main St., Suite 2200
> Salt Lake City, Utah 84101
> dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar
_CLERK OF COURT_

Date: _____05/01/2023_____          _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620-HCN-DAO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# First Attempt

# Shanxi Chao

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 10:51 AM |
| **To:** | 'mz56328741@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 First Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 103 Issued Summons - Shanxi Chao Ma Xun Keji Youxian.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 10:51 AM |
| **To:** | 'mz56328741@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | mz56328741@163.com |
| **Sent:** | Tuesday, May 2, 2023 11:27 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

mz56328741@163.com (mz56328741@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 First Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | mz56328741@163.com |
| **Sent:** | Tuesday, May 2, 2023 10:52 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

mz56328741@163.com (mz56328741@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 First Attempt



# Second Attempt

# Shanxi Chao

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 9:54 AM |
| **To:** | 'mz56328741@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 103 Issued Summons - Shanxi Chao Ma Xun Keji Youxian.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 9:55 AM |
| **To:** | 'mz56328741@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | mz56328741@163.com |
| **Sent:** | Thursday, May 4, 2023 10:00 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 Second Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

mz56328741@163.com (mz56328741@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 Second Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | mz56328741@163.com |
| **Sent:** | Thursday, May 4, 2023 9:55 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 Second Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

mz56328741@163.com (mz56328741@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 Second Attempt



# Third Attempt

# Shanxi Chao

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:05 AM |
| **To:** | 'mz56328741@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 103 Issued Summons - Shanxi Chao Ma Xun Keji Youxian.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:05 AM |
| **To:** | 'mz56328741@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | mz56328741@163.com |
| **Sent:** | Saturday, May 6, 2023 10:07 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

mz56328741@163.com (mz56328741@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 Third Attempt



**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | mz56328741@163.com |
| **Sent:** | Saturday, May 6, 2023 10:06 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 Third Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

mz56328741@163.com (mz56328741@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 Third Attempt



# Fourth Attempt

# Shanxi Chao

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:25 PM |
| **To:** | 'mz56328741@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 103 Issued Summons - Shanxi Chao Ma Xun Keji Youxian.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

# Leslie M. Perkins

| From: | Leslie M. Perkins |
|---|---|
| Sent: | Monday, May 8, 2023 5:26 PM |
| To: | 'mz56328741@163.com' |
| Subject: | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 Fourth Attempt |
| Attachments: | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  L L P**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | mz56328741@163.com |
| **Sent:** | Monday, May 8, 2023 5:30 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 Fourth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

mz56328741@163.com (mz56328741@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 Fourth Attempt



# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | mz56328741@163.com |
| **Sent:** | Monday, May 8, 2023 5:51 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 Fourth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

mz56328741@163.com (mz56328741@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 Fourth Attempt



# Fifth Attempt

# Shanxi Chao

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:30 AM |
| **To:** | 'mz56328741@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 103 Issued Summons - Shanxi Chao Ma Xun Keji Youxian.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

**From:** Leslie M. Perkins
**Sent:** Wednesday, May 10, 2023 10:30 AM
**To:** 'mz56328741@163.com'
**Subject:** Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 Fifth Attempt
**Attachments:** First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | mz56328741@163.com |
| **Sent:** | Wednesday, May 10, 2023 10:34 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

mz56328741@163.com (mz56328741@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 Fifth Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** mz56328741@163.com
**Sent:** Wednesday, May 10, 2023 10:43 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 Fifth Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

mz56328741@163.com (mz56328741@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 Fifth Attempt



# Sixth Attempt

# Shanxi Chao

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:09 AM |
| **To:** | 'mz56328741@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-01 Doc 103 Issued Summons - Shanxi Chao Ma Xun Keji Youxian.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:10 AM |
| **To:** | 'mz56328741@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | mz56328741@163.com |
| **Sent:** | Friday, May 12, 2023 11:12 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 Sixth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

mz56328741@163.com (mz56328741@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 1 of 2 Sixth Attempt



# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | mz56328741@163.com |
| **Sent:** | Friday, May 12, 2023 11:17 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 Sixth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

mz56328741@163.com (mz56328741@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shanxi Chao 2 of 2 Sixth Attempt



Amazon

# EXHIBIT 14

Shenzhen Shi Mai

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Utah

| | |
|---|---|
| PURPLE INNOVATION, LLC; | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:22-cv-00620-HCN-DAO |
| CHUANG FAN HANDICRAFT CO., LTD.; et al.; | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shenzhen Shi Mai Rui Ke Dianzi Shangwu Co. Ltd.
merik20200806@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren G. Reid
Holland & Hart LLP
222 South Main St., Suite 2200
Salt Lake City, Utah 84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

*CLERK OF COURT*



Date: _____05/02/2023_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620-HCN-DAO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____             _____
                                              *Server's signature*

                                  _____
                                              *Printed name and title*


                                  _____
                                              *Server's address*

Additional information regarding attempted service, etc:

**Print**    **Save As...**    **Reset**

First Attempt

Shenzhen Shi Mai

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 12:20 PM |
| **To:** | 'merik20200806@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 104 Issued Summons - Shenzhen Shi Mai.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D   &   H A R T   L L P**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 12:20 PM |
| **To:** | 'merik20200806@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | merik20200806@outlook.com |
| **Sent:** | Tuesday, May 2, 2023 12:21 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 First Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

merik20200806@outlook.com (merik20200806@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 First Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | merik20200806@outlook.com |
| **Sent:** | Tuesday, May 2, 2023 12:26 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 First Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

merik20200806@outlook.com (merik20200806@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 First Attempt



Second Attempt

Shenzhen Shi Mai

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 11:33 AM |
| **To:** | 'merik20200806@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 104 Issued Summons - Shenzhen Shi Mai.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 11:33 AM |
| **To:** | 'merik20200806@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** merik20200806@outlook.com
**Sent:** Thursday, May 4, 2023 11:49 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 Second Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

merik20200806@outlook.com (merik20200806@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 Second Attempt



# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | merik20200806@outlook.com |
| **Sent:** | Thursday, May 4, 2023 11:34 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 Second Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

merik20200806@outlook.com (merik20200806@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 Second Attempt



Third Attempt

Shenzhen Shi Mai

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:45 AM |
| **To:** | 'merik20200806@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 Third Attempt |
| **Attachments:** | 2023-05-02 Doc 104 Issued Summons - Shenzhen Shi Mai.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D & H A R T   L L P**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:46 AM |
| **To:** | 'merik20200806@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | merik20200806@outlook.com |
| **Sent:** | Saturday, May 6, 2023 10:48 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 Third Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

merik20200806@outlook.com (merik20200806@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 Third Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** merik20200806@outlook.com
**Sent:** Saturday, May 6, 2023 10:47 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 Third Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

merik20200806@outlook.com (merik20200806@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 Third Attempt



Fourth Attempt

Shenzhen Shi Mai

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:56 PM |
| **To:** | 'merik20200806@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 Fourth Attempt |
| **Attachments:** | 2023-05-02 Doc 104 Issued Summons - Shenzhen Shi Mai.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:57 PM |
| **To:** | 'merik20200806@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | merik20200806@outlook.com |
| **Sent:** | Monday, May 8, 2023 5:58 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

merik20200806@outlook.com (merik20200806@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 Fourth Attempt



**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | merik20200806@outlook.com |
| **Sent:** | Monday, May 8, 2023 6:06 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 Fourth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

merik20200806@outlook.com (merik20200806@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 Fourth Attempt



# Fifth Attempt

# Shenzhen Shi Mai

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:29 PM |
| **To:** | 'merik20200806@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 Fifth Attempt |
| **Attachments:** | 2023-05-02 Doc 104 Issued Summons - Shenzhen Shi Mai.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D & H A R T   L L P**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

|  |  |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:29 PM |
| **To:** | 'merik20200806@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5533
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | merik20200806@outlook.com |
| **Sent:** | Wednesday, May 10, 2023 2:30 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 Fifth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

merik20200806@outlook.com (merik20200806@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 Fifth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | merik20200806@outlook.com |
| **Sent:** | Wednesday, May 10, 2023 2:34 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

merik20200806@outlook.com (merik20200806@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 Fifth Attempt



Sixth Attempt

Shenzhen Shi Mai

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:32 AM |
| **To:** | 'merik20200806@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 Sixth Attempt |
| **Attachments:** | 2023-05-02 Doc 104 Issued Summons - Shenzhen Shi Mai.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  LLP**

222 South Main Street, Suite 2200, Salt Lake City, UT 84101

lmperkins@hollandhart.com | **T:** (801) 799-5733

LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

|  |  |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:32 AM |
| **To:** | 'merik20200806@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101

lmperkins@hollandhart.com | **T:** (801) 799-5733

LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | merik20200806@outlook.com |
| **Sent:** | Friday, May 12, 2023 11:33 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 Sixth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

merik20200806@outlook.com (merik20200806@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 1 of 2 Sixth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | merik20200806@outlook.com |
| **Sent:** | Friday, May 12, 2023 11:33 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 Sixth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

merik20200806@outlook.com (merik20200806@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Mai 2 of 2 Sixth Attempt



Amazon

# EXHIBIT 15

Shenzhen Shi Yan

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Utah

| | | |
|---|---|---|
| PURPLE INNOVATION, LLC; | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  2:22-cv-00620-HCN-DAO |
| CHUANG FAN HANDICRAFT CO., LTD.; et al.; | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Shenzhen Shi Yan Huang Chu Hai Keji Youxian Gongsi Co., Ltd.
yanhuangchuhai@outlook.com


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Darren G. Reid
> Holland & Hart LLP
> 222 South Main St., Suite 2200
> Salt Lake City, Utah 84101
> dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar
_CLERK OF COURT_

Date:    05/02/2023



_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620-HCN-DAO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*

                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

Print     Save As...                    Reset

First Attempt

Shenzhen Shi Yan

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:11 AM |
| **To:** | 'yanhuangchuhai@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 105 Issued Summons - Shenzhen Shi Yan.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:11 AM |
| **To:** | 'yanhuangchuhai@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | yanhuangchuhai@outlook.com |
| **Sent:** | Tuesday, May 2, 2023 11:29 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 First Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

yanhuangchuhai@outlook.com (yanhuangchuhai@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 First Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | yanhuangchuhai@outlook.com |
| **Sent:** | Tuesday, May 2, 2023 11:27 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

yanhuangchuhai@outlook.com (yanhuangchuhai@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 First Attempt



Second Attempt

Shenzhen Shi Yan

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:07 AM |
| **To:** | 'yanhuangchuhai@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 105 Issued Summons - Shenzhen Shi Yan.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:07 AM |
| **To:** | 'yanhuangchuhai@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | yanhuangchuhai@outlook.com |
| **Sent:** | Thursday, May 4, 2023 11:05 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 Second Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

yanhuangchuhai@outlook.com (yanhuangchuhai@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 Second Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | yanhuangchuhai@outlook.com |
| **Sent:** | Thursday, May 4, 2023 10:08 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

yanhuangchuhai@outlook.com (yanhuangchuhai@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 Second Attempt



# Third Attempt

# Shenzhen Shi Yan

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:14 AM |
| **To:** | 'yanhuangchuhai@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 105 Issued Summons - Shenzhen Shi Yan.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:14 AM |
| **To:** | 'yanhuangchuhai@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | yanhuangchuhai@outlook.com |
| **Sent:** | Saturday, May 6, 2023 10:14 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

yanhuangchuhai@outlook.com (yanhuangchuhai@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 Third Attempt



1

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | yanhuangchuhai@outlook.com |
| **Sent:** | Saturday, May 6, 2023 10:16 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 Third Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

yanhuangchuhai@outlook.com (yanhuangchuhai@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 Third Attempt



Fourth Attempt

Shenzhen Shi Yan

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:38 PM |
| **To:** | 'yanhuangchuhai@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 105 Issued Summons - Shenzhen Shi Yan.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:38 PM |
| **To:** | 'yanhuangchuhai@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 Fourth Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | yanhuangchuhai@outlook.com |
| **Sent:** | Monday, May 8, 2023 5:39 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 Fourth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

yanhuangchuhai@outlook.com (yanhuangchuhai@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 Fourth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | yanhuangchuhai@outlook.com |
| **Sent:** | Monday, May 8, 2023 5:52 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 Fourth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

yanhuangchuhai@outlook.com (yanhuangchuhai@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 Fourth Attempt



# Fifth Attempt

# Shenzhen Shi Yan

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:42 AM |
| **To:** | 'yanhuangchuhai@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 105 Issued Summons - Shenzhen Shi Yan.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:42 AM |
| **To:** | 'yanhuangchuhai@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 Fifth Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | yanhuangchuhai@outlook.com |
| **Sent:** | Wednesday, May 10, 2023 11:57 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

yanhuangchuhai@outlook.com (yanhuangchuhai@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 Fifth Attempt



# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | yanhuangchuhai@outlook.com |
| **Sent:** | Wednesday, May 10, 2023 11:56 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 Fifth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

[yanhuangchuhai@outlook.com (yanhuangchuhai@outlook.com)](mailto:yanhuangchuhai@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 Fifth Attempt



# Sixth Attempt

# Shenzhen Shi Yan

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:12 AM |
| **To:** | 'yanhuangchuhai@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 105 Issued Summons - Shenzhen Shi Yan.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:12 AM |
| **To:** | 'yanhuangchuhai@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 Sixth Attempt |
| **Attachments:** | Order Regarding Motion for Alternative Service.pdf; First Amended Complaint Exhibits 26-38 Reduced.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | yanhuangchuhai@outlook.com |
| **Sent:** | Friday, May 12, 2023 11:18 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 Sixth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

yanhuangchuhai@outlook.com (yanhuangchuhai@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 1 of 2 Sixth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | yanhuangchuhai@outlook.com |
| **Sent:** | Friday, May 12, 2023 11:18 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 Sixth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

yanhuangchuhai@outlook.com (yanhuangchuhai@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yan 2 of 2 Sixth Attempt



Amazon

# EXHIBIT 16

Shenzhen Shi Yuxiang

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| PURPLE INNOVATION, LLC; | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| CHUANG FAN HANDICRAFT CO., LTD.; et al.; | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:22-cv-00620-HCN-DAO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shenzhen Shi Yuxiang Meirong Yongju Youxian Gongsi Co. Ltd.
wisdomake@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Darren G. Reid
> Holland & Hart LLP
> 222 South Main St., Suite 2200
> Salt Lake City, Utah 84101
> dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

*CLERK OF COURT*



Date: _____05/02/2023_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:22-cv-00620-HCN-DAO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



Print     Save As...     Reset

First Attempt

Shenzhen Shi Yuxiang

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:17 AM |
| **To:** | 'wisdomake@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 106 Issued Summons - Shenzhen Shi Yuxiang.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:17 AM |
| **To:** | 'wisdomake@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wisdomake@outlook.com |
| **Sent:** | Tuesday, May 2, 2023 11:18 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wisdomake@outlook.com (wisdomake@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 First Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wisdomake@outlook.com |
| **Sent:** | Tuesday, May 2, 2023 11:18 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 First Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wisdomake@outlook.com (wisdomake@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 First Attempt



1

# Second Attempt

# Shenzhen Shi Yuxiang

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:10 AM |
| **To:** | 'wisdomake@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 Second Attempt |
| **Attachments:** | 2023-05-02 Doc 106 Issued Summons - Shenzhen Shi Yuxiang.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:10 AM |
| **To:** | 'wisdomake@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D & H A R T LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wisdomake@outlook.com |
| **Sent:** | Thursday, May 4, 2023 10:10 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 Second Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

wisdomake@outlook.com (wisdomake@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 Second Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wisdomake@outlook.com |
| **Sent:** | Thursday, May 4, 2023 11:05 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wisdomake@outlook.com (wisdomake@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 Second Attempt



Third Attempt

Shenzhen Shi Yuxiang

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:19 AM |
| **To:** | 'wisdomake@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 Third Attempt |
| **Attachments:** | 2023-05-02 Doc 106 Issued Summons - Shenzhen Shi Yuxiang.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:19 AM |
| **To:** | 'wisdomake@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** wisdomake@outlook.com
**Sent:** Saturday, May 6, 2023 10:19 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 Third Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wisdomake@outlook.com (wisdomake@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 Third Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wisdomake@outlook.com |
| **Sent:** | Saturday, May 6, 2023 10:21 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wisdomake@outlook.com (wisdomake@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 Third Attempt



# Fourth Attempt

# Shenzhen Shi Yuxiang

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:40 PM |
| **To:** | 'wisdomake@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 Fourth Attempt |
| **Attachments:** | 2023-05-02 Doc 106 Issued Summons - Shenzhen Shi Yuxiang.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:40 PM |
| **To:** | 'wisdomake@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wisdomake@outlook.com |
| **Sent:** | Monday, May 8, 2023 5:41 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wisdomake@outlook.com (wisdomake@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 Fourth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wisdomake@outlook.com |
| **Sent:** | Monday, May 8, 2023 5:52 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wisdomake@outlook.com (wisdomake@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 Fourth Attempt



Fifth Attempt

Shenzhen Shi Yuxiang

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:43 AM |
| **To:** | 'wisdomake@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 Fifth Attempt |
| **Attachments:** | 2023-05-02 Doc 106 Issued Summons - Shenzhen Shi Yuxiang.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:43 AM |
| **To:** | 'wisdomake@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wisdomake@outlook.com |
| **Sent:** | Wednesday, May 10, 2023 10:44 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

wisdomake@outlook.com (wisdomake@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 Fifth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wisdomake@outlook.com |
| **Sent:** | Wednesday, May 10, 2023 10:45 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

wisdomake@outlook.com (wisdomake@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 Fifth Attempt



# Sixth Attempt

# Shenzhen Shi Yuxiang

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:13 AM |
| **To:** | 'wisdomake@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 Sixth Attempt |
| **Attachments:** | 2023-05-02 Doc 106 Issued Summons - Shenzhen Shi Yuxiang.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:13 AM |
| **To:** | 'wisdomake@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wisdomake@outlook.com |
| **Sent:** | Friday, May 12, 2023 11:29 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 Sixth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wisdomake@outlook.com (wisdomake@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 1 of 2 Sixth Attempt



# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wisdomake@outlook.com |
| **Sent:** | Friday, May 12, 2023 11:29 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 Sixth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wisdomake@outlook.com (wisdomake@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Shenzhen Shi Yuxiang 2 of 2 Sixth Attempt



1

Amazon

# EXHIBIT 17

## Wuhan Chenkuxuan

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| PURPLE INNOVATION, LLC; | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  2:22-cv-00620-HCN-DAO |
| CHUANG FAN HANDICRAFT CO., LTD.; et al.; | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wuhan Chenkuxuan Technology Co., Ltd.
chenkuxuankeji@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren G. Reid
Holland & Hart LLP
222 South Main St., Suite 2200
Salt Lake City, Utah 84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar
*CLERK OF COURT*

Date:  05/02/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620-HCN-DAO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# First Attempt

# Wuhan Chenkuxuan

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:19 AM |
| **To:** | 'chenkuxuankeji@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 107 Issued Summons - Wuhan Chenkuxuan.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:19 AM |
| **To:** | 'chenkuxuankeji@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenkuxuankeji@outlook.com |
| **Sent:** | Tuesday, May 2, 2023 11:20 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenkuxuankeji@outlook.com (chenkuxuankeji@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 First Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** chenkuxuankeji@outlook.com
**Sent:** Tuesday, May 2, 2023 11:27 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 First Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenkuxuankeji@outlook.com (chenkuxuankeji@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 First Attempt



# Second Attempt

# Wuhan Chenkuxuan

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:12 AM |
| **To:** | 'chenkuxuankeji@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 Second Attempt |
| **Attachments:** | 2023-05-02 Doc 107 Issued Summons - Wuhan Chenkuxuan.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:12 AM |
| **To:** | 'chenkuxuankeji@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenkuxuankeji@outlook.com |
| **Sent:** | Thursday, May 4, 2023 10:24 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 Second Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenkuxuankeji@outlook.com (chenkuxuankeji@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 Second Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** chenkuxuankeji@outlook.com
**Sent:** Thursday, May 4, 2023 11:05 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 Second Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenkuxuankeji@outlook.com (chenkuxuankeji@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 Second Attempt



1

# Third Attempt

# Wuhan Chenkuxuan

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:20 AM |
| **To:** | 'chenkuxuankeji@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 Third Attempt |
| **Attachments:** | 2023-05-02 Doc 107 Issued Summons - Wuhan Chenkuxuan.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:21 AM |
| **To:** | 'chenkuxuankeji@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenkuxuankeji@outlook.com |
| **Sent:** | Saturday, May 6, 2023 10:21 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenkuxuankeji@outlook.com (chenkuxuankeji@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 Third Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** chenkuxuankeji@outlook.com
**Sent:** Saturday, May 6, 2023 10:22 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 Third Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenkuxuankeji@outlook.com (chenkuxuankeji@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 Third Attempt



1

# Fourth Attempt

# Wuhan Chenkuxuan

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:41 PM |
| **To:** | 'chenkuxuankeji@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 Fourth Attempt |
| **Attachments:** | 2023-05-02 Doc 107 Issued Summons - Wuhan Chenkuxuan.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D & H A R T LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:41 PM |
| **To:** | 'chenkuxuankeji@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenkuxuankeji@outlook.com |
| **Sent:** | Monday, May 8, 2023 5:52 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenkuxuankeji@outlook.com (chenkuxuankeji@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 Fourth Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenkuxuankeji@outlook.com |
| **Sent:** | Monday, May 8, 2023 5:43 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenkuxuankeji@outlook.com (chenkuxuankeji@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 Fourth Attempt



# Fifth Attempt

# Wuhan Chenkuxuan

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:44 AM |
| **To:** | 'chenkuxuankeji@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 Fifth Attempt |
| **Attachments:** | 2023-05-02 Doc 107 Issued Summons - Wuhan Chenkuxuan.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

|  |  |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:44 AM |
| **To:** | 'chenkuxuankeji@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenkuxuankeji@outlook.com |
| **Sent:** | Wednesday, May 10, 2023 11:56 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 Fifth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenkuxuankeji@outlook.com (chenkuxuankeji@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 Fifth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenkuxuankeji@outlook.com |
| **Sent:** | Wednesday, May 10, 2023 11:55 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 Fifth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

chenkuxuankeji@outlook.com (chenkuxuankeji@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 Fifth Attempt



# Sixth Attempt

# Wuhan Chenkuxuan

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:13 AM |
| **To:** | 'chenkuxuankeji@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 Sixth Attempt |
| **Attachments:** | 2023-05-02 Doc 107 Issued Summons - Wuhan Chenkuxuan.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:14 AM |
| **To:** | 'chenkuxuankeji@outlook.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | chenkuxuankeji@outlook.com |
| **Sent:** | Friday, May 12, 2023 11:19 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 Sixth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

chenkuxuankeji@outlook.com (chenkuxuankeji@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 1 of 2 Sixth Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** chenkuxuankeji@outlook.com
**Sent:** Friday, May 12, 2023 11:29 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 Sixth Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

chenkuxuankeji@outlook.com (chenkuxuankeji@outlook.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Wuhan Chenkuxuan 2 of 2 Sixth Attempt



Amazon

# EXHIBIT 18

## Xiao Dawei

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Utah

| | | |
|---|---|---|
| PURPLE INNOVATION, LLC; | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:22-cv-00620-HCN-DAO |
| CHUANG FAN HANDICRAFT CO., LTD.; et al.; | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Xiao Dawei
xinxinchangxs@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren G. Reid
Holland & Hart LLP
222 South Main St., Suite 2200
Salt Lake City, Utah 84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

*CLERK OF COURT*

Date: _____05/02/2023_____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620-HCN-DAO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset

# First Attempt

# Xiao Dawei

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:29 AM |
| **To:** | 'xinxinchangxs@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 108 Issued Summons - Xiao Dawei.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:29 AM |
| **To:** | 'xinxinchangxs@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xinxinchangxs@163.com |
| **Sent:** | Tuesday, May 2, 2023 11:31 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 First Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xinxinchangxs@163.com (xinxinchangxs@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 First Attempt



**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xinxinchangxs@163.com |
| **Sent:** | Tuesday, May 2, 2023 11:39 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 First Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xinxinchangxs@163.com (xinxinchangxs@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 First Attempt



# Second Attempt

# Xiao Dawei

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:15 AM |
| **To:** | 'xinxinchangxs@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 108 Issued Summons - Xiao Dawei.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:15 AM |
| **To:** | 'xinxinchangxs@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xinxinchangxs@163.com |
| **Sent:** | Thursday, May 4, 2023 10:17 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 Second Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

xinxinchangxs@163.com (xinxinchangxs@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 Second Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xinxinchangxs@163.com |
| **Sent:** | Thursday, May 4, 2023 10:17 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xinxinchangxs@163.com (xinxinchangxs@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 Second Attempt



# Third Attempt

# Xiao Dawei

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:22 AM |
| **To:** | 'xinxinchangxs@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 108 Issued Summons - Xiao Dawei.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:22 AM |
| **To:** | 'xinxinchangxs@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xinxinchangxs@163.com |
| **Sent:** | Saturday, May 6, 2023 10:23 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 Third Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xinxinchangxs@163.com (xinxinchangxs@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 Third Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xinxinchangxs@163.com |
| **Sent:** | Saturday, May 6, 2023 10:24 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 Third Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

xinxinchangxs@163.com (xinxinchangxs@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 Third Attempt



# Fourth Attempt

# Xiao Dawei

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:42 PM |
| **To:** | 'xinxinchangxs@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 108 Issued Summons - Xiao Dawei.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:42 PM |
| **To:** | 'xinxinchangxs@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xinxinchangxs@163.com |
| **Sent:** | Monday, May 8, 2023 5:43 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 Fourth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xinxinchangxs@163.com (xinxinchangxs@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 Fourth Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** xinxinchangxs@163.com
**Sent:** Monday, May 8, 2023 5:44 PM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 Fourth Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

xinxinchangxs@163.com (xinxinchangxs@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 Fourth Attempt



# Fifth Attempt

# Xiao Dawei

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:45 AM |
| **To:** | 'xinxinchangxs@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 108 Issued Summons - Xiao Dawei.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 10:46 AM |
| **To:** | 'xinxinchangxs@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** xinxinchangxs@163.com
**Sent:** Wednesday, May 10, 2023 10:46 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 Fifth Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

xinxinchangxs@163.com (xinxinchangxs@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 Fifth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xinxinchangxs@163.com |
| **Sent:** | Wednesday, May 10, 2023 11:56 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 Fifth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xinxinchangxs@163.com (xinxinchangxs@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 Fifth Attempt



# Sixth Attempt

# Xiao Dawei

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:14 AM |
| **To:** | 'xinxinchangxs@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 108 Issued Summons - Xiao Dawei.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:15 AM |
| **To:** | 'xinxinchangxs@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** xinxinchangxs@163.com
**Sent:** Friday, May 12, 2023 11:20 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 Sixth Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xinxinchangxs@163.com (xinxinchangxs@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 1 of 2 Sixth Attempt



**Leslie M. Perkins**

---

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | xinxinchangxs@163.com |
| **Sent:** | Friday, May 12, 2023 11:30 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 Sixth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xinxinchangxs@163.com (xinxinchangxs@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Dawei 2 of 2 Sixth Attempt



Amazon

# EXHIBIT 19

Xiao Xiao Pi Fa

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | | |
|---|---|---|
| PURPLE INNOVATION, LLC; | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.   2:22-cv-00620-HCN-DAO |
| CHUANG FAN HANDICRAFT CO., LTD.; et al.; | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Xiao Xiao Pi Fa Shang Mao You Xian Ze Ren Gongsi Co.
baixiaoxiaoyamaxun@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren G. Reid
Holland & Hart LLP
222 South Main St., Suite 2200
Salt Lake City, Utah 84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Gary P. Serdar
CLERK OF COURT

Date:        05/02/2023

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:22-cv-00620-HCN-DAO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*


                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

First Attempt

Xiao Xiao Pi Fa

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:46 AM |
| **To:** | 'baixiaoxiaoyamaxun@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 109 Issued Summons - Xiao Xiao Pi Fa.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:46 AM |
| **To:** | 'baixiaoxiaoyamaxun@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  L L P**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | baixiaoxiaoyamaxun@163.com |
| **Sent:** | Tuesday, May 2, 2023 11:48 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

baixiaoxiaoyamaxun@163.com (baixiaoxiaoyamaxun@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 First Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | baixiaoxiaoyamaxun@163.com |
| **Sent:** | Tuesday, May 2, 2023 11:51 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 First Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

baixiaoxiaoyamaxun@163.com (baixiaoxiaoyamaxun@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 First Attempt



Second Attempt

Xiao Xiao Pi Fa

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:19 AM |
| **To:** | 'baixiaoxiaoyamaxun@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 109 Issued Summons - Xiao Xiao Pi Fa.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:19 AM |
| **To:** | 'baixiaoxiaoyamaxun@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | baixiaoxiaoyamaxun@163.com |
| **Sent:** | Thursday, May 4, 2023 10:25 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 Second Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

baixiaoxiaoyamaxun@163.com (baixiaoxiaoyamaxun@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 Second Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | baixiaoxiaoyamaxun@163.com |
| **Sent:** | Thursday, May 4, 2023 10:53 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

baixiaoxiaoyamaxun@163.com (baixiaoxiaoyamaxun@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 Second Attempt



# Third Attempt

# Xiao Xiao Pi Fa

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:24 AM |
| **To:** | 'baixiaoxiaoyamaxun@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 109 Issued Summons - Xiao Xiao Pi Fa.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:24 AM |
| **To:** | 'baixiaoxiaoyamaxun@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | baixiaoxiaoyamaxun@163.com |
| **Sent:** | Saturday, May 6, 2023 10:26 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 Third Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

baixiaoxiaoyamaxun@163.com (baixiaoxiaoyamaxun@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 Third Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | baixiaoxiaoyamaxun@163.com |
| **Sent:** | Saturday, May 6, 2023 10:25 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

baixiaoxiaoyamaxun@163.com (baixiaoxiaoyamaxun@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 Third Attempt



# Fourth Attempt

# Xiao Xiao Pi Fa

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:44 PM |
| **To:** | 'baixiaoxiaoyamaxun@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 109 Issued Summons - Xiao Xiao Pi Fa.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  L L P**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:44 PM |
| **To:** | 'baixiaoxiaoyamaxun@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  L L P**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | baixiaoxiaoyamaxun@163.com |
| **Sent:** | Monday, May 8, 2023 5:45 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

baixiaoxiaoyamaxun@163.com (baixiaoxiaoyamaxun@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 Fourth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | baixiaoxiaoyamaxun@163.com |
| **Sent:** | Monday, May 8, 2023 5:52 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

baixiaoxiaoyamaxun@163.com (baixiaoxiaoyamaxun@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 Fourth Attempt



# Fifth Attempt

# Xiao Xiao Pi Fa

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:19 PM |
| **To:** | 'baixiaoxiaoyamaxun@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 109 Issued Summons - Xiao Xiao Pi Fa.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D & H A R T L L P**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:19 PM |
| **To:** | 'baixiaoxiaoyamaxun@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** baixiaoxiaoyamaxun@163.com
**Sent:** Wednesday, May 10, 2023 2:20 PM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 Fifth Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

baixiaoxiaoyamaxun@163.com (baixiaoxiaoyamaxun@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 Fifth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | baixiaoxiaoyamaxun@163.com |
| **Sent:** | Wednesday, May 10, 2023 2:20 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

baixiaoxiaoyamaxun@163.com (baixiaoxiaoyamaxun@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 Fifth Attempt



# Sixth Attempt

# Xiao Xiao Pi Fa

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:15 AM |
| **To:** | baixiaoxiaoyamaxun@163.com |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 109 Issued Summons - Xiao Xiao Pi Fa.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:15 AM |
| **To:** | 'baixiaoxiaoyamaxun@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

**From:** Microsoft Outlook
**To:** baixiaoxiaoyamaxun@163.com
**Sent:** Friday, May 12, 2023 11:16 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 Sixth Attempt

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

baixiaoxiaoyamaxun@163.com (baixiaoxiaoyamaxun@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 1 of 2 Sixth Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** baixiaoxiaoyamaxun@163.com
**Sent:** Friday, May 12, 2023 11:20 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 Sixth Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

baixiaoxiaoyamaxun@163.com (baixiaoxiaoyamaxun@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Xiao Xiao Pi Fa 2 of 2 Sixth Attempt



1

Amazon

# EXHIBIT 20

Yaru Wang

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| PURPLE INNOVATION, LLC; | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| CHUANG FAN HANDICRAFT CO., LTD.; et al.; | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.   2:22-cv-00620-HCN-DAO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YaRu Wang
wangyaruquanqiugou@hotmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Darren G. Reid
> Holland & Hart LLP
> 222 South Main St., Suite 2200
> Salt Lake City, Utah 84101
> dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

*CLERK OF COURT*

Date:  _____05/02/2023_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620-HCN-DAO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: _____         _____
                                                                    *Server's signature*

                                                          _____
                                                                    *Printed name and title*

                                                          _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:


Print          Save As...                                        Reset

# First Attempt

# Yaru Wang

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:48 AM |
| **To:** | 'wangyaruquanqiugou@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 110 Issued Summons - Yaru Wang.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:48 AM |
| **To:** | 'wangyaruquanqiugou@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wangyaruquanqiugou@hotmail.com |
| **Sent:** | Tuesday, May 2, 2023 11:51 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 First Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

wangyaruquanqiugou@hotmail.com (wangyaruquanqiugou@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 First Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** wangyaruquanqiugou@hotmail.com
**Sent:** Tuesday, May 2, 2023 11:52 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 First Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

wangyaruquanqiugou@hotmail.com (wangyaruquanqiugou@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 First Attempt



# Second Attempt

# Yaru Wang

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:21 AM |
| **To:** | 'wangyaruquanqiugou@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 110 Issued Summons - Yaru Wang.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D & H A R T LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:22 AM |
| **To:** | 'wangyaruquanqiugou@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wangyaruquanqiugou@hotmail.com |
| **Sent:** | Thursday, May 4, 2023 10:54 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 Second Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

wangyaruquanqiugou@hotmail.com (wangyaruquanqiugou@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 Second Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wangyaruquanqiugou@hotmail.com |
| **Sent:** | Thursday, May 4, 2023 10:26 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wangyaruquanqiugou@hotmail.com (wangyaruquanqiugou@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 Second Attempt



# Third Attempt

# Yaru Wang

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:25 AM |
| **To:** | 'wangyaruquanqiugou@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 110 Issued Summons - Yaru Wang.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:26 AM |
| **To:** | 'wangyaruquanqiugou@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wangyaruquanqiugou@hotmail.com |
| **Sent:** | Saturday, May 6, 2023 10:39 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wangyaruquanqiugou@hotmail.com (wangyaruquanqiugou@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 Third Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wangyaruquanqiugou@hotmail.com |
| **Sent:** | Saturday, May 6, 2023 10:40 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wangyaruquanqiugou@hotmail.com (wangyaruquanqiugou@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 Third Attempt



# Fourth Attempt

# Yaru Wang

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:45 PM |
| **To:** | 'wangyaruquanqiugou@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 110 Issued Summons - Yaru Wang.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  L L P**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:45 PM |
| **To:** | 'wangyaruquanqiugou@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wangyaruquanqiugou@hotmail.com |
| **Sent:** | Monday, May 8, 2023 5:47 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 Fourth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

wangyaruquanqiugou@hotmail.com (wangyaruquanqiugou@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 Fourth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wangyaruquanqiugou@hotmail.com |
| **Sent:** | Monday, May 8, 2023 5:47 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wangyaruquanqiugou@hotmail.com (wangyaruquanqiugou@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 Fourth Attempt



# Fifth Attempt

# Yaru Wang

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:20 PM |
| **To:** | 'wangyaruquanqiugou@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 110 Issued Summons - Yaru Wang.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D & H A R T LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:20 PM |
| **To:** | 'wangyaruquanqiugou@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wangyaruquanqiugou@hotmail.com |
| **Sent:** | Wednesday, May 10, 2023 2:21 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 Fifth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wangyaruquanqiugou@hotmail.com (wangyaruquanqiugou@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 Fifth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wangyaruquanqiugou@hotmail.com |
| **Sent:** | Wednesday, May 10, 2023 2:46 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 Fifth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wangyaruquanqiugou@hotmail.com (wangyaruquanqiugou@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 Fifth Attempt



# Sixth Attempt

# Yaru Wang

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:16 AM |
| **To:** | 'wangyaruquanqiugou@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 110 Issued Summons - Yaru Wang.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:16 AM |
| **To:** | 'wangyaruquanqiugou@hotmail.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** wangyaruquanqiugou@hotmail.com
**Sent:** Friday, May 12, 2023 11:20 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 Sixth Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

wangyaruquanqiugou@hotmail.com (wangyaruquanqiugou@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 1 of 2 Sixth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | wangyaruquanqiugou@hotmail.com |
| **Sent:** | Friday, May 12, 2023 11:20 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 Sixth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

wangyaruquanqiugou@hotmail.com (wangyaruquanqiugou@hotmail.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yaru Wang 2 of 2 Sixth Attempt



# Amazon

# EXHIBIT 21

# Yiwu Youru

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| PURPLE INNOVATION, LLC; | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| CHUANG FAN HANDICRAFT CO., LTD.; et al.; | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:22-cv-00620-HCN-DAO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Yiwu Youru E-commerce Co., Ltd.
zhanyouru@126.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren G. Reid
Holland & Hart LLP
222 South Main St., Suite 2200
Salt Lake City, Utah 84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar
*CLERK OF COURT*

Date: _____05/02/2023_____    _____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00620-HCN-DAO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



Print     Save As...     Reset

Case 2:22-cv-02063-HCN-DAO Document 49-6 Filed 06/05/23 PageID.4744 Page 667 of 747

First Attempt

Yiwu Youru

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:50 AM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 111 Issued Summons - Yiwu Youru.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:50 AM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Tuesday, May 2, 2023 12:17 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 First Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 First Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** zhanyouru@126.com
**Sent:** Tuesday, May 2, 2023 11:52 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 First Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 First Attempt



# Second Attempt

# Yiwu Youru

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:28 AM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 Second Attempt |
| **Attachments:** | 2023-05-02 Doc 111 Issued Summons - Yiwu Youru.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:28 AM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Thursday, May 4, 2023 11:05 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 Second Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 Second Attempt



**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Thursday, May 4, 2023 11:05 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 Second Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 Second Attempt



1

# Third Attempt

# Yiwu Youru

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:27 AM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 111 Issued Summons - Yiwu Youru.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D & H A R T LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:27 AM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Saturday, May 6, 2023 10:40 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 Third Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 Third Attempt



**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Saturday, May 6, 2023 10:28 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 Third Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 Third Attempt



# Fourth Attempt

# Yiwu Youru

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:48 PM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 111 Issued Summons - Yiwu Youru.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:48 PM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Monday, May 8, 2023 5:54 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 Fourth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 Fourth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Monday, May 8, 2023 6:03 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 Fourth Attempt



# Fifth Attempt

# Yiwu Youru

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:21 PM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 111 Issued Summons - Yiwu Youru.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:21 PM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Wednesday, May 10, 2023 2:46 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 Fifth Attempt



# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Wednesday, May 10, 2023 2:23 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 Fifth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 Fifth Attempt



# Sixth Attempt

# Yiwu Youru

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:16 AM |
| **To:** | 'zhanyouru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint and Exhibits 1-25.pdf; 2023-05-02 Doc 111 Issued Summons - Yiwu Youru.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:17 AM |
| **To:** | 'zhanyoru@126.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** zhanyouru@126.com
**Sent:** Friday, May 12, 2023 11:30 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 Sixth Attempt

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 1 of 2 Sixth Attempt



1

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | zhanyouru@126.com |
| **Sent:** | Friday, May 12, 2023 11:21 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 Sixth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

zhanyouru@126.com (zhanyouru@126.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Yiwu Youru 2 of 2 Sixth Attempt



Amazon

# EXHIBIT 22

## Zhou Meng Bo

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| PURPLE INNOVATION, LLC; | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| CHUANG FAN HANDICRAFT CO., LTD.; et al.; | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No. 2:22-cv-00620-HCN-DAO

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Zhou Meng Bo
whguangxiaanju@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Darren G. Reid
> Holland & Hart LLP
> 222 South Main St., Suite 2200
> Salt Lake City, Utah 84101
> dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

_CLERK OF COURT_

Date: _____05/02/2023_____



_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620-HCN-DAO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                          _____
                                              *Printed name and title*


                                          _____
                                              *Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

First Attempt

Zhou Meng Bo

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:54 AM |
| **To:** | 'whguangxiaanju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 First Attempt |
| **Attachments:** | 2023-05-02 Doc 113 Issued Summons - Zhou Meng Bo.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Tuesday, May 2, 2023 11:54 AM |
| **To:** | 'whguangxiaanju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 First Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D   &   H A R T   L L P**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | whguangxiaanju@163.com |
| **Sent:** | Tuesday, May 2, 2023 11:55 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 First Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

whguangxiaanju@163.com (whguangxiaanju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 First Attempt



**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | whguangxiaanju@163.com |
| **Sent:** | Tuesday, May 2, 2023 11:56 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 First Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

whguangxiaanju@163.com (whguangxiaanju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 First Attempt



1

Second Attempt

Zhou Meng Bo

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:35 AM |
| **To:** | 'whguangxiaanju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 Second Attempt |
| **Attachments:** | 2023-05-02 Doc 113 Issued Summons - Zhou Meng Bo.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Thursday, May 4, 2023 10:35 AM |
| **To:** | 'whguangxiaanju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 Second Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D  &  H A R T  LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | whguangxiaanju@163.com |
| **Sent:** | Thursday, May 4, 2023 11:05 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 Second Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

whguangxiaanju@163.com (whguangxiaanju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 Second Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | whguangxiaanju@163.com |
| **Sent:** | Thursday, May 4, 2023 11:05 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 Second Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

whguangxiaanju@163.com (whguangxiaanju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 Second Attempt



# Third Attempt

# Zhou Meng Bo

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:31 AM |
| **To:** | 'whguangxiaanju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 Third Attempt |
| **Attachments:** | 2023-05-02 Doc 113 Issued Summons - Zhou Meng Bo.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this message has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Saturday, May 6, 2023 10:31 AM |
| **To:** | 'whguangxiaanju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 Third Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | whguangxiaanju@163.com |
| **Sent:** | Saturday, May 6, 2023 10:40 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 Third Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

whguangxiaanju@163.com (whguangxiaanju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 Third Attempt



## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** whguangxiaanju@163.com
**Sent:** Saturday, May 6, 2023 10:40 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 Third Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

whguangxiaanju@163.com (whguangxiaanju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 Third Attempt



# Fourth Attempt

# Zhou Meng Bo

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:49 PM |
| **To:** | 'whguangxiaanju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 Fourth Attempt |
| **Attachments:** | 2023-05-02 Doc 113 Issued Summons - Zhou Meng Bo.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D & H A R T LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

# Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Monday, May 8, 2023 5:49 PM |
| **To:** | 'whguangxiaanju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 Fourth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

1

**Leslie M. Perkins**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | whguangxiaanju@163.com |
| **Sent:** | Monday, May 8, 2023 5:50 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 Fourth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

whguangxiaanju@163.com (whguangxiaanju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 Fourth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | whguangxiaanju@163.com |
| **Sent:** | Monday, May 8, 2023 6:03 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 Fourth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

whguangxiaanju@163.com (whguangxiaanju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 Fourth Attempt



# Fifth Attempt

# Zhou Meng Bo

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:22 PM |
| **To:** | 'whguangxiaanju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 Fifth Attempt |
| **Attachments:** | 2023-05-02 Doc 113 Issued Summons - Zhou Meng Bo.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Wednesday, May 10, 2023 2:22 PM |
| **To:** | 'whguangxiaanju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 Fifth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**H O L L A N D & H A R T LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | whguangxiaanju@163.com |
| **Sent:** | Wednesday, May 10, 2023 2:46 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 Fifth Attempt |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

whguangxiaanju@163.com (whguangxiaanju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 Fifth Attempt



## Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | whguangxiaanju@163.com |
| **Sent:** | Wednesday, May 10, 2023 2:23 PM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 Fifth Attempt |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

whguangxiaanju@163.com (whguangxiaanju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 Fifth Attempt



Sixth Attempt

Zhou Meng Bo

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:17 AM |
| **To:** | 'whguangxiaanju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 Sixth Attempt |
| **Attachments:** | 2023-05-02 Doc 113 Issued Summons - Zhou Meng Bo.pdf; First Amended Complaint and Exhibits 1-25.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 1 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

| | |
|---|---|
| **From:** | Leslie M. Perkins |
| **Sent:** | Friday, May 12, 2023 11:17 AM |
| **To:** | 'whguangxiaanju@163.com' |
| **Subject:** | Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 Sixth Attempt |
| **Attachments:** | First Amended Complaint Exhibits 26-38 Reduced.pdf; Order Regarding Motion for Alternative Service.pdf |

Please see the attached Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC. This is email 2 of 2.



**Leslie M. Perkins**
Associate

**HOLLAND & HART LLP**
222 South Main Street, Suite 2200, Salt Lake City, UT 84101
lmperkins@hollandhart.com | **T:** (801) 799-5733
LinkedIn |

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

## Leslie M. Perkins

**From:** Microsoft Outlook
**To:** whguangxiaanju@163.com
**Sent:** Friday, May 12, 2023 11:31 AM
**Subject:** Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 Sixth Attempt

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

whguangxiaanju@163.com (whguangxiaanju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 1 of 2 Sixth Attempt



# Leslie M. Perkins

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | whguangxiaanju@163.com |
| **Sent:** | Friday, May 12, 2023 11:31 AM |
| **Subject:** | Relayed: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 Sixth Attempt |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

whguangxiaanju@163.com (whguangxiaanju@163.com)

Subject: Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah Zhou Meng Bo 2 of 2 Sixth Attempt



Alibaba

# EXHIBIT 23

Hebei Zeyong Technology Co., Ltd.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | | |
|---|---|---|
| PURPLE INNOVATION, LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 2:22-cv-00620-HCN-DAO |
| CHUANG FAN HANDICRAFT CO., LTD; et al., | ) | |
| | ) | Magistrate Judge Daphne A. Oberg |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Hebei Zeyong Technology Co. Ltd.
Seller contact link/messaging center on Alibaba.com
https://hbzeyong.en.alibaba.com/index.html?spm=a2700.shop_plser.88.5

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Darren G. Reid
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah  84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

CLERK OF COURT



Date: _____05/11/2023_____

_____
_Signature of Clerk or Deputy Clerk_

Civil Action No. 2:22-cv-00620-HCN-DAO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



Print    Save As...    Reset



Alibaba.com | My Alibaba

Upgrade to Gold Supplier | My Account | Help | English

Buy | Sell

Home
Messages
Buying Leads
Orders
Transactions
Contacts
My Lists
Trade Services

Search

All | Unread

**Ella Wei** 14:39
Hebei Zeyong Technology Co., Ltd.
[Unread] Service of Federal Court Su...
Completed

**Cici Zhang** 14:37
Shenzhen Leadfar Industry Co., Ltd.
[Unread] Service of Federal Court Su...
Completed

**andian** 11:13
Zhejiang Andian Smart Home Co., Ltd.
You're welcome. I will send sam...
To be shipped

**Scarlett Cui** 11:03
Qingdao Youmeng Home Furnishing Technol...
[Message]
To be shipped

**Mark Fan** 01:30
Foshan Zhongxin Sponge Co., Ltd.
[Video]
To be shipped

**kitty liu** 2023-4-8
Shenzhen Leadfar Industry Co., Ltd.
Dear Tami, ok, may we know wh...

**Angela Liu** 2023-4-8
[Message]
Completed

**Anna Zhang** 2023-4-8
Shenzhen Baibaikang Technology Co., Ltd.
[Message]
Other

**Jack Gao** 2022-11-13
Can you send me the pdf file here
Completed

**Michael Lee** 2022-11-9
Guangzhou Epsilon Import & Export Co., Ltd.
Hello, my friend,. Nice to meet y...
Completed

**Vivian Chen** 2022-11-9
[Read] [Image]

## Ella Wei

Local Time: 20:39 PM

Read

Ella Wei 2022-11-09 17:34

We have no this product now.

2023-04-08 16:34

Hello Ella. I have a question about my pillow order. Is this the best way to contact Hebei Zeyong with my question?

Read

FAIL_SYS_BIZPARAM_MISSED::缺少业务参数 cardTypeValue

Ella Wei 2023-04-08 19:08

hi

2023-05-12 14:39

First Amended Complaint and ...
19.65 M

Unread

FAIL_SYS_BIZPARAM_MISSED::缺少业务参数 cardTypeValue

2023-05-12 14:39

2023-05-11 Issued Summons - ...
337.08 K

Unread

2023-05-12 14:39

First Amended Complaint Exhi...
16.95 M

Unread

2023-05-12 14:39

Order Regarding Motion for Alt...
588.53 K

Unread

2023-05-12 14:39

Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah - Please see the Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC.

Unread

Rate supplier | Send order request | File a complaint | Logistics Inquiry

Please type your message here...

Quick send:"Enter"/Start a new line:"Shift+enter" Send

**Alibaba.com** | My Alibaba

Upgrade to Gold Supplier | My Account ⌄ | Help ⌄ | English ⌄



All | Unread

**Wendy Wu** 13:45
Ningbo Kingworth Global Imp. & Exp. Co., Ltd.
[Unread] That is ok, thank you! Pleas...
To be shipped

**Scarlett Cui** 08:36
Qingdao Youmeng Home Furnishing Technol...
[Message]
To be shipped

**Tracy Yi** 2023-5-15
Foshan Zhongxin Sponge Co., Ltd.
about your mattress order，ho…
To be shipped

**Anna Zhang** 2023-5-12
Shenzhen Baibaikang Technology Co., Ltd.
😊
Other

**Cici Zhang** 2023-5-12
Shenzhen Leadfar Industry Co., Ltd.
no problem
Completed

**Ella Wei** 2023-5-12
Hebei Zeyong Technology Co., Ltd.
oo
Completed

**andian** 2023-5-12
Zhejiang Andian Smart Home Co., Ltd.
You're welcome. I will send sa…
To be shipped

**kitty liu** 2023-4-8
Shenzhen Leadfar Industry Co., Ltd.
Dear Tami, ok, may we know w…

**Angela Liu** 2023-4-8
[Message]
Completed

**Jack Gao** 2022-11-13
Can you send me the pdf file he…
Completed

**Michael Lee** 2022-11-9
Guangzhou Epsilon Import & Export Co., Ltd.
Hello, my friend，Nice to meet …
Completed

---

**Ella Wei**

2023-04-08 16:34

Hello Ella. I have a question about my pillow order. Is this the best way to contact Hebei Zeyong with my question?
Read

FAIL_SYS_BIZPARAM_MISSED::缺少业务参数 cardTypeValue

Ella Wei 2023-04-08 19:08

hi

2023-05-12 14:39

📄 **First Amended Complaint and …** 19.65 M
Read

FAIL_SYS_BIZPARAM_MISSED::缺少业务参数 cardTypeValue

2023-05-12 14:39

📄 **First Amended Complaint Exhi…** 16.95 M
Read

2023-05-12 14:39

📄 **Order Regarding Motion for Alt…** 588.53 K
Read

2023-05-12 14:39

📄 **2023-05-11 Issued Summons - …** 337.08 K
Read

2023-05-12 14:39

Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah - Please see the Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC.

Ella Wei 2023-05-12 17:21

oo

Rate supplier | Send order request | File a complaint | Logistics Inquiry

Please type your message here…

Quick send:"Enter"/Start a new line:"Shift+enter"  | Send

Alibaba

# EXHIBIT 24

Shenzhen Baibaikang Technology Co. Ltd.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Utah

| | | |
|---|---|---|
| PURPLE INNOVATION, LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 2:22-cv-00620-HCN |
| CHUANG FAN HANDICRAFT CO., LTD; et al., | ) | Magistrate Judge Daphne A. Oberg |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shenzhen Baibaikang Technology Co. Ltd.
Seller contact link/messaging center on Alibaba.com
https://baibaikang.en.alibaba.com/?
spm=a2756.trade-list-buyer.0.0.27b076e9aYLZuP&tracelog=from_orderlist_company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren G. Reid
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar
*CLERK OF COURT*

Date: _____05/11/2023_____                                    _Kimberly Sheffield_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00620-HCN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:









Alibaba.com | My Alibaba

Upgrade to Gold Supplier | My Account | Help | English

Buy | Sell

Home
Messages
Buying Leads
Orders
Transactions
Contacts
My Lists
Trade Services

Search

All | Unread

**Anna Zhang** 14:40
Shenzhen Baibaikang Technology Co., Ltd.
[Unread] Service of Federal Court Su...
Other

**Ella Wei** 14:39
Hebei Zeyong Technology Co., Ltd.
[Unread] Service of Federal Court Su...
Completed

**Cici Zhang** 14:37
Shenzhen Leadfar Industry Co., Ltd.
[Unread] Service of Federal Court Su...
Completed

**andian** 11:13
Zhejiang Andian Smart Home Co., Ltd.
You're welcome. I will send sam...
To be shipped

**Scarlett Cui** 11:03
Qingdao Youmeng Home Furnishing Technol...
[Message]
To be shipped

**Mark Fan** 01:30
Foshan Zhongxin Sponge Co., Ltd.
[Video]
To be shipped

**kitty liu** 2023-4-8
Shenzhen Leadfar Industry Co., Ltd.
Dear Tami, ok, may we know wh...

**Angela Liu** 2023-4-8
[Message]
Completed

**Jack Gao** 2022-11-13
Can you send me the pdf file here
Completed

**Michael Lee** 2022-11-9
Guangzhou Epsilon Import & Export Co., Ltd.
Hello, my friend,. Nice to meet y...
Completed

**Vivian Chen** 2022-11-9
[Read] [Image]

**Anna Zhang**
Local Time: 04:40 AM

Product | MOQ | Sample | Logistic
Customizati... | Price | Payment | After-sale

You have connected with the Supplier Assistant.

Anna Zhang 2023-04-08 16:41
The following are the questions set by the seller, which you can answer to facilitate the seller to reply in time after going online.

Anna Zhang 2023-04-08 16:41
What is your preferred order quantity?
Reply
More questions
To start, I'll need your destination address.
What is the purpose for your purchase?

2023-05-12 14:40
PDF 2023-05-11 Shenzhen Baibaika...
315.00 K
Unread

2023-05-12 14:40
PDF First Amended Complaint and ...
19.65 M
Unread

2023-05-12 14:40
PDF First Amended Complaint Exhi...
16.95 M
Unread

2023-05-12 14:40
PDF Order Regarding Motion for Alt...
588.53 K
Unread

You have connected with the Supplier Assistant.

Rate supplier | Send order request | File a complaint | Logistics Inquiry

Please type your message here...

Quick send:"Enter"/Start a new line:"Shift+enter" Send

Alibaba.com | My Alibaba

Upgrade to Gold Supplier | My Account | Help | English

Buy Sell

Home
Messages
Buying Leads
Orders
Transactions
Contacts
My Lists
Trade Services

Search

All | Unread

**Anna Zhang** 14:40
Shenzhen Baibaikang Technology Co., Ltd.
[Unread] Service of Federal Court Su...
Other

**Ella Wei** 14:39
Hebei Zeyong Technology Co., Ltd.
[Unread] Service of Federal Court Su...
Completed

**Cici Zhang** 14:37
Shenzhen Leadfar Industry Co., Ltd.
[Unread] Service of Federal Court Su...
Completed

**andian** 11:13
Zhejiang Andian Smart Home Co., Ltd.
You're welcome. I will send sam...
To be shipped

**Scarlett Cui** 11:03
Qingdao Youmeng Home Furnishing Technol...
[Message]
To be shipped

**Mark Fan** 01:30
Foshan Zhongxin Sponge Co., Ltd.
[Video]
To be shipped

**kitty liu** 2023-4-8
Shenzhen Leadfar Industry Co., Ltd.
Dear Tami, ok, may we know wh...

**Angela Liu** 2023-4-8
[Message]
Completed

**Jack Gao** 2022-11-13
Can you send me the pdf file here
Completed

**Michael Lee** 2022-11-9
Guangzhou Epsilon Import & Export Co., Ltd.
Hello, my friend,. Nice to meet y...
Completed

**Vivian Chen** 2022-11-9
[Read] [Image]

## Anna Zhang

Local Time: 04:40 AM

2023-05-12 14:40

Order Regarding Motion for Alt...
588.53 K

Unread

You have connected with the Supplier Assistant.

Anna Zhang 2023-05-12 14:40

**You may want to ask**

- What is the price?
- What is your minimum order quantity?
- What is your Minimum Order Quantity and pricing?
- Who could provide the Warranty Service?
- who are we?

More questions about:

Product | MOQ | Sample | Logistic
Customizati... | Price | Payment | After-sale

Anna Zhang 2023-05-12 14:40

Hello, dead I'm Anna, from Shenzhen Baibaikang Technology Co., Ltd. Our company was founded in 2010, with a history of 13 years. Our company is a gold buyer and powerful business of Alibaba. All products we sell are inspected according to strict factory standards. All products are guaranteed for 2 years and can be replaced at any time in case of quality problems within 2 years. It is our honor to cooperate with you. We may not be online now, but we will reply to you as soon as we see the news.

2023-05-12 14:40

Rate supplier | Send order request | File a complaint | Logistics Inquiry | Complaint

Please type your message here...

Quick send:"Enter"/Start a new line:"Shift+enter" Send

Alibaba.com | My Alibaba

Upgrade to Gold Supplier | My Account | Help | English

Buy | Sell

Home
Messages
Buying Leads
Orders
Transactio
Contacts
My Lists
Trade Services

Search

All | Unread

**Anna Zhang** 14:40
Shenzhen Baibaikang Technology Co., Ltd.
[Unread] Service of Federal Court Su...
Other

**Ella Wei** 14:39
Hebei Zeyong Technology Co., Ltd.
[Unread] Service of Federal Court Su...
Completed

**Cici Zhang** 14:37
Shenzhen Leadfar Industry Co., Ltd.
[Unread] Service of Federal Court Su...
Completed

**andian** 11:13
Zhejiang Andian Smart Home Co., Ltd.
You're welcome. I will send sam...
To be shipped

**Scarlett Cui** 11:03
Qingdao Youmeng Home Furnishing Technol...
[Message]
To be shipped

**Mark Fan** 01:30
Foshan Zhongxin Sponge Co., Ltd.
[Video]
To be shipped

**kitty liu** 2023-4-8
Shenzhen Leadfar Industry Co., Ltd.
Dear Tami, ok, may we know wh...

**Angela Liu** 2023-4-8
[Message]
Completed

**Jack Gao** 2022-11-13
Can you send me the pdf file here
Completed

**Michael Lee** 2022-11-9
Guangzhou Epsilon Import & Export Co., Ltd.
Hello, my friend,. Nice to meet y...
Completed

**Vivian Chen** 2022-11-9
[Read] [Image]

## Anna Zhang

Local Time: 04:41 AM

Anna Zhang 2023-05-12 14:40

**You may want to ask**

- What is the price?
- What is your minimum order quantity?
- What is your Minimum Order Quantity and pricing?
- Who could provide the Warranty Service?
- who are we?

More questions about:

Product | MOQ | Sample | Logistic
Customizati... | Price | Payment | After-sale

Anna Zhang 2023-05-12 14:40

Hello, dead I'm Anna, from Shenzhen Baibaikang Technology Co., Ltd. Our company was founded in 2010, with a history of 13 years. Our company is a gold buyer and powerful business of Alibaba. All products we sell are inspected according to strict factory standards. All products are guaranteed for 2 years and can be replaced at any time in case of quality problems within 2 years. It is our honor to cooperate with you. We may not be online now, but we will reply to you as soon as we see the news.

2023-05-12 14:40

Service of Federal Court Summons and Complaint as Ordered by the Court by the United States Distri... Court for the District of Utah - Please see the Summons, Complaint, and Order filed against you i... the District Court of Utah served on behalf of Purple Innovation, LLC.

Unread

Rate supplier | Send order request | File a complaint | Logistics Inquiry

Please type your message here...

Quick send:"Enter"/Start a new line:"Shift+enter" Send

Alibaba.com | My Alibaba

Upgrade to Gold Supplier | My Account | Help | English

Buy | Sell

Home
Messages
Buying Leads
Orders
Transacti
Contacts
My Lists
Trade Services

Search

All | Unread

Wendy Wu 13:45
Ningbo Kingworth Global Imp. & Exp. Co., Ltd.
[Unread] That is ok, thank you! Pleas...
To be shipped

Scarlett Cui 08:36
Qingdao Youmeng Home Furnishing Technol...
[Message]
To be shipped

Tracy Yi 2023-5-15
Foshan Zhongxin Sponge Co., Ltd.
about your mattress order， ho...
To be shipped

Anna Zhang 2023-5-12
Shenzhen Baibaikang Technology Co., Ltd.
Other

Cici Zhang 2023-5-12
Shenzhen Leadfar Industry Co., Ltd.
no problem
Completed

Ella Wei 2023-5-12
Hebei Zeyong Technology Co., Ltd.
oo
Completed

andian 2023-5-12
Zhejiang Andian Smart Home Co., Ltd.
You're welcome. I will send sa...
To be shipped

kitty liu 2023-4-8
Shenzhen Leadfar Industry Co., Ltd.
Dear Tami, ok, may we know w...

Angela Liu 2023-4-8
[Message]
Completed

Jack Gao 2022-11-13
Can you send me the pdf file he...
Completed

Michael Lee 2022-11-9
Guangzhou Epsilon Import & Export Co., Ltd.
Hello, my friend,. Nice to meet ...
Completed

Anna Zhang
Local Time: 05:08 AM

quality problems within 2 years. It is our honor to cooperate with you. We may not be online now, but we will reply to you as soon as we see the news.

Anna Zhang 2023-05-12 14:40

**You may want to ask**

What is the price?
What is your minimum order quantity?
What is your Minimum Order Quantity and pricing?
Who could provide the Warranty Service?
who are we?

More questions about:

Product | MOQ | Sample | Logistic
Customizati... | Price | Payment | After-sale

2023-05-12 14:40

First Amended Complaint Exhi...
16.95 M

Read
2023-05-12 14:40

Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah - Please see the Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC.

Anna Zhang 2023-05-12 21:05

Rate supplier | Send order request | File a complaint | Logistics Inquiry

Please type your message here...

Quick send:"Enter"/Start a new line:"Shift+enter" Send

Alibaba

# EXHIBIT 25

Shenzhen Leadfar
Industry Co., Ltd.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | | |
|---|---|---|
| PURPLE INNOVATION, LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:22-cv-00620-HCN |
| CHUANG FAN HANDICRAFT CO., LTD; et al., | ) | Magistrate Judge Daphne A. Oberg |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shenzhen Leadfar Industry Co. Ltd.
Seller contact link/messaging center on Alibaba.com
https://chinamiracle.en.alibaba.com/?
spm=a2756.trade-list-buyer.0.0.27b076e9aYLZuP&tracelog=from_orderlist_company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Darren G. Reid
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
dgreid@hollandhart.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

CLERK OF COURT



Date: _____05/11/2023_____                     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-00620-HCN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Alibaba.com | My Alibaba

Upgrade to Gold Supplier | My Account | Help | English

Buy | Sell

Home
Messages
Buying Leads
Orders
Transactio
Contacts
My Lists
Trade Services

Search

All | Unread

**Cici Zhang** 14:37
Shenzhen Leadfar Industry Co., Ltd.
[Unread] Service of Federal Court Su...
Completed

**andian** 11:13
Zhejiang Andian Smart Home Co., Ltd.
You're welcome. I will send sam...
To be shipped

**Scarlett Cui** 11:03
Qingdao Youmeng Home Furnishing Technol...
[Message]
To be shipped

**Mark Fan** 01:30
Foshan Zhongxin Sponge Co., Ltd.
[Video]
To be shipped

**Ella Wei** 2023-4-8
Hebei Zeyong Technology Co., Ltd.
hi
Completed

**kitty liu** 2023-4-8
Shenzhen Leadfar Industry Co., Ltd.
Dear Tami, ok, may we know wh...

**Angela Liu** 2023-4-8
[Message]
Completed

**Anna Zhang** 2023-4-8
Shenzhen Baibaikang Technology Co., Ltd.
[Message]
Other

**Jack Gao** 2022-11-13
Can you send me the pdf file here
Completed

**Michael Lee** 2022-11-9
Guangzhou Epsilon Import & Export Co., Ltd.
Hello, my friend,. Nice to meet y...
Completed

**Vivian Chen** 2022-11-9
[Read] [Image]

## Cici Zhang
Local Time: 04:37 AM

The following are the questions set by the seller, which you can answer to facilitate the seller to reply in time after going online.

Cici Zhang 2023-04-08 16:28

To start, I'll need your destination address.

Click to share

More questions:
What are your customization requests?
How do you want to pay for this order?

Cici Zhang 2023-04-08 21:02

hi

Cici Zhang 2023-04-08 21:02

Which pillow dear

2023-05-12 14:36

First Amended Complaint and ...
19.65 M

Unread

You have connected with the Supplier Assistant.

Cici Zhang 2023-05-12 14:36

Hi there, we have received your message and a representative will contact you as soon as possible.

Cici Zhang 2023-05-12 14:36

**You may want to ask**

What is the price?
What is your minimum order quantity?
What is your Minimum Order Quantity and pricing?

Rate supplier | Send order request | File a complaint | Logistics Inquiry

Please type your message here...

Quick send:"Enter"/Start a new line:"Shift+enter" | Send

Alibaba.com | My Alibaba

Upgrade to Gold Supplier | My Account | Help | English

Buy | Sell

Home
Messages
Buying Leads
Orders
Transactions
Contacts
My Lists
Trade Services

Search

All | Unread

**Cici Zhang** 14:37
Shenzhen Leadfar Industry Co., Ltd.
[Unread] Service of Federal Court Su...
Completed

**andian** 11:13
Zhejiang Andian Smart Home Co., Ltd.
You're welcome. I will send sam...
To be shipped

**Scarlett Cui** 11:03
Qingdao Youmeng Home Furnishing Technol...
[Message]
To be shipped

**Mark Fan** 01:30
Foshan Zhongxin Sponge Co., Ltd.
[Video]
To be shipped

**Ella Wei** 2023-4-8
Hebei Zeyong Technology Co., Ltd.
hi
Completed

**kitty liu** 2023-4-8
Shenzhen Leadfar Industry Co., Ltd.
Dear Tami, ok, may we know wh...

**Angela Liu** 2023-4-8
[Message]
Completed

**Anna Zhang** 2023-4-8
Shenzhen Baibaikang Technology Co., Ltd.
[Message]
Other

**Jack Gao** 2022-11-13
Can you send me the pdf file here
Completed

**Michael Lee** 2022-11-9
Guangzhou Epsilon Import & Export Co., Ltd.
Hello, my friend,. Nice to meet y...
Completed

**Vivian Chen** 2022-11-9
[Read] [Image]

## Cici Zhang

Local Time: 04:38 AM

Cici Zhang 2023-05-12 14:36

**You may want to ask**

- What is the price?
- What is your minimum order quantity?
- What is your Minimum Order Quantity and pricing?
- Who could provide the Warranty Service?
- 3. Are the samples acceptable?

More questions about:

Product | MOQ | Sample | Logistic | Customizati... | Price | Payment | After-sale

2023-05-12 14:37

First Amended Complaint Exhi...
16.95 M
Unread

2023-05-12 14:37

2023-05-11 Issued Summons - ...
313.95 K
Unread

2023-05-12 14:37

Order Regarding Motion for Alt...
588.53 K
Unread

2023-05-12 14:37

Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah - Please see the Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC.

Unread

Rate supplier | Send order request | File a complaint | Logistics Inquiry

Please type your message here...

Quick send:"Enter"/Start a new line:"Shift+enter" Send

Alibaba.com | My Alibaba

Upgrade to Gold Supplier | My Account | Help | English

Buy | Sell

Home
Messages
Buying Leads
Orders
Transactio
Contacts
My Lists
Trade Services

Search

All | Unread

**Wendy Wu** 13:45
Ningbo Kingworth Global Imp. & Exp. Co., Ltd.
[Unread] That is ok, thank you! Pleas...
To be shipped

**Scarlett Cui** 08:36
Qingdao Youmeng Home Furnishing Technol...
[Message]
To be shipped

**Tracy Yi** 2023-5-15
Foshan Zhongxin Sponge Co., Ltd.
about your mattress order， ho...
To be shipped

**Anna Zhang** 2023-5-12
Shenzhen Baibaikang Technology Co., Ltd.
🙂
Other

**Cici Zhang** 2023-5-12
Shenzhen Leadfar Industry Co., Ltd.
no problem
Completed

**Ella Wei** 2023-5-12
Hebei Zeyong Technology Co., Ltd.
oo
Completed

**andian** 2023-5-12
Zhejiang Andian Smart Home Co., Ltd.
You're welcome. I will send sa...
To be shipped

**kitty liu** 2023-4-8
Shenzhen Leadfar Industry Co., Ltd.
Dear Tami, ok, may we know w...

**Angela Liu** 2023-4-8
[Message]
Completed

**Jack Gao** 2022-11-13
Can you send me the pdf file he...
Completed

**Michael Lee** 2022-11-9
Guangzhou Epsilon Import & Export Co., Ltd.
Hello, my friend,. Nice to meet ...
Completed

## Cici Zhang

Local Time: 05:07 AM

More questions about:

Product | MOQ | Sample | Logistic
Customizati... | Price | Payment | After-sale

2023-05-12 14:37

2023-05-11 Issued Summons - ...
313.95 K
Read

2023-05-12 14:37

Order Regarding Motion for Alt...
588.53 K
Read

2023-05-12 14:37

First Amended Complaint Exhi...
16.95 M
Read

2023-05-12 14:37

Service of Federal Court Summons and Complaint as Ordered by the Court by the United States District Court for the District of Utah - Please see the Summons, Complaint, and Order filed against you in the District Court of Utah served on behalf of Purple Innovation, LLC.

Read

Cici Zhang 2023-05-12 18:41

it is ok

Cici Zhang 2023-05-12 18:41

we have got letter by ems from them always

Cici Zhang 2023-05-12 18:41

no problem

Rate supplier | Send order request | File a complaint | Logistics Inquiry

Please type your message here...

Quick send:"Enter"/Start a new line:"Shift+enter" | Send





